1    that already exists in another case and fix another

2    forum.  And they're manipulating everyone here.

3              Whether the forum proceedings have

4    progressed to the point where the parties are

5    prepared for trial.  How in the world did they carry

6    a burden there?  They haven't even brought the causes

7    of action.  It has to fail.

8              The balance of hurt.  You have a debtor

9    before you who's hurting, debtors before you who are

10   hurting, who are basically out of money, have a lot

11   of claims, have an ownership interest in a huge

12   project.  And these people want to bring a whole new

13   set of litigation and start over again.  I think the

14   balance of hurt is on the debtors' side.  And the

15   relief should not be granted.  Thank you.

16             THE COURT:  Oh, I thought we were getting

17   two for one.

18             MR. BOLEY:  I'm going to try not to

19   repeat, Your Honor.  But we do represent different

20   debtors.

21             THE COURT:  Thank you.

22             MR. BOLEY:  We tried to do two for one

23   with all the witnesses.  I hope the Court appreciated

24   that.

25             So I'm going to focus on some things that

VS v. Christensen * October 11, 2012          242

1     Mr. Berry may not have emphasized or may have

2     emphasized differently.  And I'm going to focus on

3     specifically four of the Curtis factors:  Prejudice

4     to the estate; interference with the estate;

5     prejudice to creditors and expeditious and economical

6     determination.  And I'll hit a couple of follow-up

7     issues.

8              The evidence that you've heard is that the

9     state court litigation would prejudice the estate.

10    It's going to interfere with the time and the focus

11    of the debtors.  Mr. Christensen testified to that.

12    It's a fair criticism of this estate that we have not

13    yet put together a plan.  But these are difficult

14    cases.  And I need 100 percent of Mr. Christensen's

15    time if he can get it to try to put something

16    together.  Because it is an uphill climb to turn

17    stock that we don't know the value of and claims that

18    we don't have a contingency fee firm yet to take into

19    recovery from creditors.  I need 100 percent of his

20    time.

21             The biggest prejudice to the estate is the

22    expense.  You know no contingent fee law firm defends

23    a case on a contingency.  The evidence is Mr. Lavar

24    Christensen, the debtors' brother, he might be a nice

25    brother.  He might be willing to make a halfhearted

VS v. Christensen * October 11, 2012                243

1    effort and appear as some hearings.  He's not the

2    answer for this estate.  I don't think it would be

3    fair to Mr. Christensen, Mr. Lavar Christensen, to

4    ask him to go put in a halfhearted part-time effort

5    in state court, and then when he commits malpractice,

6    and if this case got converted, for him to get sued

7    for malpractice by this estate because when he worked

8    for free, knowing he's a full-time legislature,

9    part-time developer, and a part-time sole

10   practitioner lawyer, it's not fair to put him in that

11   situation or the estate in that situation.  He's not

12   the answer.

13          The evidence from Mr. Christensen's

14   testimony and Mr. Manning's testimony were that the

15   legal expense to defend this case would be a half

16   million dollar plus.  The estate does not have it.

17          The time it will take to resolve the state

18   court litigation is another prejudice to the estate.

19   If the estate's resources were unlimited, I would be

20   happy to have this punted to another lawyer in state

21   court, as I'm sure you would.  You'd rather have

22   another court resolve issues.  But as a bankruptcy

23   attorney in a Chapter 11 case and as a bankruptcy

24   judge, we deal with claims in the bankruptcy court

25   all the time.  And we do it a lot faster and a lot

1   cheaper than state court litigation is resolved.

2          So the time differential, a three year

3   track to resolve in state court versus -- candidly,

4   we will wait to see if it even makes sense to object

5   to a claim before we do.  We're not going to object

6   to claims unless there's some money to go around,

7   unless there is a pot.  But assuming that happens,

8   it's not going to take three years and it won't be

9   nearly the expense to resolve it here.  And I think

10  that's your experience as a -- before your time on

11  the bench and since your time on the bench, Your

12  Honor.

13         Perhaps the greatest potential prejudice

14  to the estate is the risk of default.  Either a

15  complete default because there's no counsel there or

16  a default in the sense that the estate is simply

17  overwhelmed and overpowered in state court.  Granting

18  relief from stay essentially is writing a blank check

19  -- or it would be the same as saying, why don't you

20  fill out this proof of claim, put in whatever number

21  you want, the debtor can't object to it.  Not

22  realistically.  Not practically.  Because the debtor

23  cannot challenge those claims in state court.  They

24  can here.

25         When I was thinking about what position

1   making this case might go forward in state court, it

2   was like I was reminded of a time I was in

3   Canyonlands with a group to go camping.  One of the

4   cars ahead of me in this line, we were heading into a

5   camp spot, the axel broke.  There was a guy in our

6   group that was able to put that axel back together,

7   on a temporary basis, with a strap.  He put the car

8   back together and they got it into town and they got

9   it fixed.  He was the MacGyver of that camping trip.

10  Don't put this debtor in a position where the only

11  way we can succeed is if someone pulls a MacGyver.

12  And that's it.  We can't successfully defend these

13  claims in state court.  The resources don't exist.

14          The comments I've made and the evidence

15  I've summarized regarding prejudice to the estate,

16  they're similar with interferences of the estate so

17  I'm not going to repeat.

18          Mr. Berry briefly touched on the prejudice

19  to creditors, and I'll just reiterate.  This claims

20  dilutes other creditors' claims.  The legal expense,

21  assuming that we somehow came in with assets that

22  could pay a creditor, all that money then would go

23  out the door to pay legal expense.  That dilutes and

24  prejudices creditors.  And creditors lose their right

25  to object unless they're willing to go seek to

1  intervene in state court.  Here, even if the debtor

2  does not, a creditor can object to another creditor's

3  claim.  It can't go do that in state court, at least

4  not easily.

5          I've already talked about expeditious and

6  economical determination.  The state court proceeding

7  is going to cost a half million plus dollars.  It's

8  going to take three plus years.  Let me say this,

9  Forge would like that case done quick.  The TM

10  parties do not want an expeditious resolution of that

11  state court action.  This whole thing is a delay

12  tactic.  They are trying to delay foreclosure by

13  making -- but putting up the ugliest, nastiest, most

14  confusing claims they can before Judge Taylor to

15  complicate a very simple judicial foreclosure action.

16  It won't be fast.  It won't be quickly resolved

17  there.  And it will be very expensive.

18          The claims that will be asserted, if the

19  Court grants the motion, are new.  Were you

20  interested to look and remind yourself of the

21  extension doctrines and what grounds, if you granted

22  relief and that triggered a right for the debtor to

23  remove the case to your court.  Which I know you

24  wouldn't want to happen.  You might be interested to

25  learn that if it's not a preexisting case that

VS v. Christensen * October 11, 2012          247

1    existed before the lawsuit, before the bankruptcy,

2    mandatory extension does not apply.  So you grant

3    this motion for relief -- I don't know if we would,

4    but if we remove the case back here, mandatory

5    extension doesn't apply because it was not a

6    preexisting lawsuit.  Those claims were not

7    preexisting claims against the debtors.

8           On the other hand, if you say I'm granting

9    relief.  I'm clarifying to the state courts that the

10   automatic stay doesn't apply to non-debtors, just in

11   case you -- that's not clear enough, I'm going to

12   grant relief from stay so anybody can go against

13   non-debtors and do whatever discovery they want.

14   That case never comes here.  We deal with it here in

15   the claims process if there's money to distribute to

16   creditors.  It may never happen.  That case

17   definitely never comes back here, and these folks can

18   have their fight and the debtor doesn't have to get

19   drawn into it.  The debtor doesn't want to get drawn

20   into this RICO conspiracy fight.

21          The debtors are not indispensability

22   parties.  The brief we filed yesterday makes that

23   clear.  That's Hornbook law.  That was not an issue

24   briefed to the state court judges.  I'm confident

25   that if that issue comes up and they need to consider

VS v. Christensen * October 11, 2012          248

1    it, some counsel, not me, because I won't be there,

2    will educate them that there's no basis for claiming

3    these parties are indispensable parties. But that is

4    an issue for the state courts to decide. That is not

5    a basis to grant the motion because the law is

6    clearly to the contrary.

7              Finally, I'd remind the Court, the Curtis

8    case was a case not unlike ours. In fact, maybe less

9    compelling. At least the recitation of facts in the

10   case, there's no showing of prejudice greater than

11   we've shown today. That court denied the motion for

12   relief. Some of the Court's comments are summarized

13   in paragraph 107 of our objection and response, page

14   21. Curtis court says, "This case would be more

15   conveniently administered if the stay remained in

16   effect. Relief from the stay would frustrate, rather

17   than advance the economical administration of this

18   case. Potential disruption and expense to the

19   debtors' estate in defending the state court lawsuits

20   would cause great prejudice to the administration of

21   this case. The collateral benefits that movants hope

22   to achieve from the state court proceeding are

23   nonexistent." That's this case.

24             For the same reason the Curtis court

25   denied the motion before it, you should deny this

1    motion.  The debtors ask you to deny the motion and

2    permit statutory automatic stay to remain in effect.

3           MR. SHIELDS:  Should I do rebuttal or does

4    Forge want to (inaudible).

5           MR. HARRINGTON:  No.  Our comments would

6    be (inaudible).

7           THE COURT:  All right.  Let me take care

8    of Forge.  I mean, I made them come back and sit

9    through all this.

10          Mr. Harrington, Ms. Olsen, you can craft

11   an order that says affirmatively Forge is granted

12   relief from stay to pursue its claims in both pending

13   actions, including any motion to consolidate the

14   actions.

15          MS. OLSEN:  I have an order, Your Honor.

16   May I present it?

17          THE COURT:  No.  Thanks for asking.

18          The motion filed by the Traverse Mountain

19   parties for relief from stay for cause, and under

20   362(g), the debtors, the Christensens in the one case

21   and VS Fox Ridge in the other, have the burden to

22   show that they're entitled to maintenance of the

23   stay.  The Curtis factors are widely cited.  The

24   parties have briefed those.  And I'd like to review

25   my notes from today's hearing.

VS v. Christensen * October 11, 2012          250

```
1            Mr. Shields first called Mr. Christensen

2    to the stand.  And by the way, Mr. Christensen, I can

3    tell from your testimony and the emotion that you've

4    shown that this is a very important matter to you,

5    that you've invested a great deal of blood and

6    treasure in this development.  And so I hope you

7    understand that I am very aware of how much this

8    means to you.

9            Exhibit 1 consists of a little bit of a

10   mishmash, Mr. Shields, of schedules from both cases.

11   In the Christensen personal case, the Christensens

12   have interests in VS Fox Ridge and Mountain Home

13   Development Corporation.  They have claims against

14   the Traverse Mountain entities.  They have lawsuit

15   claims that are listed in paragraph 21 of schedule B.

16   And many of these are at play in the lawsuits.  And

17   while I wasn't sure why people at the beginning were

18   referring to the lawsuits by the judge's names,

19   that's become the easiest way for me to keep them

20   separate too.

21            So the Toomey case, I think I understand.

22   The Christensens have a few remaining claims against

23   the individual, Mr. Howcroft.  But the other claims

24   that they've asserted, the asset claims in these

25   cases, have been dismissed pursuant to summary
```

1   judgment.  That's not a final judgment in that case.

2   But it seems to me it could soon be a final judgment

3   if the remaining claims by the Traverse Mountain

4   entities are transferred to and consolidated into the

5   Laycock and Taylor matters.

6          But the problem, Mr. Christensen, that you

7   have is that you don't have a factory to reorganize

8   here.  You don't have any employees, you don't have

9   any inventory, you don't have any cash, you don't

10  have any accounts receivable other than accounts

11  receivable that are in the nature of disputed claims.

12  People say, no, we don't owe you that money that you

13  think we owe you.  And so the only way to turn these

14  assets, the lawsuit claims, the disputed accounts

15  receivable claims, is through litigation.  That's the

16  situation that you're in.

17         These cases were filed on June 20, 2012.

18  We are, as of today, we are one week shy of the

19  120-day benchmark in this case.  After which the

20  debtors will not have the exclusive right to file a

21  plan and disclosure statement.

22         There has been no discovery done by the

23  Christensens or VS against Traverse Mountain to get

24  the information Mr. Christensen says he's been

25  denied.  I don't know why that hasn't happened.

VS v. Christensen * October 11, 2012                252

1    There's been no plan or disclosure statement filed in

2    either case.  And I know these are complicated cases.

3    But still, it hasn't been done.  And the claims that

4    are asserted in the actions and including the

5    allegations that the Traverse Mountain parties have

6    made against the Christensens and Forge, which I

7    don't take as true, obviously.  But they are claims

8    or concerns that deserve attention but a judge.  It

9    can't be me.

10           And Mr. Boley, it's not because I don't

11   want to.  It's because I can't get to the bottom of

12   these claims.  I don't have jurisdiction over all of

13   the parties to the proceedings.  Judge Taylor does.

14   Judge Laycock does.  I can imagine an arm wrestling

15   contest between the two of them to see who might end

16   up with this lawsuit.  But they are -- those are all

17   state law causes of action over which I have, at

18   best, related to jurisdiction.  And even with respect

19   to some of the claims not involving Forge and

20   Traverse Mountain against each other, there are

21   claims over which I would only be able to offer

22   report and recommendation.  And the problem with that

23   procedural approach is it cries out for somebody to

24   say, no, let's have a de novo review by the district

25   court.  Let's just go through the whole thing all

1    over again.

2              And while I haven't looked at the issue,

3    Mr. Boley, your position on mandatory abstention with

4    respect to claims asserted post-petition, obviously

5    there's still the issue of discretionary abstention

6    with much the same analysis in many respects.

7              It's a very difficult decision for me

8    because I know how difficult it would be for the

9    Christensens and for VS Fox Ridge to both defend

10   themselves and to prosecute their affirmative asset

11   claims against the other parties in the situation

12   that they're in, with no cash.  But I don't see that

13   there's any way for the bankruptcy court to resolve

14   all the disputes in one forum.  And the only

15   alternative would be to split up all of the

16   litigation at the expense of all of the parties

17   involved.

18             And Mr. Boley and Mr. Berry, if you don't

19   want to go to Fourth District court, nobody's going

20   to make you.  That's your adult agreement with your

21   clients.  But it doesn't make sense to me that you

22   say you can -- you'll do it here, you'll defend and

23   prosecute claims here but you won't do it there.

24             Mr. Christensen testified that he and the

25   entity need to do discovery of the Traverse Mountain

1   entities to determine their financial position.  It

2   sounds like he's been denied information since I

3   think it was 2009.  That's the information that I

4   have.

5            As to the Toomey matter, Mr. Manning

6   testified against summary judgment had been granted

7   against the Christensens and VS Fox Ridge on all of

8   their claims against his clients and that there's two

9   claims remaining against Mr. Howcroft represented by

10  other counsel.  There are still pending requests for

11  sanctions for discovery of uses and attorney's fees.

12  But Traverse Mountain property -- Traverse Mountain

13  entities are not seeking relief from stay as to that.

14           The Traverse Mountain properties entities

15  want Judge Toomey to rule on the briefed motion to

16  modify the protective order to use the documents in

17  the other lawsuits, the Taylor and Laycock matters.

18  It's been briefed by both sides.  The hearing's set

19  for July 5th.  It didn't happen because of the

20  bankruptcy case.  So I'm specifically granting relief

21  from stay effective upon entry of the order to allow

22  the Traverse Mountain properties entities to file --

23  set a hearing on that matter.

24           The automatic stay will remain in place as

25  to the balance of the claims in the Toomey matter as

VS v. Christensen * October 11, 2012          255

1   they relate to Mr. and Mrs. Christensen and VS Fox
2   Ridge.  There is no stay as to any other party in
3   that action, any other defendant.  Or I guess they
4   were plaintiffs, weren't they?
5          Mr. Boley, help me.  Is there a pleading
6   in the Toomey action so I can see exactly who's
7   involved in that?
8          MR. BOLEY:  Exhibit R, Your Honor.  I
9   don't know if that's a complete list.  Perhaps also
10  Exhibit Q, which was the debtors' second amended
11  complaint.
12         THE COURT:  All right.  So the plaintiffs
13  in the Toomey matter are McKay Christensen, Mr. and
14  Mrs. Christensen, VS Fox Ridge.  And then I'm not
15  sure, Chris Christensen, Sherry Christensen, and SJ
16  Fox Ridge, are they actively involved in that case
17  any longer?  Any idea?
18         MR. BOLEY:  I think they're all still in
19  the case, but I don't know for sure.
20         THE COURT:  Okay.  Well they're --
21         UNIDENTIFIED SPEAKER:  My clients say they
22  are involved, yes.
23         THE COURT:  Okay.  They're non-debtors and
24  the stay doesn't affect any further action by the
25  Traverse Mountain parties against them.

VS v. Christensen * October 11, 2012          256

1           The Exhibit 6 that was received -- and I

2     understood that to be counsel's best effort to put

3     together and articulate the claims that they would

4     like to raise.  And the timing of the filing with the

5     other documents, I don't see as being undertaken with

6     any effort to try to surprise the debtors' counsel

7     but simply that they were just trying to get it in as

8     quickly as they could.

9           The proposed document, Exhibit 6, does

10    raise claims that are already pending in the Toomey

11    action that they want to transfer to Judge Taylor's

12    court.  That'll be up to Judge Taylor.  I'm not

13    saying they can.  I'm just saying they can ask.

14    There are a couple of new claims there that are

15    raised in response to what the Traverse Mountain

16    parties say that they learned during discovery in the

17    Toomey action concerning the relationship between the

18    Christensens and Forge.  I think it makes sense for

19    those matters to be tried in one place where all the

20    parties are participating.  It avoids the risk of

21    inconsistent judgments.  I think it reduces the

22    overall expense for the parties.

23          And although you've argued it, Mr. Boley,

24    I don't see that it would be -- I didn't see that

25    there's any real evidence that would cost any less to

VS v. Christensen * October 11, 2012          257

1    litigate and liquidate the claims; both Christensen's

2    and VS Fox Ridge's asset claims and the claims

3    against them in state court as opposed to here.  It

4    would reduce the overall cost to the parties.  And it

5    would reduce the prospect of inconsistent judgments

6    here and there.  So that said, I think the lawsuits

7    before Judge Laycock and Judge Taylor ought to go

8    ahead.

9           What I'm concerned about is even though

10   there hasn't been much action by the debtors in their

11   cases -- and Mr. Boley, I don't think we have an

12   August monthly operating report and September's due

13   on Monday.  I don't know what's going on in the

14   cases.  I don't think much.  What I'd like to hear

15   from you, either or both of you, is how much time you

16   think the debtors needs before that litigation goes

17   forward with or without the Christensens and VS Fox

18   Ridge, whether they decide to defend and prosecute

19   their claims or not.  And I'm thinking in terms of

20   weeks rather than years, so.

21          MR. BOLEY:  Would you give me one moment

22   to speak with Mr. Steve Christensen?

23          THE COURT:  Of course.

24          MR. BOLEY:  And get his input?

25          THE COURT:  Yes.

VS v. Christensen * October 11, 2012          258

1          MR. BOLEY:  Can we step outside, Your
2    Honor?
3          THE COURT:  Yes.  We'll just go off the
4    record.  And you let us know when you're done.
5              (Break taken from 3:26 to 3:32 p.m.)
6          THE COURT:  All right.  We're back on the
7    record.
8          Mr. Boley and Mr. Berry, what I'm looking
9    for is some guidance.  I want to allow the debtor a
10   chance to reorganize.  But my view is I'm required to
11   grant relief from stay under these circumstances.  So
12   what do you think?
13         MR. BOLEY:  As we were debating that in
14   the hall, Your Honor, I reminded my client that we
15   should not ask for too much.  He wants to ask for
16   four weeks.  And there's one other request we would
17   ask.
18         THE COURT:  Oh, that's -- yeah, I was
19   going to give you six.
20         MR. BOLEY:  Okay.  We want six weeks.
21         THE COURT:  Okay.  You got it.
22         MR. BOLEY:  The other request we would ask
23   is the debtor actually believes it's more prejudiced
24   if the stay remains in effect in the Toomey case and
25   only the Taylor case goes ahead.  Even though my view

1   of the automatic stay is it doesn't apply to the

2   debtors' claims against third parties.  I don't want

3   somebody crying foul if and when we find a lawyer to

4   take that case up.  If we're going to do it, let's

5   just lift it in both.  I mean, you've already made

6   your ruling.  But if that's your ruling, the debtor

7   would prefer to have the stay lifted in both cases.

8            THE COURT:  I'm sorry.  When you say both

9   cases?

10           MR. BOLEY:  The Toomey case and the Taylor

11  case.

12           THE COURT:  And the Laycock case?

13           MR. BOLEY:  And the Laycock case.  Instead

14  of just Taylor and Laycock, might as well lift the

15  stay in Toomey.  Then there's no question when the

16  debtor starts ramping up -- because that's where all

17  the debtors' claims are, as good or bad as they might

18  be.

19           THE COURT:  Well, doesn't it make sense --

20  I mean, if -- I hate to see him run into Judge Toomey

21  and spend a lot of time and money saying let me --

22  you know, let's go ahead with this, when they're

23  trying to transfer those claims over to the other

24  case.

25           MR. BOLEY:  I don't think the debtors want

VS v. Christensen * October 11, 2012          260

1    those claims transferred over to the other case.  And

2    I think --

3              THE COURT:  Well, I understand that.

4              MR. BOLEY:  And that create -- frankly,

5    that increases the likelihood Judge Taylor is going

6    to look at it as, these guys can't go ahead in Toomey

7    so I have to let them go ahead here.  And so it

8    increases the likelihood that Judge Taylor grants

9    their motion.  It's a very savvy litigation ploy.  It

10   puts them in a better posture to prevail there.  The

11   debtor would just prefer in six weeks the stay is

12   lifted in all the cases and --

13             THE COURT:  We have no committee in either

14   case, right?

15             MR. BOLEY:  No, committees.

16             THE COURT:  All right.  Mr. Kuhn, does the

17   U.S. Trustee have any concern about me simply

18   clarifying that there is no stay in effect -- or any

19   stay with respect to the Toomey action is modified

20   entirely, to let that go ahead?

21             MR. KUHN:  No, Your Honor.

22             THE COURT:  Okay.  Now, that would allow

23   the Traverse Mountain parties to move ahead with that

24   action if they choose.

25             MR. BOLEY:  I understand.

VS v. Christensen * October 11, 2012          261

1            THE COURT:  Including attorneys' fees,

2    sanctions and all that.

3            MR. BOLEY:  Yeah.  One other clarification

4    we're going to ask is as to the debtors, they're

5    going to state court to liquidate claims only, not

6    for entry of judgment.  They come back here with

7    their liquidated claim.  Because entry of a judgment

8    is prejudicial to the estate.  I don't think you

9    intended to permit that.

10           THE COURT:  Yeah.  I didn't intend that.

11           MR. BOLEY:  And so I understand they can

12   seek their attorneys' fees in the Toomey case.  We

13   understand the negatives.  The debtor understands

14   them and --

15           THE COURT:  All right.  Let me ask:

16   Mr. Shields, any thoughts about that?

17           MR. SHIELDS:  I'm just a little bit

18   confused.  If they're saying they want to amend our

19   motion now or they want -- grant -- they're

20   withdrawing their objection to our initial motion --

21           THE COURT:  No.  They stay they want to go

22   ahead in the Toomey action with whatever remaining

23   claims that they have.  But --

24           MR. SHIELDS:  They're not stayed anyway,

25   right?  But I don't think they're stayed.  They can

VS v. Christensen * October 11, 2012          262

1   go ahead with their action it's just that --

2           THE COURT:  Well, you'd have to go back

3   and read the TW Telecom case.

4           MR. SHIELDS:  Yeah.  I don't want to do

5   that.

6           THE COURT:  That was in an appeal context.

7   But I don't really know.

8           MR. SHIELDS:  Yeah.

9           THE COURT:  What we should do is clarify

10  that if they say on the record they want to go ahead

11  with that, I'm going modify the stay or terminate the

12  stay as to your clients to allow them to proceed on

13  their claims and defend themselves.

14          MR. SHIELDS:  Okay.  In the Toomey

15  litigation as well as the Taylor litigation?

16          THE COURT:  Yes.

17          MR. SHIELDS:  So instead of limiting the

18  relief to just the protective order in the Toomey,

19  the Court's going to grant total relief in the Toomey

20  case?

21          THE COURT:  That's what the debtors want.

22          MR. SHIELDS:  That's what we originally

23  asked for and they objected.  And so we cut back

24  because we were trying to accommodate them.  But it

25  sounds to me like they've -- can I just talk to my

VS v. Christensen * October 11, 2012          263

1   client one second and --

2          MR. HARRINGTON:  Your Honor, just to

3   clarify one matter.

4          THE COURT:  And I'm sorry, Mr. Harrington.

5   I need you at the microphone.

6          MR. HARRINGTON:  Yeah.

7          THE COURT:  You can sit down, if you want.

8          MR. HARRINGTON:  If -- in the Laycock and

9   Taylor matters, we have filed a motion to

10  consolidate.  We heard today for the first time that

11  there's no objection to consolidation.  So when we've

12  talked about Laycock and Taylor, it will become the

13  Taylor case, both cases.

14         THE COURT:  That's the lower number case?

15         MR. HARRINGTON:  Yes.  It is the first

16  filed case.  So when we talk about Laycock and Taylor

17  I think Mr. Shields is right, it's simply going to be

18  the Taylor case.

19         MR. SHIELDS:  Your Honor, that's

20  acceptable to my client.

21         THE COURT:  All right.  Let me see if I

22  can restate then.

23         Again, on the Taylor case -- and I'll just

24  refer to it as that at this point.  Even though both

25  Judge Laycock and Judge Taylor used the term

1    "indispensable," I've read Mr. Boley's argument on

2    that issue.  He's probably right.  I'm not going to

3    tell those judges that Mr. Boley's right and they're

4    wrong.  What I do think is important is in both cases

5    both judges were clear that the claims among both the

6    debtors and the non-debtors are intertwined.  That's

7    echoed in Mr. Lavar Taylor's [sic] e-mail where he

8    was talking about -- and I'm trying to remember who

9    that was -- that was Exhibit 8.  Mr. Lavar

10   Christensen's e-mail of June 26th, talking about the

11   issues and defenses are so integrated.  I think for

12   all of these reasons that the stay should be modified

13   to allow the Taylor case, consolidated with the

14   Laycock case, to go forward as to all parties, as to

15   all claims.

16            And again, given the debtors' withdrawal

17   of their objection, I'll expand the relief granted to

18   the TM parties to allow all of the parties in that

19   action, the Toomey action, to liquidate their various

20   claims and defenses.

21            As to -- and I want to track this.  So as

22   to the Toomey action and the protective order only,

23   because I want to -- I think it makes sense to get

24   that out ahead of the rest of this.  I'll grant

25   relief from stay effective upon entry of the order to

CITICOURT, LLC
801.532.3441

VS v. Christensen * October 11, 2012          265

1   allow that discrete part of that case to go ahead.

2   As to the rest of the Toomey action and the

3   consolidated Taylor action, if that's what Judge

4   Taylor decides to do, relief from stay will be

5   effective Wednesday, November 28, 2012.

6            MS. OLSEN:  Could you say that date again,

7   Your Honor?

8            THE COURT:  Wednesday, November 28, 2012.

9            MS. OLSEN:  Did you want one order that

10  deals with all these issues?

11           THE COURT:  We've got some really good

12  attorneys here.  I think you can work that out, and I

13  really appreciate it.

14           MR. SHIELDS:  We'll work on that, Your

15  Honor.

16           THE COURT:  All right.

17           UNIDENTIFIED SPEAKER:  Your Honor, it's

18  just been brought to my attention that November 28th

19  is when the trial begins in the Judge Kennedy case.

20  Just a coincidence, but...

21           THE COURT:  And this simply means that no

22  pleadings can be filed prior to that date.

23           UNIDENTIFIED SPEAKER:  Yes, Your Honor.

24           THE COURT:  No request for scheduling

25  conferences, no notices to submit, nothing.

VS v. Christensen * October 11, 2012          266

1              All right.  Mr. Shields, who are going to

2    be your contacts on working out an agreed order?

3              MR. SHIELDS:  Yes.  We'll work with

4    Sherilyn and with the debtors to try and do one order

5    that grants the stay of relief in the Toomey case

6    effective upon entry as stay relief on the other

7    cases on November 28th.

8              MR. BOLEY:  Immediately only as to the

9    motion for the protective order, if I understand

10   correctly.

11             THE COURT:  Yes.

12             MR. SHIELDS:  Not attorneys' fees.

13             THE COURT:  Right.

14             MR. SHIELDS:  But the balance of Toomey

15   will be effective on November 28th, correct?

16             THE COURT:  Yes.  All right?

17             MR. BOLEY:  Okay.

18             THE COURT:  All right.  Thank you very

19   much for your patience, your help.

20             MR. HARRINGTON:  Your Honor, there's one

21   other matter if we could ask, and this does relate.

22   We have a discovery dispute in which Mr. Shields has

23   filed a motion to quash.  We have also filed a motion

24   to compel production.  It is -- it involved the very

25   issue of what monies Mountain Home may owe the

1   debtor.  And we, being the largest creditor, are

2   interested.  We have scheduled it for November 5th.

3   I'm asking if there's any possibility of getting that

4   on your calendar sooner.

5                MS. OLSEN:  Your Honor, while you're

6   looking at that, can I ask one more question?  On the

7   stay order that we're drafting for the effectiveness

8   of November 28th, since we're already being delayed

9   six weeks, can we have a waiver or 4001(a)(3) for the

10  effectiveness of the remainder of the stay?

11               THE COURT:  That's --

12               MS. OLSEN:  So on the --

13               THE COURT:  Yes.  That's what I intended.

14               MS. OLSEN:  Okay.

15               THE COURT:  So thank you.

16               MS. OLSEN:  Thank you.

17               THE COURT:  I mean, you don't have to wait

18  until November 28th and then wait another two weeks.

19               MS. OLSEN:  Okay.

20               MR. SHIELDS:  I'm confused, Your Honor.

21  If the Court could possibly clarify.  Does the

22  six-week period apply to Forge also?

23               THE COURT:  Yes.

24               MR. SHIELDS:  Or only as to the TM

25  companies?

VS v. Christensen * October 11, 2012          268

1                    THE COURT:  No.  It's everybody.

2                    MR. SHIELDS:  Yes.

3                    THE COURT:  I can move it up a week, the

4       29th at 2:00.

5                    MR. HARRINGTON:  That would be terrific,

6       Your Honor.  And we'll notice that out.

7                    THE COURT:  Is that okay, Mr. Shields?

8                    MR. SHIELDS:  Let me check, Your Honor.

9       That's a Monday?

10                   THE COURT:  Yes.

11                   MR. SHIELDS:  Does that give us time to

12      brief?

13                   MS. OLSEN:  I believe the brief's due on

14      the 26th.

15                   MR. SHIELDS:  (Inaudible.)

16                   MR. HARRINGTON:  Yep.

17                   MR. SHIELDS:  Okay.  Thank you.

18                   MR. HARRINGTON:  Thank you, Your Honor.

19                   MR. SHIELDS:  Your Honor, would we still

20      have the status conference on the 6th of November,

21      the continued status conference, given the changes of

22      the orders?

23                   THE COURT:  Well, it sounds like you're

24      making progress on the tax returns, which is one of

25      the things we want to talk about, plus the plan.  So

VS v. Christensen * October 11, 2012          269

```
1    would one of you, Mr. Berry or Mr. Boley, just

2    contact me and see if we can reschedule that, push it

3    back a little bit?

4              MR. BOLEY:  Certainly, Your Honor.

5              THE COURT:  Tomorrow.  Just give me a call

6    tomorrow some time.

7              MR. BOLEY:  We'll do it.

8              THE COURT:  All right.  Thank you very

9    much.

10             MR. SHIELDS:  Thank you, Your Honor.

11             THE BAILIFF:  All arise.

12                  (Concluded at 3:45 p.m.)

13                      --oOo--

14

15

16

17

18

19

20

21

22

23

24

25
```

270

REPORTER'S CERTIFICATE

STATE OF UTAH            )
                         )  ss.
COUNTY OF SALT LAKE      )


        I, Tamra J. Berry, Registered Professional
Reporter and Notary Public in and for the State of
Utah, do hereby certify:

        That on October 18, 2012, I transcribed an
electronic recording;

        That the testimony of all speakers was
reported by me in stenotype and thereafter
transcribed, and that a full, true, and correct
transcription of said testimony is set forth in the
preceding pages, according to my ability to hear and
understand the tape provided;

        I further certify that I am not kin or
otherwise associated with any of the parties to said
cause of action and that I am not interested in the
outcome thereof.

        WITNESS MY HAND AND OFFICIAL SEAL this
23rd day of October, 2012.




                    _____
                    Tamra J. Berry    CSR, RPR


                    Notary Public
                    TAMRA J. BERRY
                    Commission #577129
                    My Commission Expires
                    January 7, 2013
                    State of Utah

October 11, 2012

**#**

#900 [1] 2:17

**$**

$1,500 [3] 27:21,23 28:10
$1,714,846.58 [1] 17:3
$100 [1] 24:9
$100,000 [1] 55:6
$100,600,103.28 [1] 59:1
$103 [1] 59:19
$103.28 [2] 42:3 59:9
$2 [2] 46:6 214:17
$20,600,000 [1] 42:25
$25 [1] 116:2
$25,000 [2] 33:19 57:17
$250,000 [3] 56:4 74:4 89:16
$27,800,000 [1] 58:9
$3 [1] 219:20
$3,008 [2] 27:9 224:7
$300,000 [1] 182:4
$39,000 [1] 110:3
$4,000 [1] 20:10
$400,000 [1] 190:25
$450,000 [2] 106:15 110:8
$5 [2] 45:21 48:25
$50 [4] 10:7 14:24 24:25 101: 8
$500,000 [1] 89:17
$7,000 [1] 58:6
$77 [1] 10:5
$77,938,550.52 [1] 15:25
$800,000 [1] 46:7
$900,000 [1] 212:24
$93,000 [1] 30:23
$971,000 [1] 49:3

**0**

09 [1] 98:5

**1**

1 [26] 8:11,17,21 11:10,18 13: 22 16:14,19 26:1 29:23 30: 14 58:23,23 59:17,17 60:1 62:7 68:25 120:21 121:1 135:11 179:3 206:25 211: 18 239:11 250:9
1,000 [2] 186:7,7
1-15 [1] 65:3
1.7 [1] 191:5
1:00 [1] 163:21
1:05 [1] 164:1
10 [10] 2:17 12:22 37:7 73:25 160:20,22 169:12 211:18 226:7 240:23
10:26 [1] 77:25
10:29 [1] 77:25
100 [11] 14:9,13 15:1,3 16:13,

14 24:4,17 59:19 242:14, 19
100,000 [1] 19:18
107 [1] 248:13
10B [1] 38:23
11 [20] 8:6 12:23 32:1 38:23 41:18 42:19 111:13,20,21 153:2 156:8 169:12 177: 23 181:17 218:17 221:12, 13,14 225:14 243:23
1100 [1] 2:5
111 [1] 2:5
118 [1] 4:15
11th [2] 176:24 177:2
12 [5] 13:1 39:1 42:1,20 176: 23
12.5 [2] 62:19 67:15
12:09 [1] 164:1
120 [1] 5:5
120-day [1] 251:19
122 [1] 5:6
124 [1] 5:7
13 [7] 13:2 42:19,20 62:8,13 63:20,22
130 [1] 4:16
14 [11] 13:2 42:23 44:16 77:6 81:12 97:15,22 125:13 136:21,24 179:4
141 [1] 4:19
15 [3] 42:20 49:8 89:9
150 [2] 82:9,18
158 [7] 5:8,9,10,11,12,13,14
15th [1] 144:3 145:6 217:8
16 [5] 16:19,25 42:20 49:12 70:4
16.728 [2] 44:7 64:3
164 [1] 4:20
16th [5] 9:2,5 27:25 28:7,11
17 [6] 42:20 50:8,13 104:7,22 118:20
175 [3] 5:15,16,17
17A [1] 39:2
17B [1] 39:4
18 [7] 39:7 42:20 50:12 51:8, 23 63:20 270:8
181 [1] 4:9
18B [2] 39:23 40:4
19 [6] 40:1 42:20 52:2 125:18 160:14 226:11
1980 [2] 94:3 220:5
1985 [1] 220:10
1st [1] 72:4

**2**

2 [18] 9:23 11:10,18 15:13,24 30:14 31:22 60:1,19 84:15

91:13,15,17,18 155:20 160:7 161:3 170:4
2,700-acre [1] 65:2
2.1 [1] 111:22
2.5 [1] 53:5
2:00 [1] 268:4
2:13 [1] 223:1
2:29 [1] 223:1
20 [6] 42:20 52:8 60:2 66:12 77:4 251:17
20.6 [1] 59:14
200 [1] 3:4
2000 [1] 217:22
2001 [1] 141:17
2004 [1] 188:4
2009 [7] 38:22 68:9 72:14,14 97:13,14 254:3
201 [2] 5:18,19
2010 [6] 30:22 31:1 72:17 121:15,18 125:18
2011 [6] 31:4,7,9 118:13 217: 20 218:6
2012 [13] 30:8 31:13 32:1 104:7,22 118:16,20 155: 21 251:17 265:5,8 270:8, 17
202 [1] 4:10
20A [1] 40:4
20th [1] 60:22
21 [9] 10:18 13:23 14:20 40:7 44:15 81:16 85:3 248:14 250:15
21B [1] 40:16
22 [2] 54:5,20
22.5 [2] 26:5 53:6
2200 [1] 2:11
221 [1] 4:11
222 [1] 2:11
23 [1] 54:25
23rd [1] 270:17
24 [1] 55:21
24th [5] 145:8 166:5,6,10,24
25 [19] 10:10 14:9,12,18 16: 14 23:20 24:3,4,9,16,17, 19 40:16 44:19 45:8 53:10 116:10 223:16,25
25,000 [3] 21:23 31:19 35:2
25.5 [4] 43:25 44:5,9 63:25
250,000 [1] 18:20
26 [3] 56:12 57:2 155:21
265-0700 [1] 3:5
26th [3] 98:5 264:10 268:14
27 [7] 57:21 58:11 122:17
27.1767 [1] 40:12
27th [1] 80:9
28 [4] 49:9 58:13 265:5,8

28th [5] 265:18 266:7,15 267: 8,18
29 [1] 58:17
29th [1] 268:4
2nd [2] 176:11,21

**3**

3 [16] 11:12,19,20 12:2 16:18, 23 32:9,9,21 33:3 62:10 63:2 70:7 111:18,22 176: 20
3,400,000 [1] 65:9
3,600,000 [1] 65:5
3:26 [1] 258:5
3:32 [1] 258:5
3:45 [1] 269:12
30 [2] 150:21 193:25
300 [2] 2:22 3:4
300,000 [1] 202:11
31 [34] 29:23 30:14 32:21 33: 3,13 41:18 42:1,19 44:16 49:8,12 50:8,13 51:9,23 52:2,8 54:5,21,25 55:21 56:12 57:3,21 58:11,13,17, 18,18 63:20,22 77:6 81:12 235:24
33 [1] 122:17
341 [1] 35:16
35 [2] 49:9 189:16
362(g [2] 180:5 249:20
362(h [1] 231:8
363-4300 [1] 2:6
37 [1] 93:24
39 [2] 236:4,7

**4**

4 [13] 10:16 12:3 13:22 15:17 16:2 23:20 32:21 33:1,12 60:20 82:8,15 177:10
4,000 [3] 21:5 22:25 41:3
40 [6] 183:14 186:12 193:25 203:9 236:3,4
4001(a)(3 [1] 267:9
405 [1] 2:22
409 [1] 109:25
42 [3] 9:23 70:9 236:4
43 [1] 236:7
44 [3] 29:23 77:7 81:12
46 [1] 60:2
4B [1] 33:13

**5**

5 [11] 12:1,7 14:20 16:2 24: 25 33:13 98:4 177:1,6,8 236:6
50 [6] 10:10 14:25 15:3 45:18 116:1,10 219:10 223:15

**523** [3] 236:14,25 237:3
**524-5105** [1] 2:23
**5296** [1] 3:4
**530-7374** [1] 2:18
**56(f** [1] 105:3
**5th** [5] 108:9 111:16 114:3
254:19 267:2

**6**

**6** [24] 12:8,12 33:13 125:17
136:20,24 147:21 150:15
167:12,16 171:16 173:17
175:12 179:6 192:23 194:
10 219:7 229:6 231:24
235:19 236:9 237:5 256:1,
9
**6,000** [1] 65:8
**6:43** [1] 150:18
**60** [1] 163:5
**60-page** [1] 96:12
**62** [1] 4:4
**63** [1] 216:22
**64** [1] 167:16
**6th** [1] 268:20

**7**

**7** [17] 4:3 5:20 12:20 25:25
33:13 78:23 79:9 80:14,20,
22 114:22 120:21 121:1
135:11 207:1 219:7 240:
10
**71** [1] 4:5
**73** [1] 5:3
**74** [1] 4:6
**75** [6] 10:9,11 15:16,25 24:17
29:16
**763** [1] 22:25
**77** [1] 15:14
**799-5800** [1] 2:12
**7th** [6] 30:8 40:24 41:15 47:
17 58:21 122:15

**8**

**8** [15] 5:21 12:21 27:5 33:13
79:9,10,12,17,21,25 80:2
154:5 155:20 219:7 264:9
**8,000** [2] 65:4 218:19
**80** [4] 5:4,20,21 59:13
**801** [5] 2:6,12,18,23 3:5
**80s** [1] 94:1
**81** [2] 4:7 94:3
**84** [1] 4:8
**8th** [5] 8:24 9:9,14 28:5,8

**9**

**9** [23] 9:23 10:16 12:22 13:22
14:20 15:13,17,24 16:2,18,
23 23:21 24:25 25:25 27:5

**33:17 62:**10 70:7 157:3
160:7 177:21 178:1 226:7
**9006-1** [1] 150:18
**925,000** [1] 56:22
**93** [1] 4:14
**95** [1] 223:14
**9th** [3] 150:19 164:19 168:23

**A**

**a.m** [1] 77:25
**abetting** [1] 236:5
**abide** [1] 106:8
**ability** [6] 60:7 97:6 98:13
100:20 206:5 227:22 232:
9,12,13,14 270:12
**able** [39] 52:7 80:8 87:7 88:
14 102:5 107:24 110:10
128:2 135:1 146:1 147:1
154:25 158:4 170:15 186:
1,12,13 190:18 192:5 194:
16 195:7 196:1 199:18
200:6 204:20,23 207:7
209:19,23 212:15 218:3,5,
7 224:21 226:23 230:8
232:10 245:6 252:21
**above** [6] 23:19 24:1,19 92:2,
5 112:5
**absent** [1] 196:2
**Absolutely** [9] 97:12 100:14
114:4 116:16 153:6 161:
25 191:12 216:18 226:4
**abstention** [2] 253:3,5
**abuses** [1] 100:2
**acceptable** [1] 263:20
**accepted** [1] 177:7
**accepts** [1] 160:24
**access** [11] 111:3 127:6,9,18
159:4,5 162:9,12 172:11
227:4,5
**accessible** [1] 125:4
**accommodate** [1] 262:24
**accomplished** [1] 140:11
**according** [6] 48:6 122:16
201:15 210:7 217:8 270:
12
**account** [7] 17:2,6 21:18 22:
20 29:3 31:19 59:10
**accountant** [5] 31:12 32:7
217:14 218:2,9
**accountants** [1] 20:8
**accounts** [7] 16:19,25 42:3
227:16 251:10,10,14
**accrued** [1] 227:18
**accruing** [1] 17:12
**accurate** [9] 9:19 17:11 27:8
51:3 115:9 121:13 122:19

**147:**17 191:7
**accurately** [1] 52:7
**accused** [1] 225:7
**achieve** [1] 248:22
**acknowledge** [6] 49:19 51:
20 52:10 53:17 60:4,17
**acknowledged** [1] 52:15
**acquire** [4] 38:16 74:14 75:
85:10
**acquired** [2] 74:18 85:13
**acres** [1] 66:12
**across** [2] 235:16 237:17
**act** [1] 200:6
**action** [98] 15:9 25:5 73:12
82:2 112:5 122:15,15 142:
16,16,17,23 150:1 164:23,
25 167:8,13,13 168:1,6,21,
21,24 169:2,6,8,10,16,19
171:24 172:3,3,5,13,14,17,
20,25 173:4,6,9,10,13,19
174:2,3,6,10 176:22 193:6,
8,9,15,18 194:22 198:19,
20 199:20 200:25 231:21
232:3,8,15,16 233:2,6,23
235:2,3,7,14,22,23 236:11
237:2,14,16,21,22,24 241:
7 246:11,15 252:17 255:3,
6,24 256:11,17 257:10
260:19,24 261:22 262:1
264:19,19,22 265:2,3
**actions** [20] 83:14 91:10 107:
1 139:22 142:8 143:17
145:2 162:5 169:17,21
173:25 192:19 205:4,7
236:14,25 238:19 249:13,
14 252:4
**active** [2] 33:9,10
**actively** [1] 255:16
**activity** [1] 100:21
**acts** [1] 99:11
**actual** [3] 98:3 118:18 168:1
**actually** [14] 28:24 30:7 37:
25 42:8 64:11 65:12 75:6
77:15 118:10 127:24 163:
14 176:13 235:7 258:23
**add** [6] 53:10 75:10 119:2,3
237:16,21
**added** [11] 47:6 69:14 105:12
118:25 122:5,23 152:23
172:12,25 233:7 236:10
**addition** [6] 27:23 74:10 85:6
100:6 178:1 184:24
**additional** [12] 10:20 61:19 99:
7 103:21,23 106:16 116:
22 172:12 185:23
**address** [4] 43:20 125:13

**164:**15 197:16
**addressed** [3] 97:8 120:5
202:23
**addressing** [1] 231:6
**adequately** [1] 199:19
**adjudicated** [1] 201:2
**adjudication** [1] 160:12
**administered** [1] 7:23 181:
16 248:15
**administration** [2] 248:17,20
**administrative** [1] 32:22
**admission** [3] 10:24 11:2 13:
8
**admit** [1] 55:6
**admitted** [7] 80:14,17 114:23
147:23 154:5,13 179:3
**admonish** [1] 151:24
**Adobe** [4] 66:7,8,9,17
**adult** [1] 253:20
**advance** [1] 248:17
**advantaged** [1] 135:1
**advising** [1] 87:3
**aerial** [2] 64:19 66:6
**affect** [2] 206:5 255:24
**affected** [1] 156:8
**affiliated** [2] 94:9 129:17
**affiliates** [1] 142:20
**affirmative** [1] 253:10
**affirmatively** [1] 249:11
**afford** [2] 194:21 199:15
**afraid** [2] 32:6 121:5
**ago** [7] 13:16 22:23 66:10
141:25 148:2 217:16 238:
1
**agree** [18] 17:17,21 25:18 45:
7,18 48:24 103:1 111:24
146:7 148:22 149:20 159:
20 163:8 230:11 231:13
233:14 237:15,19
**agreeable** [3] 74:16 75:3 85:
12
**Agreed** [19] 11:22 12:18 17:
22,25 18:2 57:25 102:1,7,
20 124:11 148:21 184:15
191:12 198:17 200:10 207:
25 210:8 213:8 266:2
**agreement** [51] 10:23 11:10,
12,14 12:5 17:9,19,24 18:
21,22 39:21 46:3,9,14 48:
7,11 50:5 65:16 69:18,18,
21 81:22 82:3,7 88:19,24
89:3,12,15,23 90:3,8,12,
21 92:1,11,15,18 95:3,4,6,
10 153:15 190:22 191:13
210:5,8 212:23 213:8 235:
24 253:20

October 11, 2012

**agreements** [9] 39:22,22 81:
23 88:17 92:21 190:6 214:
16 215:10,23
**agrees** [3] 161:4,6,8
**ahead** [23] 77:5 78:5 151:24
156:23 176:1 179:21 183:
1 198:7,10 223:7 245:4
257:8 258:25 259:22 260:
6,7,20,23 261:22 262:1,10
264:24 265:1
**Aiding** [1] 236:5
**allegation** [1] 171:18
**allegations** [10] 12:10,14 96:
1 101:2 103:23 104:25
105:5 116:23 154:16 252:
5
**allege** [2] 53:4 145:14
**alleged** [3] 57:14 59:20 237:
3
**alleging** [3] 43:23 228:24
237:2
**allocated** [1] 110:5
**allow** [15] 90:3 103:8 134:22
148:6 160:17 161:16 234:
4 235:13 254:21 258:9
260:22 262:12 264:13,18
265:1
**allowance** [1] 195:23
**allowed** [3] 96:19 119:3,4
**allowing** [2] 235:9,11
**allows** [2] 153:5 225:14
**almost** [5] 54:11 193:11 212:
12 227:2 239:14
**already** [31] 40:10 76:15 79:5
103:5 110:15 120:7 135:2
147:13,22 150:8 152:21
154:5 166:18 175:6 177:6,
8 182:17,18 199:17 203:
12 224:24 227:25 228:4
234:25 239:4 240:24 241:
1 246:5 256:10 259:5 267:
8
**alter** [1] 89:22
**altered** [1] 92:10
**alternative** [2] 186:16 253:15
**alternatively** [1] 96:16
**alternatives** [1] 186:22
**although** [11] 76:4 79:24 96:
11 98:17 109:3 113:13
114:19 122:1,18 125:9
256:23
**altogether** [1] 69:4
**ambiguity** [1] 225:11
**amend** [14] 48:16 89:22 96:
22 98:7 103:6,7 144:10
147:2 148:6 166:25 230:9

**amended** [36] 8:23 10:3 27:6,
19 29:21 47:7,17 51:8 52:
9 69:1 72:2,22,25 73:3 84:
13 86:21 90:22 95:7 98:9
99:5,6,6 105:7 121:3 145:
10 148:19 150:5 156:20
165:1,25 167:5 168:22
172:10,22 234:1 255:10
**amendment** [3] 30:3 166:2
224:20
**amendments** [3] 9:16 30:10
91:7
**amends** [1] 146:15
**America** [4] 6:7 15:9 25:5
220:8
**among** [1] 264:5
**amount** [35] 15:24 17:2 18:1
19:1 21:10 26:5,13,15,18,
25,25 51:1 52:10,24 53:10,
12,25 54:6 56:22 57:18 59:
9 69:22 73:25 76:5 82:9
100:2,5 109:20 129:22
186:11 191:9 208:14 213:
1 214:14 220:16
**amount's** [1] 17:20
**amounts** [8] 20:13 24:22 25:
20,21 26:14 27:16 42:14
59:12
**analysis** [2] 112:3 253:6
**and/or** [6] 14:4 44:22 74:15
81:19 85:10 178:16
**Anderson** [3] 114:24 136:9,
12
**another** [16] 10:10 16:13 35:
11 71:1 78:10 115:20 214:
19 219:25 240:11 241:1,1
243:18,20,22 246:2 267:
18
**answer** [27] 12:17 35:16 52:7
67:6 76:16 101:13 132:22,
23 133:16 144:10 145:10
155:12 156:19 158:23 159:
13 166:1,23 168:20 169:9
196:12 199:1 203:4 205:
23 219:6 239:16 243:2,12
**answered** [4] 76:16 169:24
198:10 229:6
**answering** [1] 96:10
**answers** [4] 35:10,12 41:10
186:14
**anticipate** [4] 45:24 201:1,5
204:21
**anxious** [1] 114:3
**anybody** [11] 32:13 81:25
114:18 131:7 195:5 218:

18,25 222:2 226:3 229:19
247:12
**anybody's** [1] 110:14
**anyhow** [1] 191:4
**anytime** [1] 85:7
**anyway** [1] 261:24
**apartments** [1] 186:5
**apologize** [9] 11:4 59:16 63:
21 120:16 125:24 190:13
209:14 221:25
**appeal** [15] 105:14,18,21 106:
1,3,7 119:13,14,17,17,19,
22,23 226:18 262:6
**appeals** [1] 112:6
**appear** [6] 80:8 114:19 122:2
178:5,9 243:1
**appearance** [1] 117:18
**appearances** [1] 6:13
**appeared** [5] 11:23 34:15,21
150:16 208:16
**appearing** [3] 6:15 61:14
164:9
**appears** [4] 98:1 122:6 128:
16 188:15
**appellate** [1] 226:15
**Apple** [1] 22:4 32:19,20
**applicable** [2] 110:17 172:6
**application** [1] 100:9
**applications** [1] 25:7
**applied** [4] 19:25 157:9,17
159:24
**applies** [7] 81:21 115:8 149:
2,10,12,18 225:21
**apply** [7] 85:16 88:14 247:2,
5,10 259:1 267:22
**appointed** [3] 207:14,18 208:
10
**appointments** [2] 163:11
184:25
**appraisals** [2] 189:11,22
**appreciate** [3] 95:8 125:25
265:13
**appreciated** [1] 241:23
**approach** [8] 8:15 64:12 77:
18 150:5 160:16 161:15
168:17 252:23
**approached** [1] 129:24
**approaching** [1] 110:8
**approved** [2] 205:2,3
**approving** [1] 70:20
**approximately** [6] 10:7 65:2,
5 66:12 106:14 144:12
**area** [1] 65:14,21
**aren't** [8] 31:6 67:7 108:21
165:6 169:13 183:9 212:5
228:17

18,25 222:2 226:3 229:19
247:12
**argue** [3] 179:13,21 222:16
**argued** [4] 106:18 158:6 159:
20 256:23
**arguendo** [1] 234:19
**argues** [1] 229:1
**argument** [6] 137:22 145:17,
22 233:25 240:22 264:1
**arguments** [3] 104:25 228:1
232:25
**arise** [9] 6:3 77:24 78:1 85:
16 163:25 164:2 222:25
223:2 269:11
**arising** [2] 44:22 81:20
**arm** [1] 252:14
**arose** [1] 153:22
**around** [7] 24:15 69:7 75:8
86:20 227:15 239:5 244:6
**arrangements** [1] 228:2
**arranging** [1] 178:12
**articulate** [1] 256:3
**aside** [1] 92:15
**asks** [1] 30:14
**assert** [4] 107:24 144:10 152:
19 153:10
**asserted** [19] 83:1 104:17
106:19 107:12,25 119:5
146:9 148:8 150:12 152:
22 193:18,19 195:22 200:
13,25 246:18 250:24 252:
4 253:4
**asserting** [1] 135:14
**assessment** [1] 161:9
**asset** [4] 36:22 250:24 253:
10 257:2
**assets** [33] 10:5 15:15,24 34:
4 36:4,24 45:14 48:22 59:
1 64:25 65:1 68:2,3,4,7,18
96:5 104:1 110:23 183:24
188:1,2 190:2,3 209:24,24
215:7,20,21 219:17 230:
21 245:21 251:14
**assigned** [1] 151:12
**assist** [1] 126:9
**associated** [2] 97:5 270:14
**assume** [6] 37:9 115:8 134:
23 178:3 233:19,20
**assumed** [1] 238:15
**assumes** [3] 34:7 84:21 85:
20,24 86:5
**assuming** [4] 199:15 201:6
244:7 245:21
**Atlas** [3] 151:3,7 167:24
**attached** [9] 65:17 111:12
125:10 134:5 137:16 150:
17 167:5,6 179:6
**attacking** [1] 226:13

October 11, 2012

**attempted** [1] 119:12
**Attempting** [2] 161:11 171:19
**attend** [3] 170:7,8,10
**attending** [1] 178:15
**attention** [7] 10:13 47:15 155:19 158:10 191:19 252:8 265:18
**attorney** [26] 34:14,19 35:2 36:9 55:3 60:22,22 93:18, 22,24 101:1 131:8 132:21, 24 133:20 141:14 154:17 205:12,15,16,16 206:1 207:4,13 208:11 243:23
**attorney's** [4] 108:16 130:5,6 254:11
**attorneys** [21] 15:12 19:24 20:7 26:24 30:6 33:18,19 43:20 51:17 60:8 87:3,23 88:21 90:17 184:25 203:1 205:10,11 207:7,10 265:12
**attorneys'** [12] 106:6 107:5, 22,23 108:16,17,25 110:1 112:2 261:1,12 266:12
**August** [18] 8:24 9:2,5,9,14 22:24 27:24 28:5,7,8,11 30:8 40:24 41:15 47:7,16 58:21 257:12
**authored** [1] 78:18
**authorities** [1] 50:21
**authority** [5] 89:20 90:9 92:14 160:1 209:13
**authorize** [2] 30:4 74:22
**authorized** [1] 90:23
**automatic** [8] 106:21 107:2 238:17,21 247:10 249:2 254:24 259:1
**availability** [1] 171:2
**available** [10] 110:16 113:11 125:21 134:10 136:22 137:4,11,19 154:25 170:7
**avoids** [1] 256:20
**award** [5] 99:24 106:14,16, 17 108:17
**awarded** [3] 100:1,3 107:17
**awards** [2] 107:22,22
**aware** [10] 51:21 66:22,25 131:12 174:9 187:23 195:17 237:22 238:5 250:7
**away** [5] 89:14,19 168:9 191:14 215:16
**awful** [1] 183:19
**axel** [2] 245:5,6

**B**

**back** [52] 10:22 15:13,23 18:3 19:23 20:7 22:2,6 24:6 34:10 46:6,8 48:16 68:25, 25 79:15 86:10 90:11 100:11 110:14 129:5 141:19, 23 145:2 146:19 156:16 163:21 168:9 171:16 175:15 178:14 180:6 187:6 191:2 203:1 213:9 214:16, 17 220:14 230:18,19,24 245:6,8 247:4,17 249:8 258:6 261:6 262:2,23 269:13
**background** [2] 94:23 141:13
**bad** [4] 68:11 196:13 199:21 259:17
**BAILIFF** [15] 6:3,11 7:4,16 77:24 78:1 93:5,12 140:24 141:6 163:25 164:2 222:25 223:2 269:11
**baker** [1] 165:19
**balance** [14] 19:17 40:14 42:7 51:12,24 52:3 58:1 68:8, 13 208:1 241:8,14 254:25 266:14
**balances** [1] 42:10
**balancing** [3] 238:11,24 239:10
**Bank** [41] 15:9 23:6 25:5 42:2 46:11,21,24 49:21 59:10 69:6 75:21 84:20 87:17,18, 18 90:4,24 107:15 131:15 142:9,19 143:16,22 144:1 148:16 152:23 165:5 167:25 169:13 191:9,22 212:22 213:7,24 214:10 216:6, 6 219:19 220:13,17,17
**bankrupt** [1] 212:21 216:22 220:7
**bankrupcies** [2] 157:7 166:7
**Bankruptcy** [66] 6:4 7:23 21:3,18 29:2 33:10 36:16 45:2 46:12 48:18 51:21 61:2 95:13 106:19 115:14,25 144:6 146:25 149:1,2,7,17 155:2,6 156:8,24 157:1 159:14 160:2,5,18 161:2, 16 166:15 170:4,18 176:7, 14 177:2,23 178:2 181:16 183:11 186:10 192:14 194:4,8,21 195:23 196:7,15,22 204:17 205:22 214:3 220:2,8 226:14 227:11 239:22 243:22,23,24 247:1 253:

13 254:20
**Barlow** [7] 55:1,2,3 60:13 114:13 117:15 207:17
**Barry** [1] 206:10
**base** [1] 89:24
**based** [11] 67:4 148:7 156:10 173:7 177:18 178:1,16 188:6 194:6,7 200:24
**basic** [1] 150:25
**basically** [6] 172:2 183:24 192:19 227:17 236:13 241:10
**basis** [11] 74:3 87:23 98:12 105:8 195:11,18 199:2 225:24 245:7 248:2,5
**battle** [1] 213:5
**battles** [1] 132:2
**bear** [1] 138:23
**Beckley** [1] 141:22
**become** [3] 130:25 250:19 263:12
**begin** [1] 7:8
**beginning** [3] 143:6 177:17 250:17
**begins** [2] 179:18 265:19
**behalf** [8] 6:15,18,20 61:14 164:9 176:8 188:4 208:17
**behind** [1] 129:5
**believe** [79] 7:25 10:7 11:9 12:5 20:12 21:2,14 22:1,9 23:4 27:16,20 29:13 31:8 33:11 40:9,22 43:19,20 45:3 57:20 60:7,15 67:2 71:21 72:14,16,19 81:11,17, 21 83:11,11 90:6 97:15 111:2 112:12 113:17 114:7,18,20,21 118:16 119:6,7 120:20 134:5 142:7 144:3 147:10 159:19 164:22 165:5 167:6,15 171:5 172:15, 22 175:12 176:23 178:4 183:15,22 186:1 193:16, 21 194:15,24 202:21,25 205:17 206:22 212:9 214:5 221:14 228:9,11,12 268:13
**believes** [2] 160:25 258:23
**below** [1] 23:25
**bench** [2] 244:11,11
**benchmark** [1] 251:19
**benefits** [2] 92:5 248:21
**Benevento** [4] 96:23 98:17 117:6 208:4
**BERRY** [63] 3:3 4:11,20 6:23, 23 60:23 61:1 150:14 164:5,7,9,18 168:7,9,11,13,16, 23 60:23 61:1 150:14 164:5,7,9,18 168:7,9,11,13,16,

19 174:16,19,22 175:4,12, 17 176:2,4,22 177:1,3,5, 10 178:17,20 196:21 201:12 203:3 205:20 221:1,5, 11 222:5,9,17 231:4,5 233:11 234:2,8,11,15,24 235:5, 12,19 236:20,25 237:7,11 242:1 245:18 253:18 258:8 269:1
**besides** [3] 67:1 91:6 186:8
**best** [20] 9:19,21 16:10 17:4 36:6 43:5 44:14 51:17 60:7,9 150:3 199:14 203:4 214:5 217:9 228:5,6,7 252:18 256:2
**bet** [2] 109:7 130:14
**better** [5] 23:14 43:20 132:3 157:21 260:10
**between** [19] 14:25 23:25 24:3,17 43:4 110:6 115:3 131:23 142:15,23 144:25 154:11 156:14 162:6,7 198:1 227:9 252:15 256:17
**beyond** [5] 89:18 102:14 165:15 204:11 233:12
**big** [1] 29:5
**biggest** [1] 242:21
**bill** [1] 207:20
**bind** [1] 70:16
**binder** [5] 70:13,17 120:3 121:3 192:23
**bit** [13] 20:15 47:23 48:4 99:19 108:7 109:10 164:14 191:19 192:12 223:10 250:9 261:17 269:3
**Black** [1] 207:15
**blame** [2] 218:18,25
**blaming** [1] 219:5
**blanche** [1] 89:20
**blank** [1] 244:18
**blindsided** [2] 48:4 214:12
**block** [5] 211:9 212:16,19,20, 20
**blood** [1] 250:5
**board** [24] 24:13 47:13,14 48:12 63:5 66:10 73:12 87:1,9 89:6,14,19 90:7,11 187:14,19 210:9,10,10,11 211:25 213:13 215:11 216:18
**bold** [1] 177:21
**Boley** [165] 4:4,6,7,9,15 6:14, 14 7:6,10 10:12,23 11:1, 11,13,16,23 12:7,19 13:1, 5,16 15:18 16:3 34:6 35:9 36:6 61:13,14,17,24 62:1, 4 64:12,14,17 71:9 73:10,

October 11, 2012

19 76:11,14,19,21,24 77:2,
17,21 78:5,6,17,20,22,24
79:3,8,16,21,23 80:5,19,
23 81:4,7 83:22 84:21 85:
5,20,24 86:5,7 92:23 100:
25 102:15 104:8 118:1,2,5,
6 120:9,11,15,17 121:7,9
122:8,14 123:10,12,16,18
124:2,6 126:2 130:16 140:
21 146:17 151:14,20 154:
23 157:19,24 158:7 162:
19,22 163:5 170:6,11 177:
20 178:11,15 179:17,22,
25 180:4,21,23 181:14
183:1 197:13,16,20,24
198:1,11 201:11,14,19,24
202:2,4,6 221:8 222:11,14,
19,23 241:18,22 252:10
253:3,18 255:5,8,18 256:
23 257:11,21,24 258:1,8,
13,20,22 259:10,13,25
260:4,15,25 261:3,11 266:
8,17 269:1,4,7
**Boley's** [3] 175:2 264:1,3
**book** [3] 8:10 84:9 97:18
**bookkeepers/accountant** [1]
40:2
**books** [1] 8:12
**bore** [1] 223:9
**borne** [1] 231:10
**borrow** [1] 183:25
**borrowed** [4] 46:20 49:21 56:
23 69:6
**both** [38] 45:3,4 75:17 103:19
106:11 107:14 127:20 128:
10 139:17 141:21 143:17
144:4 149:6,11 160:4 167:
5 177:20 185:4 202:18
205:12 223:24 226:8 228:
21 231:23 249:12 250:10
253:9 254:18 257:1,15
259:5,7,8 263:13,24 264:4,
5,5
**bottom** [11] 14:3 23:23,25 58:
11 63:22 73:20 102:19
111:21 218:12 225:18 252:
11
**bought** [4] 46:11 50:1 66:9
213:24
**bound** [2] 50:4 115:18
**box** [21] 26:8 31:23 32:10 33:
14 38:24 39:2,5,23 40:5,
17 42:21 49:9,13,14 50:18
53:13 54:2,22 56:14,17 57:
4
**boxes** [1] 54:10

**Boyd** [1] 141:16
**brain** [1] 191:16
**brains** [1] 115:1
**brand** [2] 238:2,2
**breach** [15] 45:12,13 74:19
83:5 85:14 96:4 150:25
151:8 153:14,15 235:22,
23,25 236:4,6
**break** [14] 13:11,14 61:8 77:
13,18,23,25 162:20,23
163:19 164:1 222:19 223:
1 258:5
**BRENT** [9] 4:13 93:3,8,14,18
151:12,17 200:18 206:25
**briar** [1] 128:14
**brief** [12] 7:7 21:25 61:8 77:
18 94:21,23 141:13 222:6,
10 238:10 247:22 268:12
**brief's** [1] 268:13
**briefed** [9] 102:5,25 103:15
106:10 108:8 247:24 249:
24 254:15,18
**briefing** [6] 103:21 110:6
157:11,15,19 159:22
**briefly** [10] 111:14 142:14
143:15 147:23 148:1 150:
9,11 154:4 223:9 245:18
**bring** [12] 138:24 171:9,10
174:14 183:10 199:12 230:
18,19,24 238:2,22 241:12
**bringing** [1] 45:24
**Broadway** [1] 2:5
**broke** [3] 81:10,11 245:5
**broken** [2] 63:13 66:25
**brother** [7] 198:11 199:22,22
218:20 228:4 242:24,25
**brother's** [1] 191:14
**brother-in-law** [5] 20:21,23
21:4,8 203:18
**brought** [16] 47:13,14 66:8
94:14 95:4,20 106:16 110:
4 148:16 153:16 218:23
237:24 238:3 239:16 241:
6 265:18
**BRYAN** [4] 4:18 140:16 141:
2,8
**Bryon** [1] 208:4
**buddies** [1] 219:21
**build** [1] 227:14
**builders** [1] 65:19
**building** [3] 65:20 66:11,17
**built** [3] 67:1 186:6 227:19
**bulk** [1] 223:24
**bunch** [2] 139:12 151:21
**burden** [14] 179:24,25 180:8,
10,18 228:11 231:7,9,16

238:7,17,20 241:6 249:21
**burdens** [1] 231:10
**burning** [1] 213:22
**business** [11] 30:18 39:8 64:
10 65:1 89:16,17 113:8
183:7 194:2,7 235:25
**buy** [9] 74:15 84:20 85:11 89:
3 90:4 110:21 215:1,15
216:12
**buyer** [2] 187:10 190:18
**buying** [1] 220:13
**buys** [2] 213:11 214:10

---

## C

**Cabela's** [6] 65:16,20 66:1,
17 218:18 219:20
**calculated** [1] 17:13
**calendar** [2] 6:10 267:4
**call** [15] 6:9 7:3 78:9 80:17
83:24 87:19 140:15 142:
11,15 151:15 155:5 174:8
182:14 236:21 269:5
**called** [16] 7:13 10:1 13:23
22:4 32:19 62:15 80:6 93:
9 100:22 141:3,22 144:2
154:23 181:10 188:12 250:
1
**CALLISTER** [2] 2:16
**calls** [3] 113:22 146:17 180:
24
**came** [12] 13:13 46:10 47:1,
15 50:1 88:10,17 114:15
145:7 151:12 213:24 245:
21
**camp** [1] 245:5
**camping** [2] 245:3,9
**cancel** [1] 80:10
**cancer** [1] 191:16
**candidly** [1] 244:3
**cannot** [4] 128:19 227:8 233:
19 244:23
**Canyonlands** [1] 245:3
**cap** [2] 89:16,17
**capacity** [1] 132:15
**Capital** [1] 135:22
**caps** [1] 91:22
**car** [1] 245:7
**care** [5] 48:6 213:19 220:20,
20 249:7
**carefully** [2] 13:15 104:24
**cares** [1] 199:24
**carry** [1] 241:5
**cars** [1] 245:4
**carte** [1] 189:20
**case** [244] 7:23 8:6 12:17 13:
3 22:19 29:22 33:10 35:22

36:9 40:17 41:4 44:17 47:
4 49:3 54:13,14 57:1 60:4,
21,23 61:20 67:14 82:4 83:
7,12,24 89:5 94:10,19,23
95:8,10,11,16,20,21 97:2,
7,13,16 98:10,12 99:13,25
100:16,18 101:5 102:2,7,7,
9,13 107:3,8,18,23 108:17
109:25 110:11 114:11 115:
19,20 117:2,11 118:12
119:24 121:21 122:24 123:
2,4,6,20 124:12,12,18 125:
7,8 126:6,18 127:3,11 128:
3 129:4,24 130:8 131:3
132:7,14 133:24 134:4,13
139:13 143:9 144:17 145:
24 146:2,3,4,6,8,10 147:
16 156:7 157:1 161:11
165:9 166:7 167:1 169:1,3
170:6 171:2,18 172:15,16,
18,21,23 173:6 174:7,11
176:9,15 178:6 184:5,16,
17,18,23,23 185:1,15 191:
21 194:2,12 195:23 196:
15,22 200:11,21 201:8
206:9,16,18,19 207:5 208:
16,17 210:14 211:23 212:
16 214:3,19 216:17 224:
12,13,18 226:19,25 227:
15 228:9,21 229:25 230:1,
7,10,12,12,17 231:14,17,
20 232:1,3,8,19,20 233:2,
15 234:5,6 235:8 236:15
237:12,22,23 238:1 239:5,
9,15,22 240:21 241:1 242:
23 243:6,15,23 245:1 246:
9,23,25 247:4,11,14,16
248:8,8,10,14,18,21,23
249:20 250:11,21 251:1,
19 252:2 254:20 255:16,
19 258:24,25 259:4,10,11,
12,13,24 260:1,14 261:12
262:3,20 263:13,14,16,18,
23 264:13,14 265:1,19
266:5
**cases** [39] 18:12 126:6 130:3
136:12 143:6,18 144:5
146:4 173:2 181:16,17
192:20 194:3,25 195:4,7,8,
11 198:15 199:8 200:2
224:23 226:9 228:5 239:
14 240:3 242:14 250:10,
25 251:17 252:2 257:11,
14 259:7,9 260:12 263:11
264:4 266:7
**cash** [7] 18:16 59:19 73:24

October 11, 2012

**183:**10 **196:**6 **251:**9 **253:**12
cast [1] **204:**3
categories [1] **24:**19
category [3] **44:**16 **50:**11,19
caught [1] **214:**11
cause [29] **15:**9 **25:**5 **31:**8 **40:**22 **122:**15,15 **164:**25 **167:**13,13 **168:**6,20,21,23 **169:**1,11,17,21 **172:**14,17 **173:**10 **180:**14,24 **228:**12,13 **232:**7 **235:**14,22 **248:**20 **249:**19
caused [1] **42:**13
causes [34] **164:**23 **167:**8 **168:**1 **169:**6,8,10,16,17,19 **172:**3,5,12,20,25 **173:**4,6 **174:**5,10 **183:**22 **231:**21 **232:**3,15,16 **233:**2,5,23 **235:**7 **236:**11 **237:**2,13,16, 21 **241:**6 **252:**17
causing [1] **106:**4
caveat [1] **11:**19
caveats [1] **12:**9
center [5] **65:**6 **66:**2,3 **185:**21 **215:**5
centers [1] **66:**5
Central [1] **6:**5
cents [1] **219:**10
CEO [10] **46:**19 **50:**3 **63:**5 **72:**10 **87:**9 **89:**9 **92:**3 **190:**8 **210:**13 **214:**13
certain [3] **73:**2 **104:**9 **112:**12
certainly [8] **114:**1 **127:**8 **131:**23 **161:**15 **204:**16 **233:**24 **234:**3 **269:**4
certificate [2] **121:**17 **270:**1
CFO [6] **87:**9 **89:**9 **90:**9 **190:**8 **210:**13 **214:**14
challenge [1] **244:**23
chance [2] **13:**11 **258:**10
change [7] **41:**10 **89:**23 **95:**18 **110:**1 **211:**5,20 **232:**22
changed [3] **42:**9 **63:**2,6
changes [5] **41:**5,13 **89:**7 **90:**6 **268:**21
Chapter [9] **8:**6 **156:**8 **177:**23 **181:**17 **221:**6,12,13,14 **243:**23
characterization [2] **139:**2 **147:**15
characterized [1] **238:**14
charges [1] **67:**25
cheaper [1] **244:**1
check [7] **20:**7 **22:**2 **49:**14 **54:**22 **201:**15 **244:**18 **268:**8

checked [23] **26:**8 **31:**23 **32:**10 **33:**14 **38:**24 **39:**2,5,23 **40:**5,17 **42:**2,20 **49:**9,13 **50:**10,18 **53:**13 **54:**2,11 **56:**14,16 **57:**3 **58:**14
chief [1] **83:**24
choice [1] **232:**17
choose [3] **233:**4 **235:**8 **260:**24
chose [2] **80:**10 **154:**17
Chris [1] **255:**15
CHRISTENSEN [110] **4:**2 **6:**24 **7:**3,12,18,22 **8:**20 **10:**16 **11:**5 **13:**21 **15:**23 **16:**6 **28:**18 **35:**15 **38:**15 **57:**13 **60:**21 **61:**10 **62:**5 **71:**16 **73:**11 **77:**14 **78:**8,18 **80:**3,6,7,15, 24 **81:**8 **83:**24 **84:**8 **85:**17 **93:**1 **94:**15 **95:**23,24,25 **103:**18,23 **110:**19 **112:**10 **114:**8,8,15,16,17,18 **115:**22 **117:**17,19 **119:**12 **141:**24 **142:**1 **144:**20,21 **148:**15 **151:**1,2,8,8 **153:**12 **154:**17,21,22,23 **155:**3,5,8,16 **156:**5 **161:**22 **165:**4 **167:**25 **170:**3,8 **171:**2 **177:**22 **178:**2,2,3 **180:**25 **181:**2,4, 9 **182:**8 **191:**14 **197:**21 **198:**12 **202:**11 **208:**15 **221:**19 **236:**1,1 **242:**11,24 **243:**3,3 **250:**1,2,11 **251:**6,24 **253:**24 **255:**1,13,14,15,15 **257:**22
Christensen's [6] **81:**3 **95:**24 **242:**14 **243:**13 **257:**1 **264:**10
Christensens [21] **44:**4 **105:**15 **144:**25 **151:**3 **152:**24 **164:**10 **165:**3 **167:**14 **168:**3 **169:**14 **171:**21 **197:**14 **249:**20 **250:**11,22 **251:**23 **252:**6 **253:**9 **254:**7 **256:**18 **257:**17
Christmas [1] **65:**23
church [1] **22:**17
circle [1] **204:**13
Circuit [5] **228:**21 **231:**7,19 **238:**6,9
circumstances [1] **258:**11
cited [1] **249:**23
City [1] **66:**3
claim [62] **14:**23 **17:**15 **25:**22 **26:**2,5 **44:**12 **45:**1,11,15, 22 **47:**5,6 **49:**2,5 **50:**16,22 **51:**24 **52:**3,10 **53:**5,9,17,

18,21,25 **54:**9,17 **56:**4,21 **57:**12,24 **60:**6 **69:**17,17,19 **82:**19 **83:**1,4,17,18,19 **95:**4,5,9 **96:**3,4,5 **109:**23 **116:**12,14,19 **130:**12 **149:**6 **193:**15 **212:**4 **228:**8 **236:**2 **240:**14 **244:**5,20 **246:**3 **261:**7
claim's [1] **27:**2
claimant [1] **160:**10
claimants [1] **161:**10
claiming [2] **74:**4 **248:**2
claims [199] **10:**6,10,10,19 **13:**24 **14:**2,21 **15:**17 **16:**1 **23:**6,8 **29:**14,15 **44:**16,18 **45:**4,12,20,24 **49:**15,18 **50:**10 **54:**21 **55:**9,11,12,22 **58:**1,9 **59:**13,20 **60:**11 **81:**13 **83:**5,13 **94:**14 **96:**11,13,17 **100:**8,13 **101:**2,6,8 **103:**17,17,19,20 **104:**15,17,19 **106:**15 **107:**13,19 **110:**4,16 **116:**2,6,7,8 **118:**14,17,22,22 **119:**5 **120:**21 **121:**1,1 **123:**14 **135:**11 **143:**19,20 **144:**22 **148:**1 **8,18 **148:**7,10,11,14,16,17 **149:**25 **150:**12,25 **151:**1,2 **152:**18,23,23 **153:**9,13,15,18,19 **155:**18,18 **156:**20,20 **159:**3,4 **161:**20,22 **162:**3,15 **165:**3,4,5,7 **166:**17,19 **169:**4,12 **173:**13 **184:**2,3,5,11, 12,14 **193:**12,17 **194:**9,18 **195:**21,23 **196:**2 **199:**20 **200:**13,25 **201:**1 **211:**1 **223:**15,15,18 **224:**2,15,15 **225:**10 **227:**9,10,18 **228:**7 **229:**2 **230:**14 **234:**6 **236:**19 **239:**8 **240:**17 **241:**11 **242:**17 **243:**24 **244:**6,23 **245:**13,19,20 **246:**14,18 **247:**6,7,15 **249:**12 **250:**13,15,22,23,24 **251:**3,11,14, 15 **252:**3,7,12,19,21 **253:**4, 11,23 **254:**8,9,25 **256:**3,10, 14 **257:**1,2,2,19 **259:**2,17, 23 **260:**1 **261:**5,23 **262:**13 **264:**5,15,20
clarification [5] **119:**10 **125:**3 **126:**1 **149:**13 **261:**3
clarify [6] **81:**18 **101:**11 **118:**11 **262:**9 **263:**3 **267:**21
clarifying [3] **69:**5 **247:**9 **260:**18
clear [13] **69:**4 **76:**2,21,23 **90:**

11 **113:**13 **132:**5 **188:**23 **215:**8 **224:**16 **247:**11,23 **264:**5
clearly [3] **43:**24 **239:**7 **248:**6
client [15] **13:**12 **116:**6 **125:**22 **130:**24 **145:**5 **148:**21 **155:**12 **156:**18 **180:**14 **224:**16 **227:**20 **234:**25 **258:**14 **263:**1,20
client's [1] **111:**8
clients [20] **106:**25 **108:**21 **114:**2 **118:**14,22 **122:**18 **124:**9 **127:**19 **128:**17 **129:**23 **130:**10 **136:**11 **156:**22 **162:**11 **176:**8 **224:**3 **253:**21 **254:**8 **255:**21 **262:**12
climb [1] **242:**16
close [6] **66:**2 **99:**14 **118:**15 **195:**3 **222:**6,9
closely [1] **143:**8
closing [5] **73:**23 **189:**6,19 **195:**4 **218:**22
co-counsel [4] **61:**8 **117:**14 **174:**17 **207:**16
coattail [3] **205:**10,11,14
cocounsel [1] **225:**8
code [1] **238:**20
codebtors [4] **58:**18 **149:**8 **162:**4,5
codefendant [2] **205:**4,7
coincidence [1] **265:**20
collapse [1] **48:**21
collateral [4] **37:**24 **38:**2,3 **248:**21
collect [2] **22:**10 **192:**6
collectible [1] **227:**16
collective [1] **44:**4
collectively [1] **64:**10
colloquy [1] **35:**10
Colorado [1] **93:**25
column [4] **14:**11 **25:**1 **53:**14 **82:**16
Com [9] **39:**13 **42:**24 **43:**12, 25 **63:**7,24 **64:**5 **107:**11,18
come [22] **7:**4 **48:**15 **70:**23 **87:**11 **90:**10 **93:**5 **140:**24 **143:**21 **163:**21 **188:**19 **191:**5 **199:**16 **200:**14 **213:**25 **215:**15 **220:**14 **238:**18 **239:**12 **240:**9,17 **249:**8 **261:**6
comes [9] **82:**1 **180:**13 **185:**18 **213:**12 **214:**9,11 **247:**14,17,25
coming [4] **27:**17 **89:**18 **152:**24 **229:**24
commenced [2] **206:**13,14

October 11, 2012

comments [3] 245:14 248:12 249:5
Commercial [12] 63:1 65:5 66:5 94:6 130:2,8,14 186:8 192:2 216:1,2,7
commission [1] 199:4
commit [1] 151:6
commits [1] 243:5
committee [2] 240:12 260:13
committees [1] 260:15
common [2] 130:2,7
commonly [2] 63:16 64:6
communicated [2] 80:9 114:7
community [1] 65:3
COMPANIES [76] 2:14 6:20 17:17,21 43:10,18 45:17 46:7 47:1,3 51:6 52:6 56:2,24 59:14,21 62:23 63:1,8,12,13 64:6 68:8,9,19,22 69:8 70:5,22 75:8,12 81:22 85:15,15 91:11,11 92:3 94:8,9,10,14,25 95:21 100:21 105:10 110:22 145:2 147:8 152:19 157:15 162:14 182:12,13,19 186:3,18,19 188:6,11 202:15,16 204:2 205:8 206:16,20 209:3,6,13 210:4,20,21 213:2 214:15 225:2 229:15 267:25
company [35] 18:20 19:17 20:1,5 46:5 48:23 62:15 65:15 69:15 73:12 89:3 90:5 97:7 98:13 99:2 136:16 144:2 182:7 183:7 186:25 188:12 205:5 210:8,17 214:14,15 215:4,5,6,21 216:25 218:21 219:11 220:19 227:22
company's [3] 66:10 97:6 110:23
comparable [1] 201:10
compare [1] 236:8
compared [1] 165:7
comparing [1] 231:24
compel [1] 266:24
compelling [1] 248:9
compensation [1] 70:21
complaint [28] 96:12,22 98:4,5,8,9 99:5,6,7 103:20 105:7 116:4,20 121:3,25 122:11,16 145:11 148:5 150:10 152:9 153:4 164:18 166:1 193:6 225:5,9 255:11

complaints [7] 96:13 144:11 161:24 166:9 167:4,5 230:15
complete [3] 89:20 244:15 255:9
completely [5] 13:12 17:13 180:18 193:10 199:4
completion [1] 99:16
complex [1] 130:2,13
complexity [1] 200:24
compliant [1] 95:6
complicate [1] 246:15
complicated [1] 252:2
concealed [3] 24:13 47:12 187:16
concept [1] 150:21
concern [2] 231:6 260:17
concerned [1] 257:9
concerning [1] 256:17
concerns [1] 252:8
Concluded [1] 269:12
conclusion [5] 120:22 205:21 233:13 239:6,13
concurrently [1] 136:4
condition [8] 12:13 92:4 225:24
conditional [2] 199:2 225:24
conditioned [1] 16:8
conditions [1] 16:16
conduct [6] 88:20 90:22 99:8 105:6 148:6 162:10
conference [4] 156:14 223:20 268:20,21
conferences [1] 265:25
confident [1] 247:24
confidential [6] 112:1,2 113:7,15 124:14 137:16
confirming [1] 154:6
conflating [1] 112:19
conflict [2] 74:18 85:14
conflicts [1] 206:4
confuse [1] 52:19
confused [6] 81:17 107:1 118:10 121:22 261:18 267:20
confusing [1] 246:14
confusion [1] 161:14
congressman [1] 199:3
connection [2] 134:9 239:21
connections [1] 162:7
consented [1] 61:4
consequential [1] 168:2
consider [2] 115:13 247:25
consideration [1] 86:25
considerations [1] 87:2
considered [3] 96:18 104:24

144:21
consists [1] 250:9
consolidate [8] 102:8 148:23,25 149:21 232:16,25 249:13 263:10
consolidated [7] 224:23 225:1 230:11 232:12 251:4 264:13 265:3
consolidating [1] 227:12
consolidation [1] 263:11
conspiracy [5] 45:13 151:5 172:17 228:24 247:20
constitute [1] 106:20
consult [1] 201:12
consulting [10] 20:16,19 21:8,11 27:14 28:10 29:8 183:13 203:8,11
consummated [1] 221:16
contact [2] 204:5 269:2
contacts [1] 266:2
contemplating [1] 234:19
content [1] 137:18
contest [4] 252:15
context [4] 114:24 171:6 198:17 262:6
contingency [7] 184:21 194:25 195:11,18 200:9 242:18,23
contingent [7] 10:18 13:23 14:21 16:1 44:18 234:21 242:22
continuation [2] 14:20 173:5
continue [4] 98:14 119:4 162:20 209:20
Continued [5] 4:6,7 73:18 81:6 268:21
continues [1] 136:25
continuing [1] 212:2
contract [9] 58:14,15 151:1,7 153:14 203:11 210:1 235:23 236:1
contracted [1] 185:19
contracts [3] 204:7,17 224:8
contradicted [1] 96:14
contrary [2] 90:11 248:6
contribution [5] 14:4 44:22 81:19 92:1,18
control [4] 186:2 209:3,4 218:20
controlled [1] 185:9
controlling [1] 39:18
controversy [1] 225:18
convenience [2] 61:20 222:20
conveniently [1] 248:15
converse [1] 83:5

conversion [2] 45:12 96:5
converted [1] 243:6
convincing [1] 106:7
COO [2] 46:19 50:4
cooperate [1] 110:19
copies [1] 71:3
copy [8] 8:23 11:20 70:20,23,25 134:3,5,8
core [1] 96:1
corporate [10] 63:5 71:21 72:11 89:10 96:5 190:8,9,10 191:3 219:8
corporation [7] 37:13 44:25 62:16,20 63:15 67:17 250:13
correct [146] 7:24 8:6,19 9:3 15:10 16:20 17:3 18:5 23:3,4 26:3,6,9 30:1,19 31:5,14,20 32:11,23 33:7,15,19 34:22 38:24 39:14,24 40:8 41:19 42:3,18,21 43:1 47:7 49:6,10 50:11 51:13 52:24 53:7,14 54:3 55:23 56:14,22 57:4,19 58:1,19 59:10,15 60:14,15,18,24 62:16 75:18 76:5 82:25 83:15 93:19 94:20 95:14,22 101:12 103:10 104:2 118:14 119:21 120:1,6,7 121:21 123:3,25 124:9,20 126:7 127:12,21 129:11 133:10,12,12,25 142:13 143:10,12,17 144:8,8 147:4,20 149:24 152:20,21 153:23 154:7 155:23,24 157:1,2 160:3 164:20 165:22 166:13,19 167:1,3,14,15,21 169:23,24 170:24,25 171:25 172:1 173:19,23 176:6,10,15 177:23 180:7 191:22 193:24 196:16,19,20,22,23,25 197:1,18 200:19 205:5,19 206:22 207:5 210:6,18 211:3 214:21 266:15 270:11
corrected [1] 98:6
correctly [2] 231:12 266:10
correspondence [1] 213:14
corresponding [1] 166:2
cost [7] 97:5 110:7 194:14,19 246:7 256:25 257:4
costs [11] 106:15 110:3,8 130:1,4,5,6,14 192:20 239:23 240:20
couldn't [8] 15:6 87:15 89:18 170:11 205:6,25 209:10

**211**:11

**counsel** [53] **33**:25 **60**:23 **63**:6 **71**:17,21 **72**:11 **78**:16 **84**:10,16 **89**:10 **114**:10,13 **117**:10,19 **123**:5 **143**:5 **154**:12 **156**:24 **166**:8 **170**:6 **178**:13 **179**:9 **190**:9,9,10 **194**:22 **195**:9 **197**:2,7,14 **198**:3,5,9,14,22 **199**:6,10,12,16,25 **200**:1,7 **201**:7 **206**:11 **219**:8 **228**:3,4,7 **233**:17 **244**:15 **248**:1 **254**:10 **256**:6

**counsel's** [2] **86**:16 **256**:2

**counterclaim** [16] **12**:17 **110**:2 **148**:4 **150**:10 **151**:11 **152**:8,9 **161**:23 **164**:17 **165**:1,2 **166**:1 **172**:22 **193**:5 **225**:6 **229**:10

**counterclaims** [11] **100**:18 **105**:20 **109**:24 **135**:14 **144**:10 **145**:10 **148**:20 **166**:8 **212**:1 **230**:15 **235**:20

**Countering** [1] **232**:24

**country** [1] **238**:2

**counts** [1] **120**:20

**County** [7] **95**:2,7,17,19 **142**:12 **143**:2 **270**:4

**couple** [10] **81**:8 **84**:2 **111**:11 **131**:2 **141**:25 **164**:22 **193**:23 **203**:13 **242**:6 **256**:14

**course** [7] **75**:9 **89**:16,17 **100**:19 **145**:22 **180**:1 **257**:23

**Court** [433] **6**:4,7,9,13,25 **7**:9 **8**:12,14,19 **9**:1,17 **10**:14,21 **11**:4,7 **13**:18 **15**:20 **16**:5 **17**:5 **28**:8 **34**:8 **35**:14,20 **36**:7 **41**:11,21 **61**:16,22,25 **64**:13,24 **71**:12 **73**:7,14 **76**:13,15,20,23 **77**:1,10,13,19,22 **78**:1,4,14 **79**:15,20,22,25 **80**:20,25 **81**:2 **83**:2,6,6,20,25 **84**:24 **85**:3,23 **86**:4,6,9,12 **92**:25 **94**:21,23 **95**:7 **96**:17 **97**:4 **98**:23 **99**:4,7 **100**:11,15 **101**:4,20 **102**:12,16 **103**:2,4,7,11 **104**:3,24 **105**:14,24 **106**:2,9,18,22,24 **108**:3,5,7,20,25 **109**:7,13,18,19 **111**:6,14,15,16,25 **113**:18,20 **114**:24 **115**:22 **117**:5,9 **118**:1,19 **119**:10 **120**:13,18,23 **121**:6 **122**:12 **123**:12 **124**:4,17,21,24 **125**:1,3,15,16,25 **130**:8,18 **132**:5 **134**:17

**137**:24 **138**:7,9,12 **139**:5,16,19 **140**:2,6,9,12,20,22 **141**:12 **142**:14 **143**:15 **146**:18,22,25 **147**:9,23 **148**:1 **149**:18,21 **150**:11,23,24 **151**:18,23 **152**:3,5,20 **153**:5,8,21,24 **154**:1 **157**:4,21,23 **158**:8,16 **159**:14,23 **160**:2,2,4,5,18,21 **161**:2,4,6,8,14,16,16,18 **162**:21,24 **163**:3,7,12,15,20,23 **164**:2,5,14 **167**:23 **168**:7,9,12,14,18,20 **173**:24 **174**:18,22 **175**:4,6,9,13,14,20,22,25 **176**:19,25 **177**:4,7,8 **178**:17,22,25 **179**:5,10,13,18,20,23 **180**:1,5,19,22 **181**:4,7,16,20,23 **182**:8 **184**:4 **188**:24 **193**:4,7,20 **194**:23 **195**:21 **196**:19,25 **197**:13,18,23,25 **198**:3,7,23 **201**:2,13,17,22,25 **202**:3,5 **205**:24 **209**:16 **213**:4,23 **214**:4 **221**:9,19,22 **222**:1,8,13,15,18,21,24 **223**:2,5 **225**:3,14,21 **226**:15,17 **227**:8,11,25 **229**:15,17 **230**:3,4 **231**:2,4,11 **232**:2,5,9,11,21 **233**:8,13,18,21,24 **234**:3,9,11,13,15,16,17,18,24 **235**:5,9,11,18 **236**:13,18,19,22,22,23 **237**:6,8,10,19 **238**:4,5,6,9,14 **239**:6,12,18 **240**:4,4,6,15 **241**:16,21,23 **242**:9 **243**:5,18,21,22,24 **244**:1,3,17,23 **245**:1,13 **246**:1,3,6,11,19,23 **247**:24 **248**:7,11,14,19,22,24 **249**:7,17 **252**:25 **253**:13,19 **255**:12,20,23 **256**:12 **257**:3,23,25 **258**:3,6,18,21 **259**:8,12,19 **260**:3,13,16,22 **261**:1,5,10,15,21 **262**:2,6,9,16,21 **263**:4,7,14,21 **265**:8,11,16,21,24 **266**:11,13,16,18 **267**:11,13,15,17,21,23 **268**:1,3,7,10,23 **269**:5,8

**Court's** [9] **78**:7 **155**:19 **164**:15 **184**:8 **217**:8 **231**:6 **235**:12 **248**:12 **262**:19

**courtroom** [1] **78**:10

**courts** [6] **173**:22,25 **225**:19 **232**:11 **247**:9 **248**:4

**cover** [2] **29**:21 **61**:21

**covered** [1] **29**:15

**craft** [1] **249**:10

**Craig** [3] **65**:18 **185**:17 **209**:19

**create** [4] **161**:12,13 **232**:15 **260**:4

**created** [1] **161**:13

**creates** [1] **238**:21

**creative** [1] **229**:4

**credit** [2] **206**:5 **219**:3

**creditor** [10] **49**:19,20 **51**:8 **52**:24 **53**:1,24 **57**:22 **245**:22 **246**:2 **267**:1

**creditor's** [1] **246**:2

**creditors** [37] **32**:9 **34**:14,22 **49**:13,15 **50**:9,11,15,19 **51**:11,23 **52**:3,5 **54**:20 **55**:8,22 **56**:13 **57**:3,6 **60**:3,4,5,16 **181**:20 **182**:1 **185**:14 **212**:7 **219**:21 **224**:3 **240**:12,12 **242**:5,19 **245**:19,24,24 **247**:16

**creditors'** [1] **245**:20

**Creek** [3] **22**:4 **32**:19,20

**Cresthaven** [1] **100**:22

**cries** [1] **252**:23

**crisis** [1] **220**:6

**critical** [2] **225**:6 **226**:7

**criticism** [1] **242**:12

**cronies** [1] **219**:22

**cross** [1] **193**:15

**cross-claim** [7] **148**:4 **150**:11 **152**:10 **164**:17 **193**:5 **225**:5 **230**:14

**cross-claims** [11] **100**:17,18 **105**:20 **107**:25 **109**:24 **135**:15 **144**:11 **145**:10 **161**:24 **166**:16 **227**:10

**Cross-Examination** [21] **4**:4,6,7,10,11,15,16,20 **61**:24 **62**:3 **73**:18 **76**:11 **81**:6,9 **83**:23 **101**:10 **118**:4 **130**:22 **164**:12 **202**:9 **221**:4

**cross-examine** [2] **134**:24 **139**:4

**crossed** [1] **133**:6

**crush** [1] **214**:11

**crushed** [1] **213**:4

**crushing** [1] **194**:15

**crying** [1] **259**:3

**curious** [1] **177**:25

**current** [7] **25**:1 **27**:5 **72**:19 **117**:19 **121**:10,20 **126**:25

**currently** [2] **198**:18 **231**:25

**Curtis** [12] **135**:6 **238**:10,14,22 **239**:11 **240**:10,24 **242**:3 **248**:7,14,24 **249**:23

**cut** [1] **262**:23

**cutoff** [1] **170**:16

## D

**damages** [5] **19**:18 **82**:11 **87**:11 **168**:2 **207**:1

**date** [19] **27**:19,21 **28**:2 **42**:4,5 **47**:17 **66**:15 **72**:5 **98**:3,3 **153**:11 **166**:4 **170**:20,22 **171**:7 **194**:6 **217**:13 **265**:6,22

**dated** [7] **30**:8 **58**:21 **60**:22 **73**:7 **155**:21 **176**:24 **177**:2

**dates** [3] **37**:5,6 **170**:24

**Dave** [2] **6**:23 **203**:3

**David** [2] **60**:23 **164**:9

**day** [4] **47**:14 **48**:13 **154**:22 **155**:4 **170**:10 **171**:11 **213**:12 **270**:17

**day-to-day** [1] **209**:25

**days** [4] **13**:16 **144**:7 **218**:10 **238**:1

**de** [1] **252**:24

**dead** [1] **158**:9

**deadline** [1] **170**:16

**deal** [8] **96**:13 **99**:23 **131**:2 **219**:12 **225**:17 **243**:24 **247**:14 **250**:5

**dealings** [1] **235**:25

**deals** [1] **265**:10

**dealt** [1] **195**:22

**debating** [1] **258**:13

**debt** [10] **37**:21,23,24,25 **38**:7 **46**:17 **69**:14 **84**:20 **90**:4 **223**:24

**debtor** [54] **6**:15 **8**:4 **11**:10 **12**:3,7,8,11,19,20,22,22 **13**:1,2 **29**:2 **39**:8 **41**:24,24 **49**:15 **112**:20 **115**:21 **138**:22 **139**:11,18 **160**:9,10 **179**:17 **180**:23,24 **223**:20 **225**:6 **226**:1,12 **227**:14 **228**:3,13,20 **229**:1 **231**:11 **238**:18 **241**:8 **244**:21,22 **245**:10 **246**:1,22 **247**:18,19 **258**:9,23 **259**:6,16 **260**:11 **261**:13 **267**:1

**debtors** [81] **6**:24 **7**:6,22 **8**:1 **11**:18,19 **27**:6 **33**:25 **35**:2 **37**:4 **83**:23 **94**:15 **95**:24 **96**:23 **100**:19 **104**:25 **106**:23 **107**:10,21 **112**:17,20 **113**:2 **114**:13,17 **115**:14,18 **119**:11 **126**:4,25 **127**:8,10,20,22 **128**:16 **149**:6,8 **153**:18 **159**:5 **160**:25 **161**:20,21 **162**:3,4,5,7,9,16 **164**:

October 11, 2012

10 **165**:9 **166**:14 **167**:1,9
**169**:22 **176**:14 **180**:15,18
**199**:19 **225**:2 **226**:10 **228**:
25 **231**:16,22,25 **237**:25
**238**:7,12 **241**:9,20 **242**:11
**247**:7,21 **249**:1,20 **251**:20
**257**:10,16 **259**:25 **261**:4
**262**:21 **264**:6 **266**:4
**debtors'** [31] **8**:18 **12**:15,16
**13**:6,15 **61**:20 **79**:16 **84**:8
**85**:5 **101**:24 **103**:17 **109**:
10 **119**:19 **126**:16 **154**:12,
16 **157**:20 **162**:23 **179**:8,
25 **180**:8 **223**:11 **229**:17
**241**:14 **242**:24 **248**:19 **255**:
10 **256**:6 **259**:2,17 **264**:16
**debts** [5] **46**:15,16 **186**:20
**223**:23,24
**December** [2] **72**:3,4
**decide** [3] **115**:16 **248**:4 **257**:
18
**decided** [2] **156**:11 **211**:25
**decides** [1] **265**:4
**decision** [9] **101**:23 **104**:23
**115**:6 **118**:17 **120**:4 **171**:
11 **212**:12 **225**:20 **253**:7
**declaration** [2] **8**:24 **151**:13
**default** [8] **74**:11 **75**:1 **85**:7
**212**:24 **216**:13 **244**:14,15,
16
**defend** [2] **159**:3 **183**:21 **184**:
14 **188**:18 **194**:9,22 **195**:
18 **196**:1 **209**:17 **212**:15
**216**:19 **226**:5,18 **229**:18
**230**:13 **243**:15 **245**:12 **253**:
9,22 **257**:18 **262**:13
**defendant** [5] **104**:14 **105**:16
**132**:13 **184**:15 **255**:3
**defendants** [11] **95**:21 **99**:25
**104**:9,10 **112**:21,22 **162**:7
**164**:24 **177**:23 **178**:2 **205**:
15
**defendants'** [4] **105**:2 **177**:12,
12,13
**defending** [7] **136**:11 **195**:1
**198**:19 **201**:8 **206**:8 **213**:
21 **248**:19
**defends** [1] **242**:22
**defense** [6] **94**:14 **106**:15
**108**:1 **110**:1,4 **112**:5
**defenses** [4] **156**:4 **162**:15
**264**:11,20
**defer** [2] **160**:16 **161**:16
**deferred** [3] **115**:7,10,10
**deficiency** [3] **82**:2 **142**:18
**198**:19

**defined** [1] **178**:4
**definitely** [2] **144**:24 **247**:17
**degree** [1] **88**:7
**delay** [5] **106**:5 **161**:14 **212**:
20 **246**:11,12
**delayed** [1] **267**:8
**delays** [1] **114**:15
**delineated** [1] **136**:20
**demand** [1] **82**:5
**demonstrated** [1] **116**:17
**demonstrative** [1] **64**:15
**denied** [12] **96**:18 **111**:6 **120**:
18 **139**:3,6 **206**:23 **210**:11
**211**:12 **248**:11,25 **251**:25
**254**:2
**denies** [3] **120**:24 **195**:21
**209**:16
**deny** [6] **150**:23 **179**:20 **227**:
1 **229**:8 **248**:25 **249**:1
**depend** [1] **206**:6
**depending** [2] **42**:8 **206**:4
**depends** [2] **51**:3 **130**:9
**depose** [2] **98**:23 **154**:22
**deposed** [4] **110**:18 **132**:15,
16 **144**:17
**deposit** [3] **19**:16,19,22
**deposited** [2] **20**:1 **21**:17
**deposition** [25] **36**:21 **80**:8,
10 **99**:10 **110**:3 **123**:4 **132**:
1,8 **133**:2,11 **134**:9 **155**:2,
22 **156**:11,18,23 **170**:11,
13,22 **171**:8,10 **178**:5,9
**216**:15,17
**depositions** [9] **72**:12 **97**:2,
21,22 **116**:25 **124**:8 **132**:9
**154**:20 **162**:10
**derive** [1] **18**:21
**describe** [6] **11**:13 **64**:24 **111**:
14 **142**:14 **147**:23 **150**:11
**described** [3] **92**:2,5 **96**:2
**describing** [1] **12**:10
**description** [3] **112**:3 **116**:5,
8
**deserve** [1] **252**:8
**designate** [1] **124**:14
**designated** [6] **112**:1 **136**:24
**137**:2,3,6 **143**:11
**destroy** [1] **97**:7
**detail** [2] **150**:9 **189**:8
**detailed** [1] **99**:9
**details** [2] **190**:19 **223**:11
**determination** [4] **159**:23
**230**:17 **242**:6 **246**:6
**determine** [3] **68**:16 **160**:1
**161**:17 **188**:7 **254**:1
**determined** [5] **92**:2 **100**:5

**160**:18 **225**:21 **230**:20
**determining** [1] **188**:1
**detract** [1] **109**:9
**develop** [1] **186**:14
**developed** [1] **65**:13
**developer** [1] **243**:9
**developers** [1] **205**:3
**Development** [20] **44**:24 **62**:
16,20 **63**:7,15 **65**:10 **66**:22,
23 **67**:5,16 **153**:1 **167**:24
**182**:11,12,20,22 **192**:1
**202**:13 **250**:6,13
**developments** [2] **183**:15
**203**:15
**difference** [2] **125**:5 **142**:15
**different** [16] **18**:11,12 **27**:13
**40**:23 **41**:14 **68**:4 **87**:14,21
**143**:21 **153**:18 **166**:20,20
**173**:22 **230**:6 **233**:6 **241**:
19
**differential** [1] **244**:2
**differently** [2] **195**:20 **242**:2
**difficult** [4] **195**:6 **242**:13 **253**:
7,8
**difficulty** [2] **121**:14 **207**:6
**diluted** [2] **240**:16,18
**dilutes** [2] **245**:20,23
**Dire** [3] **4**:5 **71**:10,14
**Direct** [14] **4**:3,9,14,19 **7**:20
**61**:18,23 **75**:14 **77**:5 **93**:16
**141**:10 **170**:2 **181**:13 **234**:
12
**directly** [3] **156**:8 **173**:11 **186**:
2
**disagree** [1] **123**:7
**discharge** [1] **221**:16
**disclose** [1] **33**:18
**disclosed** [3] **24**:12 **37**:2 **39**:
8
**disclosure** [2] **251**:21 **252**:1
**discounting** [1] **25**:20
**discovery** [56] **68**:17,20 **96**:
21 **98**:11,19 **99**:8,9,19,20,
21,22 **100**:2 **107**:17 **108**:
18 **110**:14,23 **111**:3 **116**:
25 **117**:2 **119**:2 **122**:25,25
**123**:2 **126**:5,25 **128**:1,3
**131**:21,24 **132**:7,20,22
**133**:4,8,14 **134**:12,25 **139**:
12 **148**:7 **150**:7 **153**:22
**161**:11 **162**:10 **170**:16 **226**:
21 **239**:2,3,4,7 **247**:13 **251**:
22 **253**:25 **254**:11 **256**:16
**266**:22
**discrete** [1] **265**:1
**discretion** [1] **92**:4

**discretionary** [1] **253**:5
**discuss** [3] **171**:12 **181**:23
**185**:1
**discussed** [6] **16**:1 **29**:14
**148**:9 **150**:20 **156**:15 **184**:
6
**discussing** [1] **185**:8
**discussion** [2] **170**:2,14
**discussions** [1] **195**:9
**disillusion** [1] **45**:14
**dismiss** [19] **95**:3 **96**:10,16
**97**:9 **98**:14 **99**:2,3 **110**:7
**173**:8,12 **174**:5,10,13,14
**206**:24 **233**:1 **234**:5 **237**:
13,14
**dismissal** [4] **118**:21 **123**:13
**173**:18 **233**:14
**dismissed** [16] **101**:7 **103**:19
**107**:16 **116**:6,12,15,16,18,
19,24 **118**:13 **119**:5 **121**:
12 **145**:21 **173**:9 **250**:25
**dismissing** [6] **100**:7,12 **103**:
17 **104**:15 **118**:17 **234**:22
**dispersed** [2] **189**:24 **191**:3
**dispute** [13] **23**:3 **26**:15,16,20,
22 **43**:11,14,16 **53**:17 **54**:
18 **63**:7 **76**:4 **266**:22
**disputed** [35] **15**:17 **17**:15 **18**:
5 **25**:22 **26**:8 **29**:15 **45**:10,
15,19 **49**:5,7 **53**:13,14 **54**:
2,9,21 **55**:23 **56**:14,17,19
**57**:4,10,24 **59**:12,20 **60**:6,
12 **69**:17,19 **75**:24 **76**:3
**202**:24 **224**:4 **251**:11,14
**disputes** [1] **253**:14
**disputing** [4] **26**:17,18,23 **45**:
9
**disruption** [1] **248**:18
**dissipate** [1] **215**:7
**dissolve** [1] **183**:7
**distribute** [1] **247**:15
**distributed** [1] **186**:18
**District** [6] **6**:4 **118**:19 **134**:
15 **138**:25 **146**:2 **147**:9
**252**:24 **253**:19
**Division** [1] **6**:5
**docket** [12] **9**:23 **29**:23 **60**:2
**70**:9 **77**:7 **81**:12 **97**:16,24
**106**:2 **125**:3,13 **176**:24
**doctrine** [1] **85**:8
**doctrines** [1] **246**:21
**document** [17] **11**:25 **60**:20,
21 **64**:18,18 **74**:12 **122**:22
**126**:9,10 **138**:1 **152**:10,12
**153**:10 **154**:9 **166**:4 **176**:
11 **256**:9

CitiCourt, LLC
801.532.3441

October 11, 2012

**documented** [1] 225:13
**documents** [46] 7:9 11:21 44:
23 81:20 88:18 96:15 102:
5 103:8 113:8,10,11,15
117:1 124:8,14 125:9 126:
17 132:2 133:7 134:24
136:20 137:16,24 139:9
144:17 147:8,11,16 149:
14 155:15 158:11 159:5,7
171:9 172:4,10 187:12
188:8 189:4,18,19 211:8,
11 219:24 254:16 256:5
**dog** [1] 138:21
**doing** [16] 35:9 41:7 77:15
88:2 99:22 100:20 132:17
173:15 183:14,17 187:20
191:15 200:2 204:6,9 209:
5,6,11
**dollar** [5] 52:10,24 54:6 57:
17 243:16
**dollars** [16] 48:9 82:14 109:
20 129:24 130:2,15 150:7
188:17 194:12 201:7 207:
13 212:6 219:9,12 226:21
246:7
**done** [34] 11:8 19:22 20:21
31:7 32:5 34:2 61:9 63:11
69:25 86:20 87:12 90:15
98:20 110:15 127:7 131:
11 150:8 174:25 183:7
188:15 190:12 212:9,13,
14 218:5 222:21 224:17
238:4 239:4 240:13 246:9
251:22 252:3 258:4
**door** [3] 89:8 219:18 245:23
**doubt** [1] 228:24
**down** [31] 9:6 14:3,12 23:23
30:23 42:7,8 65:7 87:3 93:
1 140:13 156:1 159:1,18
161:4 177:25 192:18 202:
25 203:2 204:13 208:1,6,6,
24 210:7 216:9 219:22
220:9 226:17 237:12 263:
7
**downtown** [1] 66:3
**draft** [2] 71:18 73:8
**drafted** [2] 71:25 156:16
**drafting** [1] 267:7
**drastic** [1] 89:6
**drastically** [1] 89:23
**draw** [1] 155:19
**drawn** [2] 247:19,19
**draws** [1] 158:10
**dreamed** [1] 229:2
**drive** [1] 213:15
**dropped** [1] 95:5

**duces** [1] 155:15
**due** [6] 18:20 58:1 70:4 162:
11 257:12 268:13
**dump** [2] 147:16 215:7
**dumping** [1] 215:16
**duplicate** [1] 128:1
**duplicated** [1] 233:7
**duplicative** [5] 166:19 173:
25 229:4 233:20 234:16
**during** [12] 13:11,13 31:25
61:20 62:22 96:22 100:18
147:3 153:22 199:6 220:5
256:16
**duties** [4] 45:13 151:9 236:5,
6
**duty** [8] 45:12 74:19 83:5 85:
14 96:4 214:13 234:16
235:12

# E

**e-mail** [14] 12:1 78:18 115:2,
3 154:11 155:21 156:10,
13,16 175:2 178:14,18
264:7,10
**e-signature** [1] 30:4
**each** [2] 27:16 252:20
**earlier** [17] 16:17 40:25 43:3,
9 52:18 53:11 59:5 62:22
72:17 121:2 127:17 148:9
164:19 178:4 181:1 183:
13 185:16
**early** [6] 22:23 68:25 94:1 95:
16 97:8 117:6
**earnest** [1] 204:1
**easier** [1] 35:18
**easiest** [1] 250:19
**easily** [2] 234:10 246:4
**East** [2] 2:5,17
**echoed** [1] 264:7
**economic** [1] 236:3
**economical** [3] 242:5 246:6
248:17
**economically** [1] 229:12
**economy** [2] 68:11 240:23
**educate** [1] 248:2
**effect** [6] 190:23 240:16 248:
16 249:2 258:24 260:18
**effected** [1] 240:16
**effective** [7] 115:20 210:10
254:21 264:25 265:5 266:
6,15
**effectiveness** [2] 267:7,10
**efficient** [3] 110:13 150:4
229:13
**effort** [5] 110:7 243:1,4 256:
2,6

**efforts** [3] 110:18 126:16
131:24
**eight** [1] 141:24
**either** [16] 13:19 23:1 119:23
139:21 167:8 169:21 173:
21 176:14 178:16 200:13
236:15 237:24 244:14 252:
2 257:15 260:13
**electronic** [1] 30:7
**else's** [1] 214:10
**embellished** [1] 236:10
**emotion** [1] 250:3
**emphasized** [2] 242:1,2
**emphasizes** [3] 238:23,23,24
**employees** [2] 227:16 251:8
**employment** [1] 30:17
**enable** [1] 137:19
**encompasses** [1] 148:10
**encumbered** [1] 190:3
**end** [13] 11:21 71:6 72:11,13
118:13 137:1 161:7 184:
23 216:22 220:1 222:11
231:19 252:15
**ended** [1] 94:24
**energy** [1] 99:22
**enforce** [4] 74:17 75:4,8 85:
13
**engage** [1] 100:21
**engaged** [1] 94:13
**enhance** [1] 185:24
**enough** [9] 52:6 66:4 67:8
97:20 145:20 218:1,3 240:
25 247:11
**entail** [1] 65:4
**entails** [1] 65:3
**enter** [3] 92:1 167:23 234:18
**entered** [14] 95:12 104:4 105:
19 117:17 118:13,15 119:
24 120:4 124:8 157:6 158:
3 175:5,18 215:10
**entertain** [1] 179:18
**entire** [2] 149:7 189:16
**entirely** [4] 101:11 105:18
110:16 260:20
**entities** [35] 17:8 28:23 39:9,
17 43:8 45:6 46:8 51:2 52:
5 62:24 63:17 64:7,8,9 65:
1 66:20,24 67:1,4,7,12 68:
14 69:22 82:16 129:11
132:18 185:8,8 191:25
192:7 250:14 251:4 254:1,
13,14,22
**entitled** [14] 27:5 65:6,7,12
74:14 85:9 100:8 116:18
162:12 165:24 180:19 209:
12,25 249:22

**entitlement** [1] 96:3
**entitlements** [2] 204:14 218:
21
**entity** [8] 8:4 32:3 63:16 129:
17 149:5 151:4 155:11
253:25
**entrance** [1] 177:5
**entries** [4] 23:13,14 32:23 53:
20
**entry** [22] 14:4 15:8 18:19 19:
16 22:16 23:20 26:1 45:20
52:9 53:6,7 54:6 55:1 70:3
98:2 157:6 176:24 254:21
261:6,7 264:25 266:6
**equal** [2] 128:8,10
**equity** [3] 180:9 231:9,9
**Eric** [5] 34:17 35:19 36:9,23
37:2
**especially** [1] 212:11
**essence** [2] 171:17 172:24
**essential** [1] 68:20
**essentially** [9] 95:25 96:6,20
97:3 107:13 118:18 120:
18 223:17 244:18
**established** [1] 86:8
**estate** [28] 41:19 182:2 183:
11 184:10 186:10 192:14
194:21 197:3,8,10 200:15
223:17 242:4,4,9,12,21
243:2,7,11,16,18 244:14,
16 245:15,16 248:19 261:
8
**estate's** [2] 67:4 243:19
**estates** [4] 185:12 194:8 223:
14,24
**estimate** [6] 16:10 17:4 43:2,
5 67:9 194:8
**estimated** [2] 23:14 67:9
**estimates** [1] 44:14
**estimating** [1] 202:15
**evade** [2] 95:5 131:11
**evaluate** [2] 187:10 190:16
**eve** [1] 122:3
**even** [32] 47:14 48:11 49:18
55:19 60:11 63:4 90:11
150:22 159:15 173:1 183:
22 186:1 187:1,18 188:16
189:15 209:22 216:1 219:
13,17 223:23 228:17 234:
13 236:15 238:6 241:6
244:4 246:1 252:18 257:9
258:25 263:24
**eventually** [2] 115:5 154:12
**everybody** [5] 55:19 163:8
220:9 228:6 268:1
**everyone** [2] 57:23 241:2

October 11, 2012

**everything** [19] 96:6 116:17, 19,20 159:21 173:14 180: 17 194:13 199:13 200:2 203:2 209:20 212:2,17 218:22 220:10 224:2,4 236:10
**everywhere** [1] 109:11
**evidence** [31] 7:8 34:7 36:6 80:18 84:22 85:21,25 96: 17 101:14 107:8 108:1 109:16 110:10 115:19 158: 4 175:19 179:18 187:9 222:6,10,12,22 223:9 224: 21 233:21 240:6 242:8,23 243:13 245:14 256:25
**exact** [6] 53:12 59:4 66:15 72:5 194:19 233:22
**exactly** [3] 26:12 128:15 255: 6
**exam** [2] 36:22 37:4
**Examination** [14] 4:3,5,8,9, 14,19 7:20 71:14 75:14 84: 5 93:16 141:10 181:13 188:4
**examined** [5] 7:14 36:15 93: 10 141:4 181:11
**example** [7] 82:13 92:10 100: 22 125:21 126:17 169:12 174:25
**examples** [1] 87:6
**except** [12] 14:2 32:15 42:2 56:21 57:23 98:13 111:24 121:1 133:2 137:12 179:5 219:21
**exception** [3] 11:25 13:8 224: 19
**excerpt** [1] 112:3
**exchange** [2] 115:3 154:11
**exchanged** [1] 113:8
**exchanging** [1] 187:22
**exclusive** [1] 251:20
**Excuse** [17] 42:17 44:2 56:18 58:8 72:15 78:13 81:11 84: 14 91:24 108:15 112:24 124:17 125:2 137:10 140: 18 142:17 184:18
**excused** [5] 80:24 81:3 140: 23 179:1 222:3
**excuses** [2] 219:23 228:14
**execute** [1] 230:16
**executed** [1] 230:21
**executory** [2] 58:14,15
**exercise** [1] 38:15
**exhibit** [140] 8:10,11,21 11:20 12:1,2,3,7,8,12,12,15,15, 16,20,21,23,23 13:22 16:

19 26:1 62:7 64:14 68:25 70:13,19,23 71:9,17 72:19 73:16,21 74:10 78:12,15, 17,20,23 79:9,9,10,12,12, 16,17,21 80:14,15,20,22 84:7,8 85:5,5 91:2,13,14, 18 97:15,22 111:12,20,21 114:22 120:2,3,9,11,13,14, 17 121:2,6,9 122:8,12,13 123:18,21,22 124:2,4,5 125:13 136:20,24 147:21 150:15 153:7 154:5 155: 20 157:3 160:7,20,20,22 165:12,17 166:9,24 167:1, 7,7,7,12,16 170:1,5 171:1, 16 173:17 174:20 175:2,7, 9,11,12 176:4,17,20,23 177:1,6,8,10 192:23 194: 10 229:6 235:16,19,20,22 236:9 237:4 250:9 255:8, 10 256:1,9 264:9
**exhibits** [44] 8:17,18 10:24 11:2,10 12:4,4,11 13:2,6,6, 8,15 79:11,17,17,25 80:2, 14 103:25 147:22 157:20, 22,23,24 158:16,18 167:7 174:23 175:5,15,18,22,24 179:3,5,16 201:16,22,23 225:17 226:6 231:23 235: 17
**exist** [4] 88:18 180:24 232:17 245:13
**existed** [3] 172:25 237:4 247: 1
**existence** [2] 127:24 128:21
**existing** [3] 196:2 207:19 232:4
**exists** [2] 185:21 241:1
**expand** [1] 264:17
**expect** [5] 102:4 146:23 152: 19 209:16 214:3
**expectation** [1] 146:13
**expedited** [1] 98:11
**expeditious** [3] 242:5 246:5, 10
**expense** [10] 194:9 195:24 242:22 243:15 244:9 245: 20,23 248:18 253:16 256: 22
**expensive** [4] 99:8 201:6 211:21 246:17
**experience** [6] 141:13 142:3 194:6 199:18 203:10 244: 10
**expertise** [1] 188:7
**explain** [1] 17:5 150:21

**explained** [2] 48:13 224:18
**explains** [1] 67:24
**explanation** [3] 21:25 43:3 167:10
**explicitly** [1] 138:24
**explored** [1] 186:22
**exploring** [2] 187:8 195:10
**extend** [1] 196:25
**extension** [4] 218:8 246:21 247:2,5
**extensive** [2] 131:24 132:1
**extent** [10] 122:4 127:5 134: 23 137:12 179:10 192:5 196:19 227:4 231:12 240: 4
**extinguish** [1] 192:7
**extra** [1] 186:2
**extraordinary** [1] 229:3
**extrapolate** [1] 185:9
**extremely** [1] 156:7
**eyes** [1] 112:2

## F

**face** [3] 96:13 231:8 238:8
**fact** [15] 49:2 60:3 89:8 97:24 101:1 103:25 104:18 108: 7 111:8 114:9 122:10 170: 23 211:19 229:6 248:8
**factor** [4] 88:4 239:11 240:10, 23
**factors** [3] 88:9 242:3 249:23
**factory** [7] 65:18,19 66:17 186:8 218:18,22 251:7
**facts** [14] 34:7 84:21 85:21 86:5,24 111:2 148:13 156: 6 159:1,6,10 177:11,16,18 248:9
**factual** [1] 105:8
**fail** [4] 232:4,18 239:10 241:7
**failed** [2] 228:13 240:8
**fails** [1] 240:20
**failure** [4] 25:6 98:14 99:4,4
**fair** [10] 32:4 68:19 123:2 130: 3 200:16,17 208:5 242:12 243:3,10
**fairly** [2] 162:14 234:10
**faith** [2] 45:13 223:21
**familiar** [1] 153:2
**families** [3] 186:6 213:16 220:22
**family** [27] 75:2,11 94:16 95: 25 99:14 103:18 107:10 114:18,20 144:21,21 183: 21 189:15 191:1 192:19 196:8 203:15,17,22,23 213:25 216:13,16,19 218:

20 219:16 220:8
**family's** [6] 47:2,20 48:22 75: 2 188:21 209:21
**far** [9] 43:6 144:16 158:13 159:2 160:16 187:19 192: 10 195:24 209:25
**Farms** [2] 22:4 32:20
**fashion** [1] 35:17
**fast** [3] 102:16 120:16 246: 16
**faster** [1] 243:25
**fault** [3] 196:13 218:13,16
**favor** [5] 99:25 104:15 105:9 216:11 235:1
**fear** [1] 115:11
**feasible** [1] 227:13
**February** [2] 125:18 199:3
**fee** [7] 29:8 100:3,9 195:11, 18 242:18,22
**feel** [5] 155:1 195:25 196:4 200:6 204:2
**feeling** [1] 195:25
**fees** [43] 18:19 20:16,19 21:8 27:14,15 28:11 70:4 73:24 74:4,8 100:9 106:6,15 107: 5,22,23 108:17,17,25 110: 1,8 129:23 130:5,6,14 182: 5,18,21 183:13,14,16 202: 12,22 203:9 212:20 213: 21 219:8 240:20 254:11 261:1,12 266:12
**feet** [2] 65:5,9
**felt** [6] 51:17 144:24 155:1,5 208:4 218:4
**few** [11] 62:11 86:10 130:20 133:5 144:7 204:22 217: 16 222:15 223:25 229:20 250:22
**fiber** [1] 215:6
**fiduciary** [9] 45:12 74:19 83: 5 85:14 96:4 151:9 214:13 236:5,6
**fifth** [5] 89:6,13 211:24,24 216:18
**Fifty** [1] 45:11
**fight** [7] 138:21 183:23,25 188:20 209:20 247:18,20
**figure** [3] 48:14 135:6 174:24
**file** [24] 61:1 99:5 104:6 122: 11 124:15 137:6,11 145:9, 10 146:8 159:13 165:25 166:8 212:2 217:7,12 218: 4 220:6 224:25 232:3 234: 1 240:14 251:20 254:22
**filed** [89] 8:3,24 9:5,17 23:15 27:24 28:5,7 30:11 47:16

October 11, 2012

**49:**2 **51:**18 **60:**21 **83:**19 **91:**10 **95:**1,16 **96:**9,10 **97:**13 **98:**4,8 **99:**6,6 **103:**5 **105:**15,18,21 **107:**5,11 **108:**9,10,11 **118:**19 **119:**17 **121:**4 **125:**9,11 **136:**1 **137:**7,15 **142:**11 **144:**3,9 **145:**7,9 **147:**13,14 **148:**4,5,8,17,24 **149:**10 **150:**17,17,18,20 **152:**13 **157:**7,12,25 **166:**7 **176:**8,11,21 **188:**4 **194:**1,2 **206:**15,15 **211:**8,9 **212:**1 **218:**7 **220:**8 **221:**12 **225:**13,23 **235:**7 **247:**22 **249:**18 **251:**17 **252:**1 **263:**9,16 **265:**22 **266:**23,23

**files** [1] **203:**3

**filing** [3] **27:**19 **105:**6 **106:**6 **118:**18 **149:**13 **156:**9 **170:**3 **173:**2 **176:**13 **180:**16 **192:**19 **193:**5 **256:**4

**filings** [1] **134:**6

**fill** [2] **51:**18 **244:**20

**filled** [2] **31:**24 **41:**2

**final** [10] **15:**7 **23:**18 **25:**13 **104:**5 **105:**19 **118:**15 **119:**24 **239:**11 **251:**1,2

**finalized** [1] **23:**10

**Finally** [4] **83:**17 **122:**3 **237:**11 **248:**7

**Financial** [5] **39:**13 **43:**12 **63:**24 **207:**6 **254:**1

**financing** [3] **75:**5 **100:**23,24

**find** [7] **62:**10 **68:**18 **87:**15 **105:**7 **110:**21 **220:**15 **259:**3

**finding** [1] **59:**16

**fine** [4] **11:**6 **35:**17 **163:**1 **227:**4

**finish** [6] **81:**9 **101:**21 **163:**7,18,21 **165:**14

**finished** [2] **31:**11 **221:**15

**firm** [18] **126:**14 **129:**15 **135:**6 **141:**22 **142:**2 **157:**25 **184:**15,22,24 **195:**10,17 **200:**10 **207:**15,16,23 **208:**7 **242:**18,22

**firms** [9] **41:**8 **184:**14,21 **185:**4 **194:**25 **200:**10 **211:**5,20,20

**first** [52] **7:**3,13 **9:**7 **11:**8 **26:**1 **34:**13,21 **37:**3 **44:**18 **47:**9 **52:**8,12,14,23 **53:**23 **54:**25 **71:**25 **81:**16 **93:**9 **94:**13 **98:**2 **113:**6 **122:**14 **141:**3 **150:**16 **160:**8 **161:**3 **164:**15,18

**167:**19 **168:**23 **170:**5 **177:**11,16,17,17 **182:**1 **185:**24 **200:**3 **204:**18 **206:**23 **215:**25 **218:**17 **219:**4 **220:**2 **223:**19 **228:**4 **234:**22 **235:**22 **250:**1 **263:**10,15

**five** [11] **24:**18 **55:**22 **56:**13,13,18 **57:**3,5,6 **156:**1 **167:**19 **183:**8

**fix** [1] **241:**1

**fixed** [1] **245:**9

**flags** [1] **236:**12

**floe** [1] **233:**10

**flow** [1] **227:**21

**focus** [9] **54:**15 **61:**22 **86:**22 **94:**4 **138:**14,15 **241:**25 **242:**2,10

**folks** [1] **247:**17

**follow-up** [2] **221:**1 **242:**6

**Following** [2] **141:**18 **155:**4

**follows** [5] **7:**14 **93:**10 **141:**4 **168:**1 **181:**11

**force** [2] **115:**6 **227:**17

**foreclose** [5] **46:**12 **47:**2,19 **50:**2 **145:**3

**foreclosed** [3] **48:**7 **215:**25 **216:**7

**forecloses** [2] **82:**1 **213:**12

**foreclosing** [1] **46:**16

**foreclosure** [15] **68:**5 **87:**20,22,23 **142:**8,18,22,24 **143:**20 **145:**2 **162:**5 **198:**20 **216:**4 **246:**12,15

**foregoing** [2] **74:**11 **85:**7 **120:**23

**FORGE** [121] **2:**8 **6:**18 **26:**2,20 **52:**13,15,17 **53:**1,9 **60:**11 **75:**16 **82:**14 **84:**20 **85:**19,25 **86:**1 **87:**24 **90:**4,24 **99:**11,12,13 **102:**7,8 **107:**14,15 **108:**1 **109:**16 **110:**17,20 **112:**11 **125:**21 **127:**16 **128:**3,17 **130:**24 **131:**4,14,17,20,23,25 **132:**4,4,6,6,11,11,15,16,19 **133:**3,15,17,19 **134:**13,14,23 **135:**8 **136:**22 **137:**4 **142:**11,21 **143:**21 **144:**2,15,18,19 **145:**7,12,13 **146:**6,7,13,14 **147:**8,10 **148:**24 **149:**22 **151:**5,7 **152:**19 **154:**14 **155:**11,12,18 **156:**19 **162:**2,8 **166:**11,12 **167:**24 **169:**4 **171:**8 **192:**5 **198:**15 **209:**18 **219:**19 **223:**24,25 **224:**1 **225:**2,25 **226:**4 **227:**2,5,

**6** **228:**11,24 **229:**11,19,21 **240:**9 **246:**9 **249:**4,8,11 **252:**6,19 **256:**18 **267:**22

**Forge's** [3] **148:**22 **229:**16 **230:**14

**forgotten** [1] **36:**14

**formed** [1] **63:**10

**formulating** [1] **181:**24

**formulation** [1] **133:**23

**forth** [1] **208:**8

**forthwith** [1] **98:**9

**Fortunately** [1] **225:**19

**Forty-five** [1] **163:**5

**forum** [9] **173:**15 **225:**1 **232:**17 **235:**8 **240:**5,11 **241:**2,3 **253:**14

**forums** [8] **101:**25 **171:**20,22 **173:**3 **224:**17 **233:**3,22 **239:**24

**forward** [20] **7:**4 **63:**20 **93:**5 **96:**20 **106:**20 **114:**5 **127:**23 **140:**24 **151:**12 **171:**4,11 **199:**21 **209:**10 **227:**8 **228:**9 **240:**2,3 **245:**1 **257:**17 **264:**14

**fought** [1] **212:**18

**foul** [1] **259:**3

**found** [5] **89:**5 **113:**12 **144:**15 **145:**6 **208:**9

**foundation** [3] **34:**11 **201:**20 **205:**23

**four** [18] **23:**12 **32:**15 **40:**11 **55:**21 **57:**3,5,5,8 **60:**16 **97:**3 **117:**4 **153:**18 **156:**1 **196:**8 **203:**25 **235:**21 **242:**3 **258:**16

**four-acre** [1] **215:**8

**Fourth** [6] **134:**15 **138:**24 **147:**9 **161:**5 **207:**4 **253:**19

**Fox** [35] **6:**12,15 **8:**3 **20:**14 **21:**22 **25:**8,13 **29:**22,25 **30:**15,22 **31:**18 **32:**13 **37:**10 **38:**9,16 **39:**9,12,16 **40:**8 **41:**4,23,24 **42:**17,24 **44:**2,6,12,23 **45:**6 **50:**22 **58:**24 **61:**14 **62:**15 **63:**3,20 **64:**2,5 **75:**18,20 **77:**3 **118:**7 **149:**5 **153:**12 **161:**21 **192:**2,3 **196:**15 **202:**17 **249:**21 **250:**12 **253:**9 **254:**7 **255:**1,14,16 **257:**2,17

**framework** [1] **67:**11

**Frankly** [4] **97:**20 **138:**18 **238:**16 **260:**4

**fraud** [1] **45:**13

**free** [2] **215:**8 **243:**8

**freely** [1] **137:**18

**Freeman** [21] **99:**10,14 **110:**17 **131:**22,25 **132:**5,14 **133:**3,7,19 **134:**8 **144:**15,25 **151:**4,5,7 **155:**11 **166:**11,12 **167:**25 **169:**5

**Freeman's** [1] **132:**8

**freeway** [4] **65:**3 **66:**6,12 **216:**8

**freeze** [1] **48:**21

**fresh** [1] **237:**23

**friend** [1] **99:**14

**friends** [2] **37:**18 **89:**10

**front** [15] **8:**11 **22:**4 **32:**16 **83:**7 **127:**11 **148:**18 **159:**19,21,23 **165:**12 **166:**18 **171:**20,24 **173:**14 **232:**6

**frozen** [1] **187:**17

**frustrate** [1] **100:**20 **248:**16

**frustration** [2] **227:**19,20

**full** [8] **7:**17 **26:**25 **93:**13 **120:**8 **141:**7 **160:**8 **161:**3 **270:**11

**full-time** [2] **197:**22 **243:**8

**fully** [7] **41:**12,12 **102:**25 **108:**8 **162:**14 **226:**5 **230:**13

**function** [1] **97:**6

**fund** [1] **182:**2

**funds** [7] **19:**17 **33:**21 **183:**23 **189:**25 **201:**6 **204:**25 **205:**1

**further** [16] **29:**21 **83:**25 **91:**14,22,25 **130:**18 **139:**25 **140:**7 **149:**17 **156:**15 **171:**12 **178:**22,23 **204:**12 **220:**24 **255:**24

**futile** [1] **145:**20

**future** [1] **171:**12

## G

**G's** [1] **175:**6

**gained** [1] **107:**8

**gamesmanship** [2] **233:**11,12

**Gateway** [2] **66:**2,3

**Gateway-sized** [1] **66:**4

**gave** [7] **69:**2 **72:**17 **89:**20 **92:**15 **98:**7 **99:**7 **217:**15

**generally** [1] **88:**23

**generate** [1] **186:**1

**generic** [3] **112:**13 **116:**7,9

**get-go** [2] **238:**20 **239:**3,4

**gets** [4] **18:**11 **114:**24 **225:**25 **228:**6

**getting** [5] **27:**20 **66:**11 **89:**24 **159:**22 **190:**6,7 **207:**11

October 11, 2012

211:14 212:16 215:13 224:19 230:1 235:6 241:16 267:3
**Giants** [1] 223:6
**give** [15] 62:9 92:13,13 94:21,23 108:6 109:19 111:16 113:17 141:12 230:4 257:21 258:19 268:11 269:5
**given** [11] 26:14 52:6 134:3 167:10 199:17 210:21 215:22,23,23 264:16 268:21
**gives** [1] 151:21
**giving** [4] 111:2 144:17 164:14 215:16
**glasses** [2] 97:17,18
**goal** [1] 149:25
**God** [1] 6:6
**got** [36] 8:12 15:10 29:21 30:4 31:23 48:8 49:4 72:10 78:10 79:18 118:10,18 129:4 142:7 144:13,14 148:25 155:4 163:12 165:10 170:15 207:14 208:13 214:11 217:16 218:23 219:9 221:15 224:7 226:12 227:17 243:6 245:8,8 258:21 265:11
**gotten** [1] 187:6
**grab** [2] 70:14 235:17
**graduated** [1] 141:15
**grand** [1] 66:14
**grant** [14] 226:3 229:16,16,19,21,22 232:22 237:20 247:2,12 248:5 258:11 261:19 262:19 264:24
**granted** [14] 100:12 102:10 120:25 192:14 200:12 211:17 224:14 227:25 230:2 241:15 246:21 249:11 254:6 264:17
**Granting** [3] 244:17 247:8 254:20
**grants** [10] 105:9 113:18 120:23 146:25 147:6 149:21 152:20 246:19 260:8 266:5
**great** [5] 69:13 99:23 131:2 248:20 250:5
**greater** [1] 248:10
**greatest** [1] 244:13
**ground** [3] 32:18 65:11 67:1
**grounds** [2] 237:15 246:21
**Group** [7] 39:13 43:13 63:25 142:20 143:24 245:3,6
**guarante** [8] 70:22 75:3 81:24 82:14,24 87:13 88:12

192:8
**guaranteed** [1] 74:13
**guaranteeing** [1] 73:23
**guarantees** [6] 75:21 81:25 87:1,7 191:21,22
**guarantor** [11] 18:24 74:13,16,25 75:3 82:10,12 85:9,12 182:6 216:13
**guarantor's** [1] 73:24
**guarantors** [5] 82:4 87:21 91:25 145:4 182:16
**guard** [1] 214:11
**guess** [4] 95:7 173:23 177:13 255:3
**guidance** [1] 258:9
**guy** [1] 245:5
**guys** [1] 260:6

---

# H

**half** [10] 29:12 40:12 129:24 130:1,7,15 212:12 224:1 243:15 246:7
**halfhearted** [2] 242:25 243:4
**hall** [1] 258:14
**hammered** [1] 240:24
**hand** [4] 7:5 93:6 140:25 247:8
**handed** [3] 64:17,18 68:9
**handle** [1] 212:23
**handled** [1] 234:10
**hands** [2] 129:5 187:22
**happen** [6] 98:25 186:19 235:13 246:24 247:16 254:19
**happened** [17] 35:10,16 41:1 48:14 67:22 71:6 98:12,24 106:19 117:5 121:24 159:2 188:13 213:18 218:22 220:22 251:25
**happening** [7] 35:23 187:22 189:23 190:20 196:5 213:15 220:12
**happens** [3] 138:22 215:24 244:7
**happy** [1] 243:20
**hard** [11] 46:1,25 183:17 186:11 189:23 191:17 194:14 196:3 204:24 213:10 224:6
**hardship** [2] 187:2 207:9
**harm** [1] 238:12
**harmless** [1] 82:17
**Harrington** [32] 4:16 6:18 125:2,12,16 130:19,23 134:21 135:4 137:25 138:3,5,11,15 139:7,17,24 140:4 163:10,14,16 249:5,10

263:2,4,6,8,15 266:20 268:5,16,18
**HARRIS** [1] 2:4
**HART** [1] 2:10
**hate** [1] 259:20
**Hawaii** [1] 143:12
**he'll** [1] 199:12
**heading** [2] 177:22 245:4
**Heap** [18] 46:4,18 54:1 57:1,15 72:10 89:18 92:3,13 94:8 105:10 132:12,13 136:3,5 212:25 213:6 220:15
**hear** [12] 102:24 111:15,17 116:5 153:9 161:2 205:6 215:3,4,25 222:8 227:9 229:11 257:14 270:12
**heard** [24] 95:18 103:14,23 109:15 114:12 115:21 116:13,23 146:11,14 153:1 165:8 188:14 207:3 210:15 215:9 224:20 227:11 229:9,12 230:9 233:17 242:8 263:10
**hearing** [17] 78:10 96:22 100:9 102:3,25 106:12 108:8 113:18,24 114:3 115:7 148:9 159:19 230:8 233:25 249:25 254:23
**hearing's** [1] 254:18
**hearings** [3] 194:5 216:2 243:1
**hearsay** [5] 123:9 151:15,16,21,24
**heart** [1] 183:22
**held** [6] 19:17 102:3 142:19 159:21 213:13 215:11
**help** [16] 8:14 15:14 62:10 77:5 87:15 138:7 186:10 199:5,12,13,24 200:2 206:11 239:18 255:5 266:19
**helped** [2] 21:7 28:20
**helpful** [6] 77:19,20 154:1 158:12 187:25 188:23
**helping** [1] 204:14
**helps** [1] 158:23
**high** [1] 223:16
**high-density** [1] 186:6
**higher** [4] 16:13 42:11,12,13
**himself** [1] 216:20
**hire** [3] 194:21 200:1,14
**hiring** [1] 41:8
**history** [1] 94:22
**hit** [1] 242:6
**hold** [6] 82:17 138:12 156:17 186:17 219:18 226:9
**holder** [1] 209:12

**holders** [1] 40:8
**holding** [5] 24:13 49:15 50:9,15 187:19
**holds** [1] 67:16
**HOLLAND** [1] 2:10
**home** [22] 22:4 32:16 38:4,5 44:24 45:7 56:6 62:15,19 63:6,14 64:5 67:16 182:10,12,19 192:1 202:13,18 213:16 250:12 266:25
**homes** [2] 65:4 218:19
**honest** [2] 168:19 210:10
**honestly** [1] 198:2
**Honor** [140] 6:14,19 7:2,6 10:25 13:10,20 15:18 16:3 35:9 46:13 61:7,12,13,17 62:1 64:12 71:9,10 73:5,10 76:8,12,19 77:17 78:6,19 79:9,14 80:5,12,19,23 81:1,4,11 83:22 84:3,23 85:22 92:24 100:25 101:15,22 102:14 110:25 111:5,18 117:23 118:2 120:9,15 121:7 122:8,9 123:8,17 124:2 125:2,12,24 130:17,19 137:21 138:11,15 140:8,15,21 150:14 153:14,20 157:19 158:3,15 162:19 163:2,10 164:7 168:11,13,16 174:17 175:8,13,17,21 176:3,18,23 177:3 178:21,24 179:2,16,17 180:21 181:3 198:6,22 201:11,15,21 205:20 220:23 221:2,21 222:5,23 223:8 230:25 231:3,5 233:12 235:17 236:18 237:1,12 241:19 244:12 249:15 255:8 258:2,14 260:21 263:2,19 265:7,15,17,23 266:20 267:5,20 268:6,8,18,19 269:4,10
**Honorable** [2] 6:5,7
**hope** [5] 109:3 203:7 241:23 248:21 250:6
**hopeful** [2] 113:23 223:20
**hoping** [1] 224:8
**Hornbook** [1] 247:23
**host** [1] 103:22
**hours** [1] 150:22
**housekeeping** [1] 176:3
**houses** [1] 213:16
**Howcroft** [42] 23:7 34:14,19 36:15 54:14 89:5,11,19 90:7,22 92:14 104:12,16,18,20 105:11,15 113:3 118:23,24 119:6,8 121:1,23

122:5,18,21,23 123:14
126:19 127:4,5 135:11,15
206:21 207:2 210:13 216:
14 228:1 230:18 250:23
254:9
**Howcroft's** [3] 120:5,19,24
**HUD** [1] 100:23
**huge** [2] 226:20 241:11
**hundred** [2] 223:13,16
**hundreds** [3] 133:6 150:6
226:21
**hurdle** [1] 232:5
**hurt** [3] 79:23 241:8,14
**hurting** [2] 241:9,10

### I

**ice** [1] 233:10
**idea** [3] 109:19 227:11 255:
17
**identical** [2] 46:17,18
**identified** [16] 24:19 33:6 40:
1 42:23 45:2,17 47:5 55:
12 56:3 57:18 62:18 66:16
82:20 83:4,17 121:23
**identifies** [2] 116:1 169:11
**identify** [3] 81:19 157:3 160:
20
**imagine** [3] 96:7 110:12 252:
14
**Immediately** [1] 266:8
**impact** [7] 97:6 98:13 99:1
138:20 192:13 227:21
**implemented** [1] 230:10
**implications** [2] 139:10,14
**important** [5] 113:9 153:20
171:6 250:4 264:4
**impose** [1] 239:24
**improper** [2] 105:18,22
**inaudible** [12] 118:10 125:14,
17 134:12 140:17 192:15
198:18 212:7 219:24 249:
4,6 268:15
**Inc** [1] 130:25
**included** [7] 24:2,18 103:19,
20 107:12 116:19 122:6
**includes** [3] 55:14,16 168:3
**including** [12] 94:8 99:9 105:
5 112:2,5,11,23 113:2 212:
21 249:13 252:4 261:1
**Income** [19] 27:6,9 29:9 30:
14,17,21 31:9,13 42:13 67:
3 185:18,20 186:1,17 209:
1,19 224:6,7,8
**inconsistent** [2] 256:21 257:
5
**incorporated** [1] 172:2

**incorrect** [1] 82:21
**increase** [1] 27:16
**increased** [2] 183:16 185:25
**increases** [3] 192:20 260:5,8
**increasing** [1] 90:8
**indeed** [3] 166:24 168:19
169:19
**indemnify** [1] 82:17
**indemnity** [3] 14:4 44:22 81:
20
**independent** [6] 23:19 89:6,
13 90:7,9 211:24
**indicated** [1] 188:14
**indispensability** [2] 161:9
247:21
**indispensable** [7] 160:13
161:1 226:11,13 228:17
248:3 264:1
**Individual** [5] 27:6 132:17
149:6 151:11 250:23
**individually** [1] 165:3
**individuals** [2] 54:12,24
**indulgence** [1] 78:7
**inextricably** [4] 228:18,20,22,
25
**information** [41] 31:16 32:2,3
48:4 51:1,6 52:6 67:8,12
96:4 108:7 116:13 127:2,9,
10,18 128:12,19 129:13
144:14 146:2 158:11 187:
9,18,25 188:5 190:15,17
210:17,22,24 212:11,14
217:10 218:2,3,4 220:15
251:24 254:2,3
**informations** [1] 32:7
**informed** [5] 41:12,12 63:12
144:1 170:11
**initial** [6] 47:6,16 105:13 143:
17 232:5 261:20
**initially** [1] 96:19 119:12
**initiated** [1] 224:12
**injunction** [4] 34:3 36:3 180:
20 234:25
**input** [1] 257:24
**inquiry** [1] 35:13
**inserted** [1] 145:7
**inside** [1] 215:6
**insiders** [1] 191:3
**insinuate** [1] 170:19
**insistence** [1] 107:21
**instances** [1] 90:17
**instead** [4] 35:9 96:10 259:
13 262:17
**instruct** [2] 155:12 156:18
**instructed** [2] 148:22 155:10
**instruction** [3] 149:17 195:

14,17
**integrated** [2] 156:4 264:11
**intend** [2] 209:18 261:10
**intended** [2] 261:9 267:13
**intentional** [3] 151:6 153:17
236:2
**interest** [44] 17:12 18:25 19:
18 25:21 37:9,13 38:11,19
39:9,16,17,18,19,20 40:8
42:24 43:9,12,17 44:1,5
47:20 48:22 59:22 62:14
63:25 64:3 67:16 69:12 74:
18 85:14 130:25 144:4
160:11 187:3 190:6 209:
12,21,22 213:22 214:1
216:25 240:11 241:11
**interested** [9] 184:8,9,22 185:
5 204:6 240:13 246:20,24
267:2
**interests** [5] 44:4 47:20 59:
14 185:14 250:12
**interfere** [1] 242:10
**interfered** [1] 239:22
**interference** [6] 151:6 153:
17 235:24 236:2 239:21
242:4
**interferences** [1] 245:16
**interlocutory** [4] 119:15,17,
23
**interpretation** [2] 115:11 127:
13
**interrupt** [2] 10:22 175:25
**interrupted** [1] 125:23
**interrupting** [1] 11:5
**intertwined** [5] 155:7 161:22
162:2,6 264:6
**intervene** [2] 131:12 246:1
**intervening** [1] 139:21
**interviewing** [1] 184:13
**inventory** [2] 227:15 251:9
**invest** [3] 130:10 214:24 217:
2
**invested** [1] 250:5
**Investment** [4] 26:2 37:16 40:
11 42:24
**INVESTMENTS** [24] 2:8 6:18
39:12,14 44:6,24 45:7 52:
13,15 53:1 63:2,3 64:2
130:25 144:2,15,18,19
151:5 167:24 183:6 192:2,
3 202:18
**investor** [1] 217:1
**investors** [7] 186:25 196:4
214:20,23 215:14,19 229:
24
**invitation** [1] 86:9

**involve** [4] 20:4 136:14,15,
17
**involved** [30] 38:10 54:12 66:
19 67:23 82:20 108:9 109:
20 111:14 112:11,14 120:
6 135:8,10,12 136:3,4,8,8,
11 142:7 144:20 156:6
161:12 193:22 240:22 253:
17 255:7,16,22 266:24
**involves** [1] 10:6
**involving** [5] 136:3,5 142:23
173:10 252:19
**isn't** [16] 10:9 15:15,16,25 30:
24 31:20 44:1 55:3 57:12
88:25 171:17 173:21 206:
13,17 216:5 233:24
**issue** [15] 115:6 159:2,22
161:10,17 178:12 180:8,9
247:23,25 248:4 253:2,5
264:2 266:25
**issued** [6] 34:3 36:3 104:18,
23 118:16 156:6
**issues** [12] 108:22 111:15
153:21 156:2,4 159:25
180:11 240:15 242:7 243:
22 264:11 265:10
**it'd** [5] 16:13 35:18 162:22,
22 188:10
**it'll** [3] 24:7 64:15 174:24
**item** [3] 81:16 182:23 239:20
**itself** [1] 125:8

### J

**J.D** [1] 6:20
**January** [8] 72:4,16 97:14
104:7,22 118:16,20 199:3
**Jeffrey** [2] 2:15 6:19
**job** [1] 132:3
**Joel** [1] 6:5
**John** [3] 6:17 203:20
**Johnson** [1] 206:10
**joined** [1] 122:24
**joint** [3] 105:1 188:10,11
**jointly** [2] 7:23 181:15
**Judge** [114] 34:2 35:7,22 36:2
83:7,12,14 89:5 94:18,19,
24 95:9,10,11,15 96:18 98:
7 100:1 102:9,9,22 104:7,
16 106:5 107:20,23 112:9
113:17 115:11 116:11 118:
16 119:3,13 120:4 126:18,
19 127:3,11,14 134:18,19
139:22,23,23 142:15,16,
17,18,22 143:22,23 146:
11,14,24 147:6,18 148:18,
18 149:11,11 157:6,12,22

October 11, 2012

159:19 160:22,24,24 161:
8 164:16 166:18 167:2
171:20,25 173:14 176:8
184:5 187:18 190:12 197:
8 206:18 207:14,18 208:
10,10 210:11 226:8,8,15,
15,16 229:12 232:23 233:
25 234:3 240:1,2,5 243:24
246:14 252:8,13,14 254:
15 256:11,12 257:7,7 259:
20 260:5,8 263:25,25 265:
3,19
**judge's** [5] 104:22 120:12
157:8 158:1 250:18
**judges** [4] 160:4 247:24 264:
3,5
**judgment** [46] 82:2 96:11,16
97:10 99:17 100:7,12 103:
16,22 104:6,11,15 105:2,5,
9,13,19 116:21 118:12
119:1,18 120:8,19,25,25
122:1,4 142:18 167:23
179:19 194:7 206:18,24
210:12 211:2,10 224:14
230:17,21,22 251:1,1,2
254:6 261:6,7
**judgment's** [1] 119:24
**judgments** [3] 110:6 256:21
257:5
**judicial** [6] 142:22,24 150:3
198:19 240:23 246:15
**judicially** [1] 150:3
**July** [9] 22:23 108:9 111:15
114:3 176:11,21,24 177:2
254:19
**June** [6] 60:22 80:8 120:4
155:21 251:17 264:10
**jurisdiction** [2] 252:12,18

## K

**K-1s** [3] 217:16,21,23
**keep** [2] 151:25 250:19
**Kennedy** [16] 34:2 36:3 126:
18,18,19 127:3,11 129:4
139:23 184:17,18,23 200:
11,11 206:9 265:19
**Kennedy's** [2] 35:7,22
**kept** [1] 207:25
**Key** [13] 23:6 46:11,24 49:21
69:6 159:2 191:9 212:22
213:24 214:10 220:13,17,
17
**kind** [5] 82:2 113:14 152:5
199:2 209:10
**King** [1] 203:20
**KINGHORN** [1] 2:4

**Kinnon** [7] 46:4,15,18 50:3
212:25 213:6 220:16
**Kirton** [3] 117:13,16 208:11
**kitchen** [1] 116:22
**knowing** [3] 87:6 188:16 243:
8
**knowledge** [10] 9:20,21 43:5
64:25 83:3,13,16 131:6,14
158:5
**knows** [1] 151:24
**Kuhn** [5] 2:21 6:21,21 260:
16,21

## L

**laborious** [1] 223:10
**Lack** [2] 239:20,20
**lacked** [1] 145:15
**laid** [3] 159:1,6,10
**Lake** [2] 66:3 270:4
**Lamar** [1] 7:18
**Land** [9] 39:13 42:24 43:12,
25 63:7,24 64:5 107:11,18
**language** [1] 177:19
**large** [1] 203:15
**larger** [1] 65:19
**largest** [4] 60:2 191:20 220:7
267:1
**Las** [2] 141:20,21
**last** [21] 14:4 22:16 23:20 27:
22 30:15 32:14 38:10,12
40:19 45:20 53:20 84:25
91:18 104:11 119:2 121:
16 132:23 139:5 160:8
193:23 203:25
**late** [5] 150:17,17,18,20 226:
11
**lately** [1] 124:22
**later** [2] 142:21 170:15
**laundry** [1] 96:6
**Lavar** [29] 78:8,18 80:3,6,15,
24 81:2 114:8,14 115:3
117:17,19 154:12,17,20,
21 155:5,21 156:14,17
197:20 198:12 199:17 206:
11 207:4 242:23 243:3
264:7,9
**Lavar's** [2] 115:7,10
**law** [18] 41:8 61:3 129:15
135:6 141:15,16 179:19
184:14 194:25 205:22 211:
5,20 228:21 238:1 242:22
247:23 248:5 252:17
**lawsuit** [10] 107:11 177:14,
22 210:18 211:22 247:1,6
250:14 251:14 252:16
**lawsuits** [13] 33:6 136:9 148:

10 166:20 187:1 193:23
224:11 230:6 248:19 250:
16,18 254:17 257:6
**lawyer** [5] 127:7 200:15 243:
10,20 259:3
**Lawyers** [2] 99:20 117:8
**lay** [3] 34:11 86:10 201:20
**Laycock** [30] 83:15 102:9
139:23 142:15,17 143:23
148:18 149:11 159:19 160:
22 167:2 169:21 197:15
224:22 226:8,16 230:10
236:16 251:5 252:14 254:
17 257:7 259:12,13,14
263:8,12,16,25 264:14
**layered** [1] 194:18
**layout** [1] 185:7
**LDS** [1] 22:17
**lead** [7] 199:5,10,12,25 200:1,
6 206:11
**leading** [2] 76:9 198:22
**learn** [1] 246:25
**learned** [1] 256:16
**least** [12] 11:20 53:16 64:25
114:16 123:6 126:3 158:
13 176:5 234:22 239:12
246:3 248:9
**leave** [15] 78:10 98:7 99:18
109:2,11 119:23 165:25
193:3 224:18 232:21,22,
22 234:20 235:6 238:4
**leaves** [1] 232:19
**leaving** [5] 173:9 207:15,16
208:7 237:8
**led** [2] 46:12 47:3
**ledger** [1] 219:10
**left** [5] 89:7 142:1 186:7 206:
25 224:15
**legal** [14] 105:8 111:8 192:20
194:9 195:4 199:16 205:
21 212:20 213:21 219:8
240:20 243:15 245:20,23
**legislature** [1] 243:8
**Lehi** [1] 64:19
**lender** [10] 46:1,2,25 74:15,
17 75:4 82:1 85:11,12 213:
11
**lender's** [2] 74:14 85:10
**lenders** [1] 68:4
**less** [8] 14:17 59:8 130:12
150:21 166:6 201:5 248:8
256:25
**letter** [1] 213:14
**lettered** [5] 70:14 73:22,22
97:22 120:3
**letters** [1] 70:17

**letting** [1] 157:21
**liabilities** [4] 68:18 100:4
191:20,21
**liability** [3] 26:16 185:11 192:
8
**licensed** [2] 93:18 141:20
**lieu** [2] 37:20,22
**life** [2] 186:13 221:23
**lifetime** [1] 216:8
**lift** [3] 126:16 259:5,14
**lifted** [6] 102:22 227:3 228:
16 230:13 259:7 260:12
**lifting** [3] 131:1 138:20 139:
10
**likelihood** [2] 260:5,8
**limit** [3] 102:1,20 126:16
**limitation** [1] 127:21
**limitations** [1] 199:18
**limited** [9] 12:9 156:7 184:10
185:11 199:5 217:10 232:
22 235:21 237:18
**limiting** [2] 226:24 262:17
**line** [10] 35:12 80:16 102:19
150:23 161:6 177:11,16
218:12 225:18 245:4
**lines** [3] 111:1 156:1 167:19
**linked** [4] 228:18,20,23,25
**liquidate** [5] 36:4 183:8 257:
1 261:5 264:19
**liquidated** [1] 261:7
**liquidating** [1] 34:3
**list** [14] 10:9 51:8 53:24 57:6
58:18 60:2,9 78:9 81:25
96:6 98:22 202:4 204:5
255:9
**listed** [28] 15:10 17:2 23:6,20
45:21 47:9 51:11 55:19 56:
13 57:22,23 58:7 59:5 60:
5 62:13 63:24 67:15 69:5
74:5 75:7 91:8 101:7 103:
25 184:2 191:6 194:10
203:24 250:15
**Listen** [2] 219:15,15
**lists** [1] 81:13
**litigate** [7] 109:11 162:15
171:19 214:18 224:16 225:
3 257:1
**litigating** [1] 26:25
**litigation** [148] 10:6 18:12 19:
12,22 20:4 26:19 27:2 29:
11 54:13,23,24 55:4,15,17,
25 56:25 57:16 67:24 72:
12 82:20 83:2 90:16 91:9,
9 94:18 95:1 97:5,5,25
100:19 101:16,21,25 102:
21 103:9 104:13 107:14

October 11, 2012

**108**:1 **109**:17 **110**:17 **111**:
17 **112**:1,9,10,11,13 **113**:9,
14 **122**:2 **124**:22 **125**:6
**126**:20 **127**:5,6,16,23 **128**:
4,17 **130**:8,14 **131**:5,18,21
**132**:13 **133**:20 **134**:15 **135**:
8,12,14,18,21,22,23 **137**:
10 **142**:11,22 **143**:23,23
**144**:16,23 **146**:14 **147**:9
**148**:15 **149**:23 **152**:19,25
**153**:16 **154**:15 **157**:10 **159**:
8,9 **165**:10 **172**:6,7,9 **173**:
3 **180**:15,16 **183**:18,20
**187**:4 **200**:7 **202**:20 **205**:
19 **206**:14 **209**:9,18 **210**:
18 **211**:2 **217**:5 **223**:13,22,
22 **224**:4,21 **225**:14 **226**:
22 **227**:6,8,18,21,23 **229**:
22 **231**:15,16,20,21,25
**232**:7 **233**:3,22 **234**:17,20
**238**:3 **239**:1,12 **240**:10,25
**241**:13 **242**:9 **243**:18 **244**:
1 **251**:15 **253**:16 **257**:16
**260**:9 **262**:15,15
**litigations** [4] **102**:8 **107**:15
**116**:10 **130**:2
**litigator** [2] **94**:6 **197**:22
**little** [17] **20**:15 **47**:23 **48**:3 **77**:
16 **102**:18 **107**:1 **108**:7
**109**:9 **142**:7 **164**:14 **189**:7
**191**:19 **192**:12 **223**:10 **250**:
9 **261**:17 **269**:3
**LLC** [16] **2**:8 **6**:15 **37**:13 **39**:
12,13,14 **44**:24 **53**:2 **57**:25
**61**:15 **62**:15 **64**:2 **75**:21
**118**:7 **144**:2 **196**:15
**LLM** [1] **141**:18
**loan** [43] **17**:7 **18**:4,23 **25**:6,
21 **26**:21 **38**:1,5 **56**:5,7,10
**69**:3,5,15 **73**:23,25 **74**:12,
13,15,16,17,25,25 **75**:5 **81**:
25 **82**:12 **85**:9,11,11,13 **87**:
16 **182**:15 **190**:22 **191**:1,6,
9 **192**:16,22 **213**:8 **220**:5,6,
7,13
**loaned** [15] **37**:19 **46**:5,7 **49**:
24 **56**:24 **69**:7 **129**:10 **190**:
25 **213**:1,3,3,6 **214**:14 **220**:
16,17
**loans** [17] **70**:22 **74**:24 **75**:22
**87**:10 **89**:3 **92**:1 **145**:3,4
**182**:17 **189**:24 **191**:17,24
**205**:2 **215**:16,17 **216**:12,
20
**located** [1] **143**:2
**location** [1] **39**:7

**locked** [1] **187**:17
**long** [12] **13**:5 **94**:12 **98**:22
**142**:4 **144**:24 **148**:2 **150**:
10 **163**:16 **185**:21 **193**:13
**224**:9 **234**:5
**longer** [4] **56**:7,10 **163**:6 **255**:
17
**look** [46] **8**:10 **13**:14 **16**:21 **22**:
6 **73**:20 **82**:10 **84**:7,15,18
**88**:19 **97**:15 **101**:22 **114**:
22 **121**:16 **145**:17 **146**:1
**147**:21 **149**:4,9 **153**:7,20
**154**:4 **155**:25 **156**:17 **158**:
20,21 **159**:3,11 **160**:7 **165**:
10,12,17 **166**:23 **167**:4,12
**169**:5,8,10,12 **170**:14 **174**:
20 **176**:17 **216**:17 **223**:23
**246**:20 **260**:6
**looked** [9] **46**:17 **52**:20 **68**:9
**115**:25 **144**:22 **184**:3 **185**:
7 **193**:13 **253**:2
**looking** [14] **8**:25 **10**:8 **81**:12
**104**:21 **105**:24 **120**:22 **168**:
12 **176**:25 **187**:4,4 **204**:9
**235**:16 **258**:8 **267**:6
**looks** [6] **157**:5 **176**:20 **193**:
11
**lose** [3] **216**:3 **230**:23 **245**:24
**loss** [1] **31**:1
**losses** [1] **82**:11
**lost** [7] **68**:4 **81**:9 **152**:5 **206**:
17,20 **211**:2 **224**:12
**lot** [16] **14**:1 **18**:13 **51**:11 **67**:
21 **194**:13 **196**:3 **212**:18
**225**:8,9 **227**:10 **233**:23
**239**:23 **241**:10 **243**:25,25
**259**:21
**lots** [4] **32**:16 **65**:4,8 **186**:7
**low** [3] **15**:4 **208**:1 **223**:17
**lower** [1] **263**:14
**lowered** [1] **208**:1
**lunch** [3] **162**:20 **163**:19 **164**:
1
**Lyons** [1] **6**:20

---

## M

**MacGyver** [2] **245**:9,11
**made** [33] **16**:8 **38**:1 **69**:15,17
**79**:8 **89**:6 **90**:7 **101**:23 **103**:
22 **104**:25 **107**:19 **113**:11
**134**:9 **136**:22 **138**:16 **143**:
21 **145**:17,18 **154**:16 **157**:
8 **171**:11 **187**:23 **206**:19
**211**:1 **212**:11 **215**:2 **225**:
19 **228**:1 **233**:25 **245**:14
**249**:8 **252**:6 **259**:5

**Main** [4] **2**:11,22 **63**:13 **145**:
16
**maintenance** [2] **180**:20 **249**:
22
**majority** [2] **39**:17 **43**:17
**makeup** [1] **59**:18
**mall** [2] **209**:2,19
**malpractice** [2] **243**:5,7
**managed** [1] **151**:4
**management** [5] **27**:15 **183**:
14 **203**:9,11 **209**:25
**manager** [8] **8**:3 **29**:25 **132**:
13,15,16 **144**:18,19 **194**:7
**managing** [3] **66**:19,24 **132**:6
**mandatory** [3] **247**:2,4 **253**:3
**manipulate** [1] **239**:18
**manipulated** [1] **239**:25
**manipulating** [3] **239**:17 **240**:
4 **241**:2
**MANNING** [26] **4**:13 **93**:3,8,14
**100**:11 **104**:4 **111**:10 **117**:
25 **118**:6 **125**:14 **126**:3
**130**:24 **135**:6 **138**:9,12
**140**:2,12,19,23 **147**:2 **174**:
15 **200**:18 **206**:25 **210**:15,
25 **254**:5
**Manning's** [5] **111**:7 **139**:2
**147**:3 **207**:3 **243**:14
**many** [23] **38**:12 **48**:19 **63**:9,
11,12 **65**:17 **67**:22 **87**:28
**9**,13 **89**:21 **90**:13,14 **93**:21
**113**:10,14 **117**:10 **125**:9
**204**:10 **207**:1 **227**:18 **250**:
16 **253**:6
**March** [1] **199**:4
**Mark** [1] **71**:21
**marked** [4] **64**:15 **75**:24 **76**:3
**138**:5
**Marker** [2] **6**:5 **115**:12
**Martineau** [1] **141**:24
**master** [1] **65**:2
**material** [2] **111**:25 **112**:4
**materials** [1] **112**:8
**Matt** [1] **118**:6
**matter** [17] **6**:11 **122**:10 **131**:
1 **153**:22 **161**:14 **176**:3,19
**179**:19 **222**:20 **225**:4 **250**:
4 **254**:5,23,25 **255**:13 **263**:
3 **266**:21
**matter's** [1] **230**:20
**matters** [6] **154**:14 **197**:15
**251**:5 **254**:17 **256**:19 **263**:
9
**Matthew** [2] **6**:14 **61**:14
**McConkie** [3] **117**:13,16 **208**:
11

**MCCULLOUGH** [1] **2**:16
**McKay** [23] **28**:18 **38**:14,19
**40**:12 **54**:7,15,17 **80**:7 **95**:
24 **103**:18 **114**:17 **151**:2,8
**154**:22 **155**:8,16 **156**:12
**165**:4 **171**:2 **205**:7,16 **236**:
1 **255**:13
**McKay's** [1] **156**:7
**mean** [39] **10**:22 **12**:15 **25**:12
**27**:12 **43**:4 **63**:4 **67**:9 **68**:
12 **88**:23 **90**:9 **91**:8 **101**:5
**108**:11 **143**:18 **150**:2 **152**:
21 **154**:19 **159**:7,15 **163**:
11 **170**:19 **171**:22 **177**:18
**178**:3 **179**:23 **180**:2 **184**:
17 **187**:12 **198**:16 **200**:8
**205**:13 **213**:20 **233**:5 **234**:
3 **240**:3 **249**:8 **259**:5,20
**267**:17
**meaning** [3] **75**:7 **87**:9 **157**:
15
**means** [4] **113**:10 **233**:19
**250**:8 **265**:21
**meant** [1] **87**:8
**measure** [1] **160**:11
**measuring** [1] **187**:4
**meet** [2] **118**:8 **228**:15
**meeting** [8] **34**:13,21 **37**:3 **48**:
12 **72**:6 **204**:18 **213**:13
**215**:12
**meetings** [4] **24**:14 **185**:3
**187**:14,19
**member** [19] **17**:7 **18**:4 **69**:3,
5 **89**:6,14 **90**:7 **132**:6,6
**185**:11 **190**:22 **191**:1,6,17
**203**:15,17 **211**:24,25 **216**:
18
**members** [2] **103**:18 **107**:10
**membership** [6] **37**:9,13 **38**:
11,19 **40**:7 **185**:13
**memo** [4] **101**:23 **102**:19 **224**:
17 **229**:1
**memorandum** [6] **104**:23
**105**:1,4 **108**:11 **118**:17
**120**:3
**memory** [1] **22**:1
**men** [1] **220**:21
**mentioned** [9] **36**:25 **40**:25
**41**:17 **183**:13 **185**:16 **190**:
21 **202**:11 **203**:12 **219**:13
**mess** [3] **121**:5 **217**:2,4
**met** [2] **208**:3 **228**:11
**mic** [3] **7**:5 **93**:6 **140**:25
**Michael** [1] **141**:8
**microphone** [1] **263**:5
**middle** [2] **30**:5 **161**:5

October 11, 2012

**might** [26] 18:17 20:14,22 22:
1,2 32:15 72:15 75:10 85:
16 130:19 170:14 185:12
187:5 189:2 195:3,10 204:
6 206:5 208:8 242:24,25
245:1 246:24 252:15 259:
14,17
**Mike** [2] 207:15 208:7
**million** [59] 10:5,8,9,11 14:9,
9,12,13,24 15:14,16,25 16:
13 23:20 24:9,16,17,20,25
26:6 29:16 44:19 45:8,11,
18,21 46:6 48:25 53:6,6,
10 59:13,14,19 82:13 101:
9 116:1,2,11 129:24 130:1,
1,7,7,15 191:5 194:11 201:
7 207:12 214:17 219:7,20
223:14,16,16,25 224:1
243:16 246:7
**million-five** [2] 54:7,17
**million-seven** [1] 190:24
**millions** [4] 48:9 188:17 191:
2 212:6 219:9,11
**mind** [2] 90:22 110:13
**minds** [1] 229:4
**mingled** [1] 162:8
**minority** [14] 39:18,20,20 43:
9,12,25 44:5 59:13,21 206:
15,16 209:12,22 211:23
**minute** [10] 24:7 47:24 62:9
72:25 92:8 102:24 117:23
119:2 157:6 217:23
**minutes** [2] 163:5 222:15
**mishmash** [1] 250:10
**misinformation** [1] 129:21
**misinformed** [1] 129:19
**miss** [1] 236:24
**missed** [2] 109:21 139:5
**misspoke** [1] 127:8
**mistake** [1] 79:8
**mistaken** [2] 79:4,18
**mistook** [1] 79:9
**misunderstanding** [1] 205:
14
**Mitch** [1] 55:1
**Mitchell** [6] 55:1,2 60:13 114:
13 117:15 207:17
**modification** [1] 25:6
**modified** [3] 147:7 260:19
264:12
**modifies** [1] 146:24
**modify** [7] 102:23 106:9,13
112:7,15 254:16 262:11
**moment** [5] 83:9 174:16 176:
18 201:12 257:21
**Monday** [2] 257:13 268:9

**money** [59] 18:6,7 19:18 20:
25 21:13,15,16 22:5,8,12
25:16 26:22 29:1,13 33:25
37:19 46:1,5,25 49:21 51:
21 55:20 56:23 69:6,11,22
76:4 99:19,20,21 156:23
183:20,25 187:22 188:19
189:17,23 190:7 195:3
196:4 200:14 209:11,23
211:10 213:1,3,7,10 214:
15 219:21 220:17,18,18
241:10 244:6 245:22 247:
15 251:12 259:21
**moneys** [1] 129:10
**monies** [1] 266:25
**monitor** [1] 156:25
**month** [7] 27:10,17,22 144:6,
7 166:6 224:7
**monthly** [1] 257:12
**months** [9] 22:23 97:2,3 98:
20 99:1 117:4 204:10 207:
19 229:20
**morning** [6] 6:9 13:13 61:13,
16 115:23 171:6 185:6
210:21
**most** [14] 20:22 52:4 95:15
116:23 119:5 125:10 137:
14 150:4 152:22 189:11
208:24 224:11 226:6 246:
13
**motion** [97] 7:1 12:24 95:18
96:10,18 99:17 102:23
103:4,5,14,22 104:11,16
105:2,3,13 106:9,13,14
107:5 108:12,13,14 109:
15 110:7 111:6 112:15
116:21 120:5,6,19,24 122:
1,4 123:19,19,24 128:22
144:3,9 145:7,9,12,13,14
146:8,10 147:1,6,14,18
148:5,22,25 149:21 152:
17 165:25 166:25 179:19
180:13,18 188:4 193:3
195:21 200:12 206:24,24
209:17 211:9,17 224:19
225:23 229:16,16,21,22
230:2,9 234:1 239:25 246:
19 247:3 248:5,11,25 249:
1,1,13,18 254:15 260:9
261:19,20 263:9 266:9,23,
23
**motions** [10] 106:5,6 107:22
108:10,11 149:14 211:10
213:23 229:19 238:22
**Mountain** [83] 17:8 18:20 20:
17 24:12 26:14 28:22 29:

12 32:3 44:24 45:7,25 46:
1,3,5,7,13 47:1,3,21 48:8
49:24,25 51:2,6 52:5 56:2
62:15,19 63:4,6,14 64:5,
20 67:7,12,16 68:22 70:5,
21,25 75:7,12 81:22 91:11
94:8 104:10 105:10 129:
11 135:18,23 136:15 142:
4 143:4 182:10,12,12,19
185:7 188:11 192:1 193:
25 202:13,18 209:24 217:
11 218:2 220:12 249:18
250:12,14 251:3,23 252:5,
20 253:25 254:12,12,14,
22 255:25 256:15 260:23
266:25
**mouse** [1] 158:9
**mouth** [1] 36:13
**movant** [4] 13:7 231:9,13
232:13
**movant's** [1] 79:17
**movants** [2] 240:21 248:21
**movants'** [2] 8:17 79:12
**move** [13] 75:15 77:2 98:10
111:4 123:17 129:9 141:
23 171:19 175:4,18 177:5
260:23 268:3
**moved** [11] 24:14 95:3 96:15
97:9 98:14 99:2,3 104:16
121:25 224:24 229:8
**MS** [14] 6:17 84:23 85:22 110:
25 249:10,15 265:6,9 267:
5,12,14,16,19 268:13
**much** [38] 10:6 14:7,11,13 15:
6 16:10 24:11 27:18 58:5
65:9 67:24 96:2 110:5 122:
25 130:9,10 143:13 163:3,
6 187:16,18 190:7,9 194:
14 195:3 204:12 212:13
223:13 238:7 239:1 250:7
253:6 257:10,14,15 258:
15 266:19 269:9
**multiple** [3] 110:20 211:7
229:3
**must** [2] 229:11 235:21
**myself** [4] 75:6 140:11 156:
14 196:1

---

### N

**nada** [1] 232:4
**name** [12] 7:17 28:17 39:8 63:
2,6 93:13 122:1 141:7 151:
12 165:21 192:3 203:19
**name's** [1] 176:5
**named** [3] 166:15,17 169:17
**names** [2] 63:10 250:18

**naming** [1] 167:8
**narrative** [2] 35:17 151:21
**narrow** [1] 102:20
**nastiest** [1] 246:13
**nation** [1] 65:19
**National** [1] 135:22
**nature** [6] 39:7 94:2,4 150:12
152:18 251:11
**NCP** [4] 135:21,24 136:10,13
**nearly** [1] 244:9
**NEBEKER** [1] 2:16
**necessary** [1] 92:2
**need** [32] 8:15 51:2 67:11,14
76:17 77:16 80:3 97:17
109:15 146:1 149:12,17
150:4,6 178:18 190:15,17,
19 199:14,25 212:15 216:
16 222:19 224:20 225:25
227:23 238:18 242:14,19
247:25 253:25 263:5
**needed** [10] 87:6 89:21 98:24
106:8 108:2 146:9 160:12
161:11 187:25 218:4
**needs** [5] 32:5 101:15 109:
14 199:5,25 257:16
**negate** [1] 228:13
**negative** [1] 30:24
**negatives** [1] 261:13
**negotiate** [3] 90:3,23 204:1
**negotiated** [4] 65:15,15 84:
19 85:18
**negotiates** [1] 85:25
**negotiating** [6] 27:11,14 184:
13,21 185:2 203:10 210:1
214:7
**negotiation** [1] 25:23
**negotiations** [5] 15:11 25:13,
24 86:1 131:17
**neighbor** [2] 60:13 224:2
**Nevada** [1] 141:21
**never** [36] 26:13,13 36:25 46:
9 47:13,13 49:25 63:11 83:
1 99:20 131:15 135:16
148:24 149:2,3 170:8,9,17,
19 172:25 173:1 182:19
193:19 213:13,13,14 215:
4 236:15 237:2,4,24 238:3
239:16 247:14,16,17
**new** [32] 42:10 152:23 164:
16,23,25 165:6,7 168:24
169:2 172:25 195:4 199:
20 200:13,24 232:3,15
235:7,8,8 236:17 237:2,16,
21,23 238:2,3 239:9,23
240:3 241:12 246:19 256:
14

October 11, 2012

next [43] 14:19 15:8 18:19 19:
16 23:5 24:24 27:4 30:13
32:8 33:12,17 39:1,4 40:
16 41:18 42:1,19 44:15 45:
11 49:8,12 50:8 51:9 52:8
53:6,23 54:5,25 55:21 56:
12 57:2,21 58:23 60:1 91:
13 140:16 160:15,20 170:
23 177:25 185:3 200:4
204:22
next-door [1] 65:20
Nice [2] 118:8 242:24
night [1] 213:16
nobody [1] 214:10
Nobody's [2] 48:13 253:19
non-debtors [7] 161:20 227:
9,10 247:10,13 255:23
264:6
non-final [1] 119:18
non-movants [1] 231:17
noncontrolling [1] 39:18
nondischarge [1] 237:1
nondischargeability [1] 236:
14
none [21] 31:22,23 32:10 33:
14 38:24 39:2,5,23 40:5,
17 42:2,21 49:9,13 125:20
166:15 167:1 191:1 228:
14 231:22 232:3
nonexistent [1] 248:23
nonjudicial [1] 142:18
nonmoving [1] 231:11
nonrecourse [1] 100:23
nor [3] 111:4 131:15 232:10
normal [1] 195:23
Notary [2] 270:6,23
note [12] 15:21 46:11,23,24,
24 48:8 50:1 110:22 190:
25 213:11,25 214:10
notes [25] 22:6 46:17,19,20
48:5 84:25 142:19,23,24,
25 143:1,24 144:1,13 145:
1 190:5 191:1 212:4,5 213:
15,18,19,19 231:12 249:
25
nothing [5] 98:12,24 215:24
227:14 265:25
notice [26] 47:19 48:13 51:12,
24 52:3,21 53:21,24 55:8,
11,22 56:20 57:4,8 61:2
105:21 114:19 119:17 144:
13 149:10 152:18 176:7,
14 177:1 218:6 268:6
notices [6] 149:4 157:7 159:
11,16 177:19 265:25
notified [1] 216:2

November [14] 72:3 86:21
121:18 129:2,4 265:5,8,18
266:7,15 267:2,8,18 268:
20
novo [1] 252:24
Nu [1] 124:21
nuggets [1] 158:12
NUMBER [43] 5:2 11:2 14:10
15:5,7 23:18,25 25:1 32:
21 59:7 60:2,20 62:5,8,13
70:9 77:7 80:22 81:12,16
100:20 103:24 111:13 113:
7 117:8 132:17 136:21
150:15 173:17 174:23 176:
23 177:6 234:11,12,15
236:6 237:5 239:11,20
240:10,23 244:20 263:14
numbered [2] 97:21 147:22
numbering [1] 63:21
numbers [4] 16:10 23:19
192:23 206:25

_____ O _____

oath [3] 181:2,5 218:1
object [12] 35:12 76:9 101:1
102:15 111:1 151:14 198:
5 244:4,5,21 245:25 246:2
objected [5] 78:21 79:2,6 85:
20 262:23
objecting [1] 151:20
objection [37] 16:3,6 34:6,9
36:6 73:6,15 78:14 79:10,
14 80:13 81:1 84:21,23 85:
22 101:24 120:10 122:11
123:8 124:3 134:24 137:
21 140:20 150:14 158:17
175:7,21 198:21 201:20,
21 205:20,24 240:14 248:
13 261:20 263:11 264:17
objectionable [2] 101:13,14
obligor [2] 23:2 182:14
obtained [6] 100:7 103:16
104:14 112:8 120:7 189:1
obviously [7] 79:10 101:5
184:2 188:3 239:22 252:7
253:4
occurred [1] 66:23
occurring [2] 105:6 234:17
October [9] 72:1 86:21 98:5
150:18 164:19 168:23 218:
8 270:8,17
offer [15] 71:9 73:10 78:11
79:11,21 120:9 122:8 124:
2 157:22 179:11,12 201:
19 202:4,7 252:21
offered [4] 73:13 174:24 175:

3 201:16
offering [2] 179:18 202:1
office [1] 114:2
official [1] 73:12
officials [1] 73:12
Okay [170] 9:11 10:17 11:4,9,
15 12:18,25 13:4 14:10,16,
19 16:24 18:15,19 19:16
20:9 21:9,21 22:16 23:5
27:4 28:9,24 29:7,18,25
31:22 32:17 33:2,9,12 36:
19 38:18,21 40:10 41:18
45:6 48:17 49:5,17,23 50:
6,14 51:23 52:22 53:20 54:
16 55:18 56:1,7,12 57:2,
21 58:7,13,17 59:6 60:1,
19 61:5,7 62:1 63:19 65:
25 67:2 68:16,21 70:8,11,
18,18 71:8 72:23 73:4 76:
7 77:8,11,16 79:20 81:15
85:4 86:4,14,15,24 88:8
90:18 91:4,6,21 92:20 95:
20 99:15 103:3,11 106:24
108:19 110:9 111:9 112:
18 113:25 114:22 115:5,8,
21 117:21 124:24 129:9,
19 131:14,16 133:1 134:7
135:10,17,21,25 136:2,14
140:6 142:3 143:5,8 147:6
152:4 153:24 154:3 155:
19 158:14 162:25 163:23
164:8 165:20 167:17 168:
12,14 174:21 177:4 179:7,
12,15 183:2 189:9,10 192:
24 197:23,25 198:3 206:7
208:22 214:18 220:1 221:
10,19,23 222:21,24 237:6,
12 255:20,23 258:20,21
260:22 262:14 266:17 267:
14,19 268:7,17
old [1] 216:22
Olsen [16] 2:9 6:17,17 84:23
85:22 110:25 249:10,15
265:6,9 267:5,12,14,16,19
268:13
Olson [5] 34:17 35:20 36:9,
23 37:2
omnibus [1] 105:4
Omniture [2] 66:7,8
once [9] 110:15 125:18 145:
6 157:6 227:23 230:17,19
231:15 234:7
one [112] 7:22 19:24 20:24 24:
7 28:20 54:5 55:3 56:16
57:12 63:15 65:18 71:1,2,
6,24,25 72:2 73:3 74:6 78:

8,11,12 79:1,5,11,13 80:5,
11 86:20,24 87:5,5 91:12
96:6 101:16 102:9,13 104:
10 106:25 114:1,25 115:
19 116:10,10 117:22 118:
25 121:22 122:7 126:3,4
134:5 141:25 142:20 145:
25 149:5,5 150:1 151:10
153:1,1 154:11 155:25
159:25 169:10 173:14,14
174:2,16 176:18 182:13
184:15 186:16 187:7 194:
2,3,18 200:18 205:6,14,16
205:11,15,15,16 220:3
221:1 225:1 228:19 229:
12 230:22 234:11 238:14,
15 240:7 241:17,22 245:3
249:20 251:18 253:14 256:
19 257:21 258:16 261:3
263:1,3 265:9 266:4,20
267:6 268:24 269:1
one's [2] 165:8 233:10
ones [7] 41:16 60:12 79:2
136:2 183:3,4 213:3
onetime [1] 73:23
ongoing [2] 25:13 65:10
only [64] 38:9 47:23 48:3,3,7,
7 51:12,24 52:3,21 53:21,
24 55:8,11,22 56:20 57:4,
8 60:12,16 61:24 64:16 67:
8 68:16 95:18 102:13 105:
11,16 108:12 112:2 118:
24 120:20 122:21 125:13
135:13 161:12,13 166:12
168:19 169:13 172:7,24
173:9 180:12 182:6 206:
21 209:12 212:16 213:2,4
220:11 224:7,14 231:13
232:20 245:10 251:13 252:
21 253:14 258:25 261:5
264:22 266:8 267:24
oOo [1] 269:13
open [7] 65:16,22,23 66:11
89:8 185:17 195:1
open-ended [1] 229:2
opening [2] 7:7 66:14
operating [4] 39:21 81:22,23
82:3,7 88:17 92:21 215:23
257:12
operation [2] 30:18 115:1
opinion [2] 111:8 161:19
opportunity [7] 13:14 78:11
123:1 126:4 139:3 147:10,
12
oppose [3] 103:1 128:22 145:
12,13 147:10 148:22 149:

20 158:2
**opposed** [6]112:15 115:10 129:8 146:10 148:24 257:3
**opposing** [5]108:10 126:15 128:18 152:17 180:10
**opposite** [2]238:13,21
**opposition** [9]103:21 140: 11 105:1,4 109:10 119:1 147:13 224:25 229:1
**optimistic** [2]196:1 203:8
**option** [2]38:15 183:5
**Orchards** [1]32:19
**order** [96]12:24 35:7 75:2 101:18,21 102:3,6,24 103: 6,7,16 104:3,5,22 106:10, 13 107:6,7 108:2,15,24 109:9,15 110:11 111:13, 19,25 112:8,16 113:5 115: 18 116:11 118:15,18 123: 20 124:6,7,13 126:17 127: 1,10,14,15,19,24 128:18, 21 131:18 133:23 134:4 137:14 138:18,21 139:8, 14 140:1 145:24,24 146:1, 6,8,15,24 147:2,7,14,19 148:6 150:5 166:3 172:10 206:18 224:20 226:20,24 227:1,3 230:9 232:21,23 234:18,21 235:3 237:19 249:11,15 254:16,21 262: 18 264:22,25 265:9 266:2, 4,9 267:7
**ordered** [1]98:8
**orders** [3]217:8 226:7 268: 22
**ordinary** [2]89:16,17
**organizational** [2]44:23 81: 20
**original** [9]84:13 90:8 92:21 143:22 148:4,17,19,19 166:22
**originally** [3]95:1 143:19 262:22
**other** [131]10:18 12:1 13:22 23:1,13,13 29:7,9 36:9 37: 8 48:19 52:20 54:12,20 55: 8,14,24 59:12,19 60:5 65: 11 66:23 69:12 82:4 84:9 87:2,7 88:9,18 89:22 90: 14,14 91:12 93:2 94:15 99: 17 103:8,18 105:14 106:6 107:1,8 108:14 110:20 111:11 112:10,13 115:14 119:12 126:6 127:23 132: 7,18 135:17 136:2,11 138:

18 140:14 159:25 160:13 161:23 163:11 165:1,2 169:23 174:3 180:11 182: 16 184:9,11,20 185:3 186: 22 189:25 190:8 192:19, 20 193:2 194:18 195:7 203:16 204:1 205:3,18 207:1,10 209:2 212:1,6 214:12 217:15,21,23 218: 12,15 224:3 225:2 227:2,7 228:22 230:22 231:1,10 233:10 234:6 235:2 238: 19 239:6 240:12,12,15,21 245:20 247:8 249:21 250: 23 251:10 252:20 253:11 254:10,17 255:2,3 256:5 258:16,22 259:23 260:1 261:3 266:6,21
**others** [8]57:15 90:23 96:24 136:3 182:17 203:21 238: 10 240:8
**otherwise** [9]85:16,16 111: 24 233:19,20 234:23 238: 8,16 270:14
**ought** [4]225:21 230:23,24 257:7
**ourselves** [5]139:17 145:9 212:15 226:5 230:13
**out** [65]8:14 28:8 41:2 46:12, 17 47:2,19 48:14,21,21 50: 2 51:18 65:13 66:7,9 68: 18 73:24 75:5 87:9,10,14 93:25 110:21 123:6 135:6 144:15 145:6 159:6,10 174:25 180:6 182:16 185: 25 187:3,17,17 188:16,17 189:14,24 191:3 199:4 204:11,12 208:9 211:10 215:9,17 216:15 219:7,12, 18 220:15 227:21 231:6 240:16,18 241:10 244:20 245:23 252:23 264:24 265: 12 266:2 268:6
**outcome** [1]270:15
**outdated** [2]72:20,21
**outlet** [2]65:19 209:19
**outlets** [10]65:18 66:18 185: 17,19 186:9 196:6 209:2 210:3 218:19,23
**outlined** [3]46:10 75:1 214:5
**outset** [4]96:9,15 97:9 117:3
**outside** [2]203:23 258:1
**outspent** [1]211:18
**over** [36]29:11 30:15 48:22 50:2 63:7 68:9 132:2 133: 6 142:7 152:24 171:19

185:1 186:7 193:23 194: 11 196:4 200:21 211:6 213:5 214:1 216:24 220:9 227:18 229:10 236:12 239: 1,8,18 240:8 241:13 252: 12,17,21 253:1 259:23 260:1
**overall** [2]256:22 257:4
**overlap** [1]45:5
**overpower** [1]240:19
**overpowered** [1]244:17
**overrule** [4]16:5 34:8 205: 24
**overruled** [3]35:14 36:7 150: 24
**oversight** [1]203:6
**overwhelmed** [1]244:17
**owe** [20]17:8,8,17 25:18,19 26:18,20 45:8,18 50:22,23, 25 51:20 55:6,20 76:4 215: 8 251:12,13 266:25
**owed** [13]17:20 20:13,14,16 29:13 69:12 182:5,9 191: 24 196:6 202:12,22 208: 13
**owes** [4]20:24 22:5,8 48:24
**owing** [1]21:23
**own** [14]32:18 40:11,14 41: 19 44:13 62:14 64:10 68: 14 104:6 137:6 142:1 216: 14 223:12 232:16
**owned** [5]33:22,23 183:6 185:9,12
**owner** [2]62:19 85:15
**owners** [1]70:21
**ownership** [9]28:22 42:24 47:2 185:10,11 188:8 203: 13 216:25 241:11
**owning** [2]82:8,15
**owns** [3]40:12 189:15 215:6

---
**P**
---

**p.m** [5]150:18 164:1 223:1 258:5 269:12
**PAGE** [107]4:2,13,18 5:2 9:5, 7,22,23 10:16 13:22 14:5, 19,20 15:13,17,24 16:18, 23 23:5,20 24:24,25 25:25 27:4,5 29:23 30:5,13,14 32:8,21 33:3,3,12,17 39:1, 4 40:16,19 41:18 42:1,19 44:15,16 49:8,12,12 50:8, 8,12,13 51:8,9,23,24 52:2, 8,23 53:20,23 54:5,20,25 55:21,24 56:12 57:2,21,22 58:11,13,18,23 59:17 60:1

62:10 63:20 70:2,7 74:9 77:6,6 81:10,12 84:15 91: 13,15,17,18 98:4 111:18, 21 121:16 125:17 136:20, 24 155:20 160:7 161:3 167:16 170:4 177:10,21 178:1 235:24 236:3 248: 13
**pages** [12]10:13 16:2 29:20 52:20,21 58:17 62:11 63: 20 77:4 122:17 236:7 270: 12
**paid** [43]18:9,17,18 20:11 21: 1,1,4,11 22:17,25 23:1,1 25:14,16 28:24 31:19 33: 18 35:6 46:16 48:8,9 73: 24 82:13,23 182:16,17 190:7,7 191:2,18,18 192:6 195:14 207:11,12 208:12, 13,24 212:6 213:9,18 214: 17 220:18
**paper** [1]124:22
**papers** [1]51:19
**paperwork** [1]219:24
**paragraph** [34]10:18 13:23 14:20 16:19,25 32:9 33:1 44:15 53:4 73:22 84:19 85: 2,3,4,18 86:17,22,23 88:1, 6 91:13,15,18,20 92:6 160: 9 161:3,5,7 170:5,23 178: 1 248:13 250:15
**paragraphs** [4]32:8 39:4 49: 8 73:22
**parcel** [1]215:8
**parcels** [2]186:3,5
**Pardon** [4]19:4 22:11 55:10 56:9
**parent** [1]63:13
**PARSONS** [1]2:4
**part** [32]18:22 19:14 21:6 27: 17 28:21 29:19 31:18,21 37:23 48:20,21 63:8 69:9, 14 90:15 101:14 104:7,21 120:23,24 122:2 157:20 185:24 191:8,9 204:21 208:15 210:17 212:8 213: 20 233:16 265:1
**part-time** [4]200:15 243:4,9, 9
**partial** [4]38:6,8 105:2 118: 12
**partially** [3]88:6 101:24 156: 10
**participate** [13]105:12 131: 20 132:4,7,12,21,21,24 133:2,3,20,22 134:13

**participated** [4] **104**:13 **114**: 21 **133**:13 **139**:12
**participating** [3] **123**:4 **180**: 14 **256**:20
**particular** [1] **71**:1
**parties** [65] **106**:11 **110**:9 **111**: 24 **112**:10,14 **113**:16 **115**: 13 **119**:12 **124**:11 **128**:11 **135**:18 **142**:4,8,10,23 **143**: 6 **144**:9 **147**:1 **148**:15 **149**: 19 **152**:16 **155**:6 **160**:13 **161**:1,12,23 **162**:13,16 **167**:20,25 **168**:2 **173**:11 **184**:9 **192**:15 **193**:9 **225**:3 **227**:2 **228**:17,22 **239**:6 **240**:13,15,21 **241**:4 **246**: 10 **247**:22 **248**:3,3 **249**:19, 24 **252**:5,13 **253**:11,16 **255**:25 **256**:16,20,22 **257**: 4 **259**:2 **260**:23 **264**:14,18, 18 **270**:14
**parties'** [1] **12**:16
**Partly** [1] **91**:5
**partner** [2] **154**:6 **175**:3
**partners** [5] **55**:24 **82**:6 **114**: 25 **135**:22 **141**:25
**partnership** [2] **185**:22 **188**: 16
**party** [19] **127**:4,6 **130**:25 **131**: 4,15,17 **132**:14 **133**:1,14, 17,19 **134**:14 **135**:7 **144**: 11 **180**:7,10 **226**:11 **231**: 11 **255**:2
**pass** [1] **58**:17
**passed** [9] **71**:4 **72**:7 **75**:6 **87**:1,8,12 **191**:14 **203**:5 **216**:10,11
**past** [3] **170**:17 **204**:5 **205**:17
**patch** [1] **128**:14
**pathetic** [1] **226**:1
**patience** [1] **266**:19
**pattern** [1] **144**:24
**pay** [34] **17**:22,25 **18**:3,25 **19**: 2,5 **22**:14 **23**:2 **33**:25 **35**:2 **46**:6,8,14 **49**:25 **69**:22 **75**: 5 **82**:8,9 **87**:15 **182**:20 **185**: 14 **186**:19 **188**:19 **197**:11 **199**:15 **201**:6 **207**:7,21,23 **214**:16 **219**:8,19 **245**:22, 23
**paying** [3] **32**:13 **190**:9 **212**: 21
**payment** [3] **32**:9 **38**:7,8
**payments** [4] **29**:11 **33**:17 **181**:25 **212**:10
**penalty** [1] **223**:12

**pendency** [1] **97**:4
**pending** [36] **83**:7,14 **95**:11 **100**:10 **105**:20 **106**:1,3 **107**:18 **127**:3,11 **130**:8 **140**:3 **148**:10 **149**:21 **151**: 18 **152**:1 **159**:21,22 **171**: 24 **173**:22,25 **177**:23 **184**: 4,5 **193**:8,14 **200**:21 **231**: 14,15 **232**:7 **233**:6 **234**:6 **235**:20 **249**:12 **254**:10 **256**: 10
**Penga** [3] **45**:21,25 **46**: 10,14,22 **48**:24 **49**:18 **56**: 21 **60**:12 **83**:18 **191**:8,11 **212**:21 **213**:10 **214**:9 **220**: 12
**Penga's** [1] **213**:23
**penny** [2] **29**:13 **196**:8
**people** [7] **37**:18 **55**:14,16 **56**:25 **87**:15 **88**:13 **98**:23 **110**:20,21 **189**:19 **190**:8 **203**:16 **204**:5 **216**:24 **241**: 12 **250**:17 **251**:12
**people's** [2] **218**:13,15
**per** [2] **27**:10 **224**:7
**percent** [14] **40**:12,12 **63**:25 **64**:3 **67**:15 **73**:25 **82**:8,9, 16,18 **189**:16 **223**:14 **242**: 14,19
**percent-ish** [1] **62**:19
**percentage** [2] **38**:16 **240**:18
**percentages** [2] **43**:24 **44**:12
**perform** [1] **20**:18
**Perhaps** [11] **10**:12 **11**:2 **104**: 8 **122**:24 **126**:3 **129**:19 **157**:20 **185**:10 **188**:24 **244**: 13 **255**:9
**period** [3] **38**:20 **201**:2 **267**: 22
**perjury** [1] **223**:12
**permit** [3] **193**:4 **249**:2 **261**:9
**permits** [1] **115**:19
**permitted** [6] **114**:11,14 **117**: 15,16 **127**:18 **199**:20
**person** [2] **99**:10 **160**:11
**personal** [16] **41**:4 **44**:17 **45**: 2,5 **57**:18 **60**:23 **62**:9 **67**: 14 **74**:5 **75**:17 **81**:24 **82**:14 **145**:4 **182**:2 **222**:20 **250**: 11
**personally** [5] **42**:16 **62**:14 **75**:20 **81**:25 **129**:10
**Peter** [2] **2**:21 **6**:21
**petition** [2] **153**:11 **180**:16
**phase** [1] **185**:24
**photo** [1] **64**:19

**Pia** [2] **136**:9,12
**pick** [7] **134**:12 **139**:11 **239**:9, 10,23 **240**:5,7
**piece** [2] **32**:18 **216**:1
**pieces** [1] **216**:7
**pierced** [1] **76**:24
**piggyback** [1] **104**:16
**piles** [1] **219**:11
**pink** [3] **65**:14,21 **66**:6
**place** [14] **22**:22 **36**:11 **45**:3 **113**:5,6 **119**:3 **135**:13 **153**: 1 **187**:15,21 **196**:2 **236**:13 **254**:24 **256**:19
**placed** [2] **36**:10 **189**:13
**places** [3] **143**:13 **165**:11 **234**: 7
**plain** [1] **177**:19
**plaintiff** [6] **143**:16,16,17 **144**: 4 **145**:8 **195**:12
**plaintiffs** [9] **96**:25 **99**:25 **104**:25 **108**:10 **109**:24 **112**: 24,25 **113**:1,2 **117**:11 **121**: 4,10,21 **143**:22 **255**:4,12
**plaintiffs'** [4] **100**:8,13 **101**:6 **105**:3
**plan** [23] **23**:10,17 **27**:17 **41**:7 **65**:3 **181**:21,25 **182**:2 **185**: 13 **192**:10 **194**:17 **196**:3 **204**:21,22 **214**:2,6,7 **217**:7 **223**:21 **242**:13 **251**:21 **252**: 1 **268**:25
**planning** [1] **61**:19
**plans** [1] **181**:24
**play** [2] **88**:10 **250**:16
**played** [1] **94**:25
**pleading** [10] **121**:10,20 **137**: 6 **150**:13 **153**:10 **165**:21 **169**:23 **225**:10 **229**:7 **255**: 5
**pleadings** [17] **13**:3 **124**:18 **125**:4,6,10,11 **137**:10,14, 15,19 **138**:16 **157**:25 **158**: 25 **168**:22 **233**:16 **234**:1 **265**:22
**Please** [22] **6**:8,9 **7**:4,16 **15**: 21 **34**:16 **70**:15 **78**:3 **93**:4, 5,12 **140**:24 **141**:6 **156**:2 **161**:6 **164**:4 **174**:20 **175**: 17 **180**:6 **193**:6 **222**:17 **223**:4
**pled** [8] **145**:19 **158**:5 **167**:14 **169**:2,20,20,22 **236**:15
**pledged** [3] **68**:3 **169**:5 **183**:9
**ploy** [1] **260**:9
**plus** [7] **18**:25 **19**:18 **109**:25 **243**:16 **246**:7,8 **268**:25

**pocket** [1] **180**:6
**podium** [2] **168**:10,17
**point** [21] **13**:19 **58**:10 **81**:18 **82**:23 **87**:25 **98**:15 **106**:24 **109**:4,8 **114**:16 **123**:15 **126**:14 **139**:6 **173**:15 **181**: 19 **186**:13 **232**:5 **233**:5 **236**:24 **241**:4 **263**:24
**point's** [1] **123**:16
**pointless** [1] **156**:17
**points** [10] **18**:19 **28**:8 **70**:4 **74**:4,8 **182**:5,16,18,20 **202**: 12
**poor** [1] **146**:20
**poorly** [1] **196**:9
**popped** [1] **78**:9
**portion** [1] **29**:5
**position** [20] **74**:15 **85**:10 **111**:8 **134**:11,16 **136**:19 **143**:20 **149**:3 **156**:6 **157**: 14,17 **158**:13 **177**:12,13, 13 **229**:20 **244**:25 **245**:10 **253**:3 **254**:1
**positive** [1] **195**:15
**possession** [4] **6**:16 **29**:3 **113**:12,16
**possibility** [1] **195**:10 **267**:3
**possible** [2] **172**:19 **173**:20
**possibly** [1] **267**:21
**post-petition** [2] **155**:22 **253**: 4
**posture** [2] **127**:25 **260**:10
**pot** [2] **240**:18 **244**:7
**potential** [7] **15**:8 **25**:5 **67**:3 **104**:19 **160**:9,10 **187**:10 **192**:8 **194**:9 **209**:1 **244**:13 **248**:18
**potentially** [1] **65**:12
**power** [2] **232**:10,14
**practically** [1] **244**:22
**practice** [3] **93**:19 **94**:5 **141**: 20
**practiced** [3] **141**:20,21,23
**practitioner** [1] **243**:10
**pray** [1] **167**:20
**Prayer** [2] **167**:18,19
**pre-amended** [1] **73**:1
**pre-petition** [1] **180**:15
**prebankruptcy** [1] **47**:25
**preceded** [1] **12**:24
**preceding** [2] **32**:1 **270**:12
**precisely** [1] **110**:5
**precluded** [1] **155**:2
**predates** [1] **176**:13
**preexisting** [3] **246**:25 **247**:6, 7

prefer [2] 259:7 260:11
preference [2] 162:21,23
prejudice [21] 127:17,20 128:
2,8,10 174:14 229:14 233:
15 234:23 238:15 240:11
242:3,5,9,21 243:18 244:
13 245:15,18 248:10,20
prejudiced [4] 110:10 128:20
129:1 258:23
prejudices [1] 245:24
prejudicial [2] 128:15 261:8
preliminary [1] 194:5
prepaid [1] 208:3
prepare [1] 148:2
prepared [9] 123:24 124:10
148:3 152:11,12 164:19
171:3 176:4 241:5
preposterous [1] 150:22
present [4] 12:21 127:25 132:
9 249:16
presented [4] 170:10,20,22
240:7
presently [1] 23:11
preserving [1] 113:10
presiding [1] 6:6
Preston [10] 12:21 80:9,10
142:1,2 143:9,14 154:6,24
157:25
presumption [1] 238:11
pretty [6] 68:11 96:2 208:1
233:8 238:7 239:1
prevail [2] 195:15 260:10
previous [3] 16:8 72:12 74:6
previously [11] 63:3 81:15
82:19 83:19 104:13,22
169:20 173:1 175:13 181:
10 194:4
primarily [2] 62:25 63:1
primary [2] 62:25 182:13
principal [1] 131:25
principally [1] 191:24
Principle [1] 19:17
print [1] 177:21
prior [11] 86:2 89:7,8 153:11
173:1 207:17 221:6,12
237:4,25 265:22
priority [2] 50:9,15
private [8] 125:4,19 136:25
137:2,3,6 138:6,16
privy [1] 138:16
probably [16] 63:19 66:4 68:
17 94:3 102:14 115:9 125:
10 165:5 170:17 184:8
186:7 188:22 201:4 239:
13,13 264:2
problem [4] 78:20 213:2 251:

6 252:22
problems [3] 187:7 218:12,
15
procedural [1] 252:23
Procedurally [1] 96:9
proceed [16] 101:17 114:3
115:6,8 119:4 147:1 149:
22 154:15,18 156:11 157:
10 179:22 195:20 225:15
226:9 262:12
proceeding [7] 32:22 35:11
107:9 174:3 228:19 246:6
248:22
proceedings [8] 124:7 149:7
159:11 166:15 167:6 183:
11 241:3 252:13
proceeds [1] 73:24
process [6] 25:6 99:9 162:11
195:24 240:14 247:15
produce [4] 154:25 155:8,9
170:13
produced [2] 111:25 113:13
producing [1] 155:15
product [2] 147:24 227:17
production [5] 117:1 187:12
211:8,11 266:24
proffer [2] 78:12 79:13
profitable [1] 100:21
profound [2] 227:22 229:15
progress [1] 268:24
progressed [1] 241:4
prohibited [4] 188:20,25 107:
7 128:11
project [9] 21:12 64:20 86:25
87:7 100:22 143:4 215:6
218:17 241:12
projects [6] 20:17 28:21 66:
18 203:13 204:15 218:24
prompt [4] 97:11 113:18,23,
24
proof [4] 180:8,11 240:13
244:20
proper [1] 92:3
properties [8] 20:13 24:14
64:23 142:21 143:25 189:
13 254:14,22
property [17] 65:6 66:5 67:23
143:1 160:11 161:10 180:
9 185:23 186:5,8,11,11
215:16,17 216:1,3 254:12
proposal [2] 13:12 66:9
proposals [1] 215:2
propose [1] 153:9
proposed [10] 12:10 148:19
152:9 164:16 167:5 168:
21 169:23 172:4 183:6

256:9
proposing [2] 205:5 215:1
prosecute [6] 98:15 99:4
159:3 253:10,23 257:18
prosecuting [1] 201:8
prosecution [1] 112:4
prospect [3] 130:11,13 257:5
prospective [3] 190:16,18
236:3
prospects [1] 196:5
protect [9] 75:2,6 87:13 88:
12 183:21 216:13,16,19
237:19
protected [1] 220:21
protective [68] 101:18,20
102:3,6,23 103:6,7 106:10,
13 107:6,7 108:2,15,24
109:15 110:11 111:13,19
112:8,16 113:5 123:19
124:6,13 126:16 127:1,9,
14,15,19,24 128:18,21
131:18 133:23 134:4 137:
14 138:18,20 139:8,14
140:1 145:23,24 146:1,6,8,
15,24 147:2,7,14,19 150:5
172:10 224:20 226:20,24,
25 227:3 230:9 232:21,23
235:3 254:16 262:18 264:
22 266:9
prove [3] 180:12,19,23
provide [6] 74:7 152:16 187:
9 190:18 212:10,14
provided [6] 31:16 162:11
180:17 210:16,19,23
provides [1] 170:23
provision [8] 81:23 82:7 107:
7 112:7 146:5
provisions [2] 89:14 124:13
public [6] 125:5 270:6,23
pull [1] 32:2
pulled [1] 188:17
pulling [1] 180:5
pulls [1] 245:11
punitive [1] 207:1
punted [1] 243:20
purchase [2] 38:16 145:1
purchased [2] 46:24 142:21
purchasing [2] 186:25 187:1
pure [2] 151:16 233:12
purpose [3] 12:9 152:16 159:
16
purposes [2] 64:15 83:23
pursuant [3] 106:17 210:5
250:25
pursue [6] 123:13 194:17
230:14 233:4 235:2 249:

12
pursuing [3] 87:22 225:12,
12
push [1] 269:2
put [46] 14:7,10,12,23 22:7
23:16 24:10 26:5 30:21 36:
13 41:18 43:24 53:16 55:
22 56:21 59:3 60:9 66:4
67:17,17,20 68:2 96:17
113:5 148:17 153:19 166:
21 168:22 185:19 204:24
216:8 218:7,8,24,25 229:
10 232:5 242:13,15 243:4,
10 244:20 245:6,7,10 256:
2
puts [1] 260:10
putting [7] 41:7 60:8 203:14
204:4,20 225:9 246:13

## Q

qualified [1] 205:22
quarter [1] 200:4
quash [2] 211:8 266:23
quashed [1] 212:17
question [66] 15:21 24:16 30:
14 31:22 32:21 33:17 37:7
38:23,23 39:1,7,23 40:1,4,
7 42:23 48:2 62:8,13 67:
13 70:3,4 76:14 81:16 85:
17 86:5,16 90:2 91:12 92:
17 101:13 102:15 132:4,
19,23 137:9,22 139:21
140:3,4 146:19 151:18
152:1 158:24 164:16 165:
15 169:7,9 174:15 186:15
196:9,12,13 205:23 209:7,
15 214:19 215:13 219:7,
25 221:1,11 233:17 239:
14 259:15 267:6
Questions [46] 33:13 34:15,
24 35:10,11 40:4,16 41:10,
11,13 42:19 61:11,18,19
62:6 69:5 75:16 77:3 81:9
84:1,10,25 86:12 92:23
111:11 117:24 130:20 131:
2,3 135:5 137:20 138:14
139:25 140:7 150:23 155:
10,13 156:19 160:17 162:
18 178:23 198:8 220:24
222:2 230:3 231:1
quick [2] 220:1 246:9
quickly [2] 246:16 256:8
quite [8] 19:24 31:6 32:24 73:
2 99:18 138:18 209:7 238:
16
quote [3] 44:21 180:2 226:11

October 11, 2012

## R

**racketeering** [2] 236:11,20
**raise** [6] 7:5 93:6 139:21 140:25 256:4,10
**raised** [6] 153:11 160:18 161:18 196:3 239:23 256:15
**raising** [1] 139:22
**ramping** [1] 259:16
**ran** [1] 211:10
**range** [9] 14:9,25 15:3 23:8 24:3,9,17 25:9 67:10
**rarely** [1] 71:5
**Rasmussen** [4] 40:2 57:23,24,25
**rate** [1] 213:22
**rates** [1] 190:6
**Rather** [5] 98:10 143:13 243:21 248:16 257:20
**reach** [1] 237:10
**reaching** [2] 204:11,12
**read** [20] 7:9 83:8 84:16,17 85:6 86:1 89:2 116:4,5,11 156:2 158:24 160:8 161:7 167:18 178:11,17 238:9 262:3 264:1
**reading** [2] 73:2 121:14
**reads** [3] 238:8,14,15
**ready** [5] 66:11,13 80:7 102:25 108:13
**real** [5] 41:19 161:10 207:9 220:1 256:25
**realistic** [1] 214:2
**realistically** [1] 244:22
**realize** [2] 79:18 185:14
**realleging** [1] 239:8
**really** [36] 15:6 37:12 67:6 145:16 148:12 150:19 151:10 187:25 191:17 194:15 195:2,25 196:3,5 197:10,24 199:23 200:5 204:1,24 214:3 223:13 227:14 232:1 235:15,15 236:9 237:3,17 238:10,11,13,25 262:7 265:11,13
**reason** [17] 31:18,21 74:12 76:3 85:8 97:9 120:23 121:22 123:7,11 153:20 207:8,10 223:10 227:7 238:16 248:24
**reasonable** [1] 161:15
**reasonably** [1] 122:5
**reasoning** [1] 120:12
**reasons** [8] 18:13 32:12 67:21 87:5,5 120:18 228:14 264:12

**reasserted** [1] 95:9
**rebuttal** [2] 222:14 249:3
**recall** [7] 34:14 36:13 123:3 126:15,20 164:25 184:6
**receivable** [6] 16:20,25 17:6 31:20 57:19 251:10,11,15
**receive** [2] 28:4 209:23
**received** [47] 12:5,11,12,13,23 13:3 27:15,18 28:10 29:13 41:3 73:15,16 80:1,2,21,22 116:17 120:13,14 122:12,13 124:4,5 133:5 141:18 149:4,4 158:17,19 159:11 175:1,6,10,11,13,16,23,24 176:20 177:9,20 182:18 196:7 201:22,23 256:1
**receiving** [3] 29:10 116:13 205:1
**recent** [3] 189:11 199:9
**recently** [7] 49:2 105:12 113:21 118:24 148:3,8 199:7
**recess** [2] 222:7,10
**recitation** [1] 248:9
**recollection** [10] 15:14 126:8,11,11,13,14,21,22,23 198:9
**recommendation** [1] 252:22
**record** [14] 7:17 8:16 35:20 93:13 131:8 141:7 156:3 179:21 198:14 228:5 230:4 258:4,7 262:10
**record's** [1] 76:2
**recording** [1] 35:21
**records** [3] 201:16 203:4 227:4
**recover** [1] 130:11
**recovery** [3] 130:13 195:15 242:19
**recross** [1] 221:7
**red** [1] 236:12
**Redirect** [2] 4:8 84:5
**redo** [2] 134:25 150:6
**reduce** [3] 192:7 257:4,5
**reduced** [2] 65:7 240:19
**reduces** [1] 256:21
**refer** [3] 63:16 64:6 263:24
**reference** [1] 69:17
**referenced** [1] 112:5
**referred** [10] 32:19 62:23 71:17 94:9,18 143:3 175:1,15 191:25 195:8
**referring** [7] 37:6 81:18 89:12 91:16 104:8 174:23 250:18
**refinance** [3] 182:6,14 215:

15
**refresh** [3] 15:14 126:8,21
**refusal** [2] 171:14 178:13
**refused** [5] 170:3 178:5,8,9 182:20
**regard** [4] 109:22,23 110:19 127:7
**regarding** [4] 11:1 155:11 171:8 245:15
**regards** [15] 18:23 20:15 22:3 23:9,17 35:24 41:6 42:17 157:9 160:23 188:13 189:23 207:2 210:2,13
**regular** [1] 87:23
**rehash** [1] 150:6
**reimburse** [2] 82:10,11
**reimbursement** [1] 22:16
**reins** [1] 68:10
**reiterate** [1] 245:19
**relate** [3] 32:15 255:1 266:21
**related** [4] 28:22 64:8 74:12 252:18
**relates** [1] 224:4
**relating** [1] 85:8
**relation** [1] 189:7
**relations** [1] 236:3
**relationship** [4] 89:9 131:22 205:2 256:17
**relative** [1] 113:23
**relevance** [1] 34:6
**relevant** [10] 13:1 101:9,19 104:7,21 107:6 148:11 155:17 158:10 224:13
**relied** [3] 84:19 85:18 88:3
**relief** [72] 101:17 102:1,2,10,20 105:4 107:5 108:2,2,1,23 111:16 113:18 115:17 123:13 127:15 128:18,22 129:7 137:13 146:25 149:22 152:14,17 153:5 156:25 167:18,19 172:8 180:7,10,13 195:21 225:23,25,25 226:2,3,4,5,23,24,25 227:25 228:12 230:5,8,19 232:2 234:4 235:1 236:2 239:25 241:15 244:18 246:22 247:3,9,12 248:12,16 249:12,19 254:13,20 258:11 262:18,19 264:17,25 265:4 266:5,6
**relitigate** [1] 107:19
**reluctant** [1] 200:15
**rely** [2] 88:1,5
**relying** [1] 122:21
**remain** [4] 120:21 122:17
249:2 254:24

**remainder** [1] 267:10
**remained** [1] 248:15
**remaining** [7] 105:16 135:11 173:10 250:22 251:3 254:9 261:22
**remains** [2] 100:15 258:24
**remember** [28] 11:11 19:14,24,25 20:3,6 34:5,22,24 35:1,3,15,19,21,24 36:1,2,16 37:5,6 77:4 87:4 90:16 202:14,17 211:6,22 264:8
**Remind** [3] 86:15 246:20 248:7
**reminded** [2] 245:2 258:14
**remove** [2] 246:23 247:4
**removed** [2] 192:18 210:5
**rendered** [1] 20:9
**renewed** [2] 99:17 121:25
**reopen** [3] 239:3,7 240:25
**reopening** [1] 239:2
**reorganization** [7] 181:21,25 182:3 190:23 223:21 228:8,9
**reorganize** [2] 251:7 258:10
**repay** [1] 46:4
**repaying** [2] 37:21,22
**repayment** [2] 37:25 190:22
**repeat** [7] 34:16 55:10 103:24 116:13 194:13 241:19 245:17
**replaced** [1] 192:3
**reply** [4] 101:23 102:19 108:11 224:17
**report** [2] 252:22 257:12
**reported** [4] 21:2,14,16 22:19
**Reporter** [1] 270:6
**REPORTER'S** [1] 270:1
**reports** [1] 67:9
**represent** [19] 15:7 41:8 94:13 99:12 118:6 119:8 122:21 135:7,7,15,18 195:11 196:14 197:2,8 198:17 199:19 205:12 241:19
**representation** [4] 32:5,6 196:18,24
**representative** [1] 132:10
**representatives** [1] 87:24
**represented** [7] 50:25 98:19 117:3,11 206:25 208:18 254:9
**representing** [11] 94:7,25 96:23 114:16 136:9,12,13 142:5,6,10 200:15
**represents** [1] 196:21
**request** [14] 102:1 107:4 115:

7,10 **124:**9,9 **133:**9 **167:**23
**171:**15 **179:**8 **193:**3 **258:**
16,22 **265:**24
**requested** [4] **102:**11 **173:**1
**193:**4 **217:**15
**requesting** [2] **180:**7 **230:**5
**requests** [2] **211:**7 **254:**10
**require** [2] **173:**16,18
**required** [5] **61:**3 **74:**14 **85:**
10 **89:**13 **258:**10
**reschedule** [1] **269:**2
**rescheduling** [1] **171:**14
**reserved** [2] **96:**20 **119:**6
**residential** [2] **65:**4,8
**residual** [2] **185:**18,20
**resolution** [20] **70:**20 **71:**16
**72:**7,20,20 **73:**11,21 **75:**7
**84:**9 **86:**19,20 **91:**2,7 **97:**
11 **203:**5 **216:**10,12 **229:**
23,25 **246:**10
**resolutions** [9] **18:**24 **71:**4
**74:**7 **90:**13,14 **91:**1 **182:**6,
15 **215:**22
**resolve** [6] **109:**9 **243:**17,22
**244:**3,9 **253:**13
**resolved** [13] **91:**14,22,25
**107:**13,19 **109:**6,14 **202:**
19 **217:**4 **227:**23 **228:**8
**244:**1 **246:**16
**resources** [6] **110:**14 **150:**3
**184:**10 **228:**3 **243:**19 **245:**
13
**respect** [7] **125:**21 **131:**16
**138:**17,22 **252:**18 **253:**4
**260:**19
**respects** [1] **253:**6
**respond** [3] **13:**15 **16:**6 **86:**
16
**responding** [1] **149:**14
**response** [7] **84:**10 **116:**20
**147:**18 **150:**17 **157:**11 **248:**
13 **256:**15
**rest** [5] **56:**24 **179:**16 **235:**3
**264:**24 **265:**2
**restate** [3] **15:**21 **146:**21 **263:**
22
**result** [3] **129:**1 **181:**25 **229:**
25
**resulted** [1] **118:**21
**resulting** [1] **14:**15
**results** [2] **166:**21 **229:**23
**resume** [1] **78:**6
**resumes** [3] **78:**2 **164:**3 **223:**
2
**retained** [1] **156:**25
**retainer** [1] **208:**1

**return** [1] **31:**3
**returns** [1] **268:**24
**review** [7] **9:**16 **90:**2 **147:**18
**203:**3 **223:**9 **249:**24 **252:**
24
**reviewed** [2] **30:**10 **51:**16
**reviewing** [2] **19:**23 **195:**2
**Richard** [5] **37:**16,17 **40:**11
**56:**3 **60:**14
**RICO** [6] **145:**17 **151:**2,6 **172:**
20 **193:**17 **236:**11,19 **247:**
20
**Ridge** [56] **6:**12,15 **8:**4 **20:**14
**21:**23 **22:**5,8,13 **29:**22 **30:**
1,15,22 **31:**18 **32:**13 **37:**10
**38:**10,17 **39:**9,12 **40:**8 **41:**
4,24,24 **42:**17,24 **44:**2,6,
12,23 **45:**6 **50:**22 **58:**24 **61:**
14 **62:**15 **63:**3,21 **64:**2,5
**75:**21 **77:**3 **118:**7 **149:**5
**153:**12 **161:**21 **192:**2,3
**196:**15 **202:**17 **249:**21 **250:**
12 **253:**9 **254:**7 **255:**2,14,
16 **257:**18
**Ridge's** [3] **39:**16 **75:**18 **257:**
2
**right-hand** [2] **14:**11 **25:**1
**rightfully** [1] **209:**21
**rights** [7] **14:**3 **44:**22 **75:**1 **81:**
19 **92:**5 **160:**12 **190:**21
**Rinehart** [1] **71:**21
**risk** [2] **244:**14 **256:**20
**Riverbend** [5] **188:**12 **189:**7,
13,20 **219:**13
**roadmap** [2] **164:**15 **170:**2
**role** [6] **94:**25 **156:**7 **204:**14
**roots** [1] **237:**3
**Ross** [2] **45:**25 **83:**18
**roughly** [1] **141:**24
**Rouse** [5] **238:**10,15,23
**RR** [5] **45:**21,25 **46:**10 **56:**21
**83:**18
**RTC** [1] **220:**9
**rule** [9] **102:**23 **105:**3 **150:**18
**153:**2,5 **160:**14 **225:**14
**226:**11 **254:**15
**ruled** [3] **226:**14,16 **230:**9
**rules** [1] **106:**8
**ruling** [11] **96:**20 **118:**12 **119:**
13,14 **157:**8 **160:**22 **187:**
18 **206:**23,23 **259:**6,6
**rulings** [4] **158:**1 **206:**19 **231:**
8,19
**rumors** [1] **188:**14
**run** [5] **210:**9,9 **212:**20 **227:**
22 **259:**20

**running** [1] **65:**16

## S

**SA** [2] **142:**20 **143:**24
**safe** [1] **233:**10
**salaries** [1] **219:**8
**salary** [1] **69:**12
**sale** [2] **187:**8 **213:**11
**sales** [1] **195:**2
**Salt** [2] **66:**3 **270:**4
**same** [58] **10:**14 **12:**13 **16:**16
**26:**1 **32:**12 **33:**3 **43:**2,3 **44:**
6,9,16 **45:**1 **46:**20,21 **50:**4,
5 **52:**2 **53:**23 **57:**17 **59:**4
**70:**2,16,16 **78:**25 **79:**1,4,
18,24 **84:**23 **85:**22 **106:**25
**107:**13 **148:**12,12 **166:**23
**172:**14 **173:**3,3 **174:**1 **190:**
15,17 **206:**1 **211:**1 **213:**1,7,
7,10 **214:**14 **217:**13 **220:**
16 **227:**20 **228:**1 **230:**19
**233:**3,23 **244:**19 **248:**24
**253:**6
**Sammi** [3] **114:**24,25 **115:**3
**sanction** [3] **36:**10 **99:**24 **100:**
1 **106:**17 **108:**14,18
**sanctioned** [1] **149:**15
**sanctions** [9] **35:**23 **100:**2
**105:**22 **107:**16,18,21 **109:**
1 **254:**11 **261:**2
**Sandlin** [7] **46:**4,15,18 **105:**
11 **212:**25 **213:**6 **220:**16
**sat** [4] **202:**25 **203:**2 **204:**13
**208:**6
**satisfaction** [1] **37:**25
**satisfactory** [1] **153:**25
**satisfy** [2] **191:**11,12
**Satori** [3] **18:**23 **182:**14 **202:**
22
**save** [2] **6:**6 **133:**2
**savings** [3] **220:**5,6,7
**savvy** [1] **260:**9
**saw** [2] **164:**18 **168:**23
**saying** [30] **24:**5 **25:**19 **27:**12
**35:**20,21 **36:**13 **43:**6 **50:**18
**52:**14 **57:**5 **90:**20,25 **101:**
24 **106:**25 **128:**13 **149:**11
**155:**5 **156:**17 **158:**24 **174:**
9 **187:**7 **226:**13 **233:**9 **235:**
5 **236:**25 **244:**19 **256:**13,
13 **259:**21 **261:**18
**says** [39] **9:**5,23 **12:**1 **14:**3 **15:**
2 **16:**25 **29:**23 **30:**17 **31:**25
**49:**14 **51:**12 **53:**14 **55:**1 **69:**
21 **70:**4 **73:**22 **74:**24 **81:**23
**82:**8 **85:**6 **91:**13,22 **160:**23,

25 **161:**1,12 **169:**16 **177:**
24 **180:**2 **216:**10,12 **231:**8
**234:**4 **238:**2,6,7 **248:**14
**249:**11 **251:**24
**scenario** [1] **143:**21
**schedule** [24] **23:**6 **26:**2 **27:**5
**31:**20 **41:**19 **42:**1 **47:**10 **49:**
12 **50:**9,13 **51:**7 **52:**9 **58:**
13 **62:**8 **67:**14 **69:**1 **74:**5
**77:**4 **96:**3 **101:**8 **104:**1 **223:**
11 **224:**6 **250:**15
**scheduled** [9] **108:**9 **111:**15
**114:**12,12 **154:**20 **155:**23
**170:**21 **184:**25 **267:**2
**Schedules** [20] **10:**1 **15:**18
**16:**4 **23:**15 **27:**19 **29:**22 **40:**
23 **45:**2 **47:**6,16 **52:**16 **57:**
18 **62:**6,9 **63:**21 **69:**1 **74:**5
**75:**17,18 **107:**12 **116:**1
**184:**3,4 **191:**6 **250:**10
**scheduling** [4] **148:**6 **166:**2
**178:**12 **265:**24
**school** [2] **141:**16,16
**scope** [10] **61:**18 **75:**14 **111:**
19 **159:**24 **160:**1,14,17
**161:**17 **196:**18,24
**SCOTT** [12] **4:**18 **140:**16 **141:**
2,8,12 **142:**2 **151:**23 **153:**9
**157:**25 **158:**12 **163:**20 **179:**
1
**Scott's** [1] **175:**3
**scratch** [1] **135:**3
**seal** [5] **124:**15 **125:**9,11 **137:**
8,15
**sealed** [2] **124:**12,19
**sealing** [3] **124:**7,7,11
**searches** [2] **187:**20 **188:**15
**seated** [4] **6:**8 **78:**3 **164:**4
**223:**4
**second** [9] **9:**22 **70:**3,13 **74:**
9 **83:**4 **105:**6 **116:**21 **121:**3
**138:**13 **206:**23 **220:**3 **255:**
10 **263:**1
**section** [4] **52:**22 **111:**22 **231:**
8 **237:**3
**secured** [6] **38:**5 **49:**13,15,19,
20 **56:**7,10 **100:**23
**securing** [1] **143:**1
**security** [2] **29:**7 **224:**8
**see** [55] **9:**24 **10:**8,18 **11:**8 **13:**
22 **14:**1,5 **16:**21 **19:**20 **24:**
2 **25:**2 **27:**8 **29:**22 **30:**15
**34:**10 **43:**22 **44:**19 **53:**14
**68:**1 **70:**5 **74:**1,20 **87:**15
**88:**20 **91:**14,23 **92:**5 **98:**9
**100:**4 **125:**6,17,19,19 **135:**

October 11, 2012

1 **136**:25 **137**:2 **139**:7 **144**:
23 **150**:22 **189**:19,22 **190**:
2 **211**:19 **237**:7,17 **244**:4
**252**:15 **253**:12 **255**:6 **256**:
5,24,24 **259**:20 **263**:21
**269**:2
**seek** [12] **104**:12 **105**:22 **114**:
1 **119**:16 **129**:1,23 **212**:21
**232**:15,22 **238**:4 **245**:25
**261**:12
**seeking** [10] **108**:20,21 **109**:
22,25 **155**:17 **162**:3 **166**:8
**232**:2 **233**:22 **254**:13
**seem** [1] **201**:9
**seemed** [1] **211**:6
**seems** [3] **21**:10 **234**:9 **251**:2
**seen** [6]**8**:21 **115**:2 **154**:9
**160**:23 **165**:1,8
**self** [1] **191**:3
**sell** [6] **33**:24 **47**:19 **183**:8
**215**:5,5 **227**:17
**seller** [1] **190**:16
**selling** [1] **190**:16
**send** [1] **71**:3
**sender** [1] **80**:15
**sending** [1] **236**:12
**sense** [6] **244**:4,16 **253**:21
**256**:18 **259**:19 **264**:23
**sensible** [2] **160**:16 **161**:15
**sent** [8] **70**:25 **71**:1,6 **72**:3,10,
16,17 **213**:14
**sentence** [10] **78**:12 **79**:13 **80**:
5,11 **155**:25 **156**:1 **160**:8,
15 **161**:5 **177**:17
**separate** [3] **107**:11 **116**:9
**250**:20
**separately** [1] **36**:8
**September** [3] **27**:23 **71**:25
**86**:20
**September's** [1] **257**:12
**serve** [1] **121**:24
**served** [6] **13**:16 **47**:18 **49**:4
**122**:3,7 **155**:16
**service** [2] **121**:17 **122**:24
**services** [4] **20**:9,10 **21**:7,11
**session** [5] **6**:6 **78**:2 **164**:3
**200**:3 **223**:3
**set** [6] **10**:10 **106**:12 **178**:10
**241**:13 **254**:18,23
**sets** [1] **148**:12
**settle** [2] **89**:25 **186**:10
**settled** [3] **15**:5 **135**:24,25
**settlement** [40] **17**:9,19,24 **18**:
2,21,22 **39**:22 **46**:3,9,14
**48**:6,11 **50**:5 **69**:18,18,21
**88**:19,24 **89**:2,12,23 **90**:3,

8,12,21 **92**:11,15 **95**:3,4,6,
10 **153**:15 **190**:22 **191**:13
**210**:5,8 **212**:23 **213**:8 **214**:
16 **235**:24
**seven** [4] **33**:6 **224**:11 **240**:9,
20
**Several** [9] **22**:23 **66**:10 **98**:
25 **154**:19 **169**:25 **183**:15
**184**:14 **186**:5 **193**:22
**shall** [4]**74**:13 **85**:9 **92**:1 **112**:
4
**share** [6] **38**:11 **67**:3,4 **68**:23
**89**:4 **181**:23
**shared** [3] **187**:14 **199**:9 **200**:
8
**shareholder** [2] **206**:16 **211**:
23
**shareholders** [4]**82**:6,15
**189**:25,25
**shares** [14] **33**:22,24 **35**:24
**37**:9,12,20 **38**:6 **59**:23 **182**:
23 **183**:5,9 **185**:18 **187**:1,5
**sharing** [1] **67**:7
**Shaughnessy** [3] **207**:13,17
**208**:4
**she'll** [1] **161**:1
**She's** [4] **94**:18 **95**:15 **114**:25
**160**:23
**sheet** [5] **29**:21 **68**:8,13 **106**:
2 **176**:24
**sheriff's** [2] **47**:19 **213**:11
**Sherilyn** [3] **2**:9 **6**:17 **266**:4
**Sherrie** [2] **37**:16,17
**Sherry** [5] **191**:13 **208**:14,15,
19 **255**:15
**shield** [2] **107**:2 **127**:25
**shielded** [1] **220**:21
**Shields** [171] **2**:15 **4**:3,5,8,10,
14,19 **6**:19,20,25 **7**:2,21 **8**:
13,16,20 **9**:1,3,4 **10**:12,15,
21,25 **11**:9,15,16,22 **12**:6,
18,25 **13**:4,10,20,21 **15**:22,
23 **16**:12 **34**:10,12,13 **35**:
18 **36**:1,12 **41**:21,23 **61**:7
**71**:10,15 **73**:5 **76**:8 **78**:14,
15,19,23 **79**:1,14 **80**:12,25
**81**:1 **83**:25 **84**:2,6,24 **85**:2,
4 **86**:10,11,14,15 **93**:2,3,
17 **101**:10,22 **102**:13,18
**103**:3,6,10,12 **108**:6,23
**109**:2,5,8,14,19 **111**:9 **117**:
10,22 **120**:10 **122**:9 **123**:8
**124**:3 **130**:18 **137**:21 **140**:
7,14,15,18 **141**:11 **146**:20,
23 **152**:2,4,7,8 **153**:8,25
**154**:3,4 **158**:2,15,22 **162**:

18,24 **163**:1,18 **175**:7,8,20,
21 **178**:22,23 **179**:2,7,12,
15 **180**:12 **198**:5,21 **201**:
21 **202**:10 **206**:2,7 **220**:23
**221**:7,9,10 **223**:7,8 **230**:7
**231**:3 **249**:3 **250**:1,10 **261**:
16,17,24 **262**:4,8,14,17,22
**263**:17,19 **265**:14 **266**:1,3,
12,14,22 **267**:20,24 **268**:2,
7,8,11,15,17,19 **269**:10
**shifts** [2] **231**:7,16
**shopping** [6] **65**:6,9 **66**:2,3,5
**185**:21
**short** [2] **218**:6 **222**:19
**shorter** [1] **201**:2
**Shortly** [3] **136**:1 **207**:15 **208**:
9
**shouldn't** [8] **11**:24 **125**:8
**128**:22 **150**:19 **165**:6 **226**:
2,14 **229**:18
**shove** [1] **139**:13
**show** [9] **15**:24 **31**:13 **37**:8
**51**:4 **98**:3 **126**:21 **171**:7
**178**:14 **223**:11 **231**:14 **232**:
6 **249**:22
**showed** [1] **190**:24
**showing** [2] **228**:12 **248**:10
**shown** [6] **31**:19 **44**:17 **231**:
15,22 **248**:11 **250**:4
**shows** [3] **14**:24 **98**:4 **121**:17
**shy** [1] **251**:18
**sic** [1] **264**:7
**side** [6] **54**:12 **56**:25 **87**:8
**111**:2 **219**:9 **241**:14
**sides** [1] **254**:18
**sign** [6] **9**:14 **30**:3 **89**:13 **92**:
12,18 **153**:4
**signature** [6] **9**:6,7,11 **30**:8
**40**:20 **58**:19
**signed** [21] **9**:9 **17**:23,23 **26**:
21 **27**:12 **28**:8 **30**:4,6 **40**:
24 **47**:17 **73**:8 **75**:21 **89**:11
**104**:6 **121**:17 **185**:19 **202**:
16 **214**:15 **215**:18,18 **218**:
23
**significance** [1] **181**:20
**significant** [2] **104**:23 **130**:13
**similar** [1] **245**:16
**simple** [3] **135**:5 **143**:19 **246**:
15
**simply** [11] **111**:7 **132**:19 **149**:
9,16 **159**:10 **240**:19 **244**:
16 **256**:7 **260**:17 **263**:17
**265**:21
**since** [26] **21**:1 **27**:18,21,24
**28**:2,3,11 **41**:2 **67**:23 **80**:

16 **87**:12 **94**:1 **95**:11 **140**:
11 **143**:6,20 **170**:18 **187**:
18 **193**:13 **204**:17 **210**:10
**212**:11 **218**:5 **244**:11 **254**:
2 **267**:8
**single** [9] **123**:4 **167**:13,13
**168**:6,21,23 **169**:1 **171**:18
**186**:6
**Singleton** [1] **141**:22
**singular** [1] **131**:3
**sink** [1] **116**:22
**sip** [1] **77**:16
**sir** [3] **139**:24 **169**:18 **174**:7
**sister** [3] **94**:16 **114**:10,20
**sit** [6] **216**:9 **219**:22 **226**:15
**229**:20 **249**:8 **263**:7
**sitting** [10] **46**:19 **48**:8 **87**:3
**158**:8 **189**:17,17 **213**:5
**219**:11,19 **229**:25
**situation** [6] **226**:1 **229**:18
**243**:11,11 **251**:16 **253**:11
**six** [6] **165**:5 **223**:5 **258**:19,20
**260**:11 **267**:9
**six-week** [1] **267**:22
**size** [1] **66**:2
**SJ** [1] **255**:15
**Skin** [1] **124**:21
**slated** [2] **65**:22,23
**slightly** [1] **42**:11
**slower** [1] **102**:19
**small** [6] **22**:3 **27**:15 **51**:1
**194**:2,3 **208**:14
**Snell** [2] **117**:12 **207**:14
**Snow** [2] **141**:23 **142**:1
**social** [2] **29**:7 **224**:7
**sold** [12] **35**:5 **46**:23,23 **66**:7
**68**:3 **144**:1,13,14 **188**:16
**189**:12,14 **219**:12
**sole** [3] **18**:24 **92**:4 **243**:9
**solely** [4] **88**:3,5,14 **112**:4
**Solitude** [7] **39**:13 **42**:25 **43**:
15 **44**:9 **63**:8 **182**:22 **183**:6
**somebody** [5] **87**:10 **158**:9
**213**:24 **252**:23 **259**:3
**somehow** [5] **213**:1,10 **220**:
21 **233**:19 **245**:21
**someone** [6] **87**:15 **194**:3
**199**:11,16 **200**:1,14 **206**:8
**245**:11
**sometimes** [1] **228**:7
**somewhat** [3] **112**:12 **238**:13
**239**:24
**somewhere** [1] **67**:11
**son** [19] **21**:7,12 **28**:14,16 **29**:
8 **38**:19 **40**:12 **54**:6 **60**:14
**66**:8 **95**:25 **190**:25 **203**:13

**204:**13,19,25 **205:**25 **212:**4 **224:**1
**son's** [1] **28:**17
**soon** [1] **251:**2
**sooner** [1] **267:**4
**sorry** [57] **10:**21 **15:**20 **16:**21 **22:**7 **24:**6 **32:**24 **34:**16 **42:**18 **44:**3 **48:**20 **50:**12 **58:**10 **70:**6 **76:**19 **77:**8 **79:**15 **84:**24 **90:**1 **91:**24 **100:**11 **102:**14 **103:**2 **119:**8 **120:**15 **121:**6 **136:**23 **139:**6 **140:**5 **146:**16,20 **154:**21 **157:**23 **159:**9 **174:**22 **175:**25 **177:**15 **182:**8 **184:**18 **188:**22 **190:**11,14 **196:**9,11 **197:**13 **205:**6,14 **209:**14 **219:**23 **220:**25 **221:**20,24 **222:**18 **235:**21 **236:**18 **237:**8 **259:**8 **263:**4
**sort** [2] **132:**12 **183:**3
**sorts** [1] **116:**22
**sought** [12] **50:**2 **96:**22 **106:**14,16 **107:**24 **108:**16 **112:**7,12 **119:**1 **126:**4 **172:**7,9
**sounds** [6] **183:**19 **227:**2 **228:**2 **254:**2 **262:**25 **268:**23
**source** [4] **29:**9 **33:**21 **45:**22 **129:**20
**sources** [2] **29:**10 **209:**2
**South** [4] **2:**11,17,22 **3:**4
**sparked** [1] **151:**11
**SPEAKER** [5] **79:**6 **140:**17 **255:**21 **265:**17,23
**speakers** [1] **270:**10
**specific** [8] **153:**18 **188:**3,25 **205:**21 **229:**7 **230:**5 **236:**17,23
**specifically** [4] **182:**11 **233:**16 **242:**3 **254:**20
**specificity** [2] **145:**15,20
**specifics** [1] **204:**23
**speculation** [3] **113:**22 **123:**9 **146:**17
**speed** [2] **68:**1 **199:**13
**spend** [4] **99:**18,20 **209:**6 **259:**21
**spent** [10] **21:**19 **29:**4 **99:**21,22 **185:**6 **194:**11 **195:**2 **201:**7 **225:**8,9
**split** [1] **253:**15
**spot** [2] **153:**1 **245:**5
**square** [1] **65:**9
**squeeze** [1] **48:**21
**stake** [1] **130:**9
**stamped** [1] **9:**1

**Stan** [8] **141:**21 **143:**9,11 **154:**6,24 **155:**21 **156:**14,16
**stand** [9] **7:**17 **93:**13 **98:**6 **141:**7 **180:**25 **181:**1 **200:**19 **210:**25 **250:**2
**standard** [1] **228:**15
**standards** [1] **228:**19
**Staph** [8] **37:**15,16,16,17 **40:**10,11 **56:**3 **60:**14
**start** [11] **125:**17 **135:**2 **192:**18 **231:**5 **235:**16 **237:**23 **238:**25 **239:**1,7,18 **241:**13
**started** [7] **66:**23 **93:**25 **94:**24 **117:**12 **142:**1 **211:**22 **224:**13
**starting** [4] **27:**22 **160:**9 **182:**1 **199:**8
**starts** [5] **83:**4 **156:**1 **161:**4,6 **259:**16
**state** [45] **7:**17 **53:**5 **57:**25 **83:**2 **93:**13,19 **96:**13 **113:**20 **130:**8 **141:**7 **160:**2,4 **161:**14 **194:**22 **196:**19,25 **201:**2 **225:**19 **232:**11 **238:**4 **239:**12 **242:**9 **243:**5,17,20 **244:**1,3,17,23 **245:**1,13 **246:**1,3,6,11 **247:**9,24 **248:**4,19,22 **252:**17 **257:**3 **261:**5 **270:**3,6
**stated** [4] **16:**17 **122:**10 **223:**19 **235:**25
**statement** [9] **7:**7 **23:**23 **24:**6,10 **101:**11 **177:**11,16 **251:**21 **252:**1
**statements** [4] **16:**8 **62:**6 **210:**16 **223:**12
**STATES** [6] **2:**20 **6:**4,7,22 **74:**10 **228:**22
**status** [6] **101:**15 **103:**13 **223:**19 **226:**19 **268:**20,21
**statute** [2] **180:**2 **238:**8
**statutory** [1] **249:**2
**stay** [86] **75:**13 **95:**12,13 **102:**10,20,22 **106:**21 **107:**2 **108:**21 **109:**12 **111:**17 **113:**19 **114:**6 **115:**8,11,12 **123:**13 **131:**1 **138:**20 **139:**10 **146:**25 **149:**2,16,22 **152:**14,17,20 **153:**5 **155:**2,7 **156:**25 **159:**24 **160:**1,17,23 **161:**17 **172:**8 **178:**16 **192:**18 **225:**17,19,20,23 **226:**2,3,4,5 **228:**12,16 **230:**8,13 **235:**1 **238:**17,21 **244:**18 **247:**10,12 **248:**15,16 **249:**2,12,19,23 **254:**13,21,

24 **255:**2,24 **258:**11,24 **259:**1,7,15 **260:**11,18,19 **261:**21 **262:**11,12 **264:**12,25 **265:**4 **266:**5,6 **267:**7,10
**stayed** [14] **107:**20,24 **108:**4 **149:**7 **159:**12 **173:**7 **177:**14,18,22 **180:**16 **224:**19 **235:**4 **261:**24,25
**step** [5] **93:**1 **140:**13 **212:**18 **233:**9 **258:**1
**Stephen** [10] **7:**12,18 **20:**14 **57:**13 **60:**20 **156:**5 **180:**24 **181:**9 **182:**24 **196:**10
**stepped** [1] **210:**7
**STEVE** [21] **4:**2 **6:**23 **7:**3 **65:**18 **69:**1 **89:**5 **121:**23 **151:**1,8 **154:**21,23 **161:**21 **178:**3 **185:**16 **205:**16 **209:**19 **210:**13 **216:**14,18 **236:**1 **257:**22
**still** [24] **15:**11 **20:**16 **46:**15,19 **48:**11,14 **59:**17 **65:**8 **118:**9 **119:**22 **169:**22 **181:**2,5 **184:**20 **209:**14 **213:**5,17 **223:**5 **231:**24 **252:**3 **253:**5 **254:**10 **255:**18 **268:**19
**stint** [1] **141:**19
**stipulate** [5] **11:**18,19 **79:**5 **129:**6,7
**stipulated** [8] **80:**19 **123:**19 **124:**10 **126:**25 **127:**1 **145:**24 **146:**5 **154:**12
**stipulates** [6] **12:**3,8,8,22,22 **13:**1,2,7
**stipulating** [3] **12:**19,20 **224:**22
**stipulation** [3] **11:**1 **114:**23 **179:**11
**stock** [17] **35:**6 **36:**14,25 **67:**3,4 **68:**14,17 **185:**10,13 **186:**17,23 **187:**8,11 **188:**7 **189:**2 **190:**18 **242:**17
**stock's** [1] **188:**25
**Stokes** [3] **23:**7 **45:**25 **83:**18
**stone** [1] **204:**3
**stop** [7] **75:**13 **128:**16 **184:**1 **190:**11 **192:**22 **231:**18 **238:**18
**stopped** [1] **187:**19
**story** [1] **47:**12
**straight** [3] **44:**11 **98:**16 **235:**16
**strap** [1] **245:**7
**Street** [5] **2:**11,22 **188:**14 **215:**3,9

**strike** [1] **111:**4
**strong** [2] **97:**20 **240:**22
**stuff** [2] **204:**3 **229:**9
**subdivided** [1] **32:**16
**subdivision** [1] **22:**3
**subject** [10] **11:**19 **12:**13 **16:**16 **39:**21 **59:**3,4 **121:**12 **127:**19 **145:**1 **147:**17
**subjects** [1] **133:**8
**submit** [1] **265:**25
**submitted** [1] **100:**9
**submitting** [2] **204:**21 **214:**4
**subordinated** [1] **212:**5
**subparagraph** [2] **74:**10 **84:**15
**subpoena** [1] **155:**15
**subsidiaries** [1] **63:**9
**substance** [1] **229:**5
**substantial** [1] **186:**10
**substituted** [1] **144:**4
**succeed** [2] **106:**4 **245:**11
**successful** [2] **102:**4 **106:**7
**successfully** [1] **245:**12
**sue** [2] **87:**11 **211:**25
**sued** [1] **243:**6
**suffered** [1] **127:**20
**sufficient** [2] **115:**17 **187:**9
**suing** [3] **166:**25 **219:**20 **237:**23
**Suite** [4] **2:**5,11,22 **3:**4
**suits** [1] **32:**21
**summaries** [1] **236:**4
**summarize** [1] **90:**20
**summarized** [2] **245:**15 **248:**12
**summarizing** [1] **111:**1
**Summary** [37] **10:**1 **58:**24 **96:**11,16 **97:**10 **99:**17 **100:**7,12 **103:**16,22 **104:**11,15 **105:**2,5,9,13 **110:**6 **112:**3 **116:**21 **118:**12 **119:**1 **120:**8,19,24,25 **121:**25 **122:**4 **206:**18,24 **210:**11 **211:**2,10,17 **224:**14 **236:**7 **250:**25 **254:**6
**sums** [1] **69:**12
**Suncrest** [1] **64:**22
**superior** [1] **156:**5
**supplemental** [1] **226:**12
**support** [3] **105:**3 **180:**17 **225:**22
**supporting** [1] **108:**10
**suppose** [1] **79:**23
**supposed** [11] **18:**25 **46:**3,6,8 **48:**10 **49:**25 **89:**15 **182:**15 **189:**7 **212:**22 **214:**13

October 11, 2012

surmising [1] 233:13
surprise [1] 256:6
surrounding [1] 64:23
suspect [2] 72:24 129:20
swap [1] 143:13
swept [2] 92:14 219:18
sworn [4] 7:13 93:9 141:3
181:10

**T**

tab [3] 8:21 60:19 70:15
tabs [1] 70:14
tactic [4] 95:8 223:22,23 246:
12
tailor [1] 234:4
talked [29] 15:17 40:10 41:16
42:14 43:4 52:17 56:5 59:
5 87:18 127:17 145:23
147:2 154:23 184:2 186:
16,24,24 191:8 195:5 199:
7 203:14 204:13 207:18
209:1 210:12 211:4 215:
14 246:5 263:12
talks [2] 24:8 214:6
Tanner [3] 151:12,17,22
tape [1] 35:21
tax [4] 31:2,15 141:18 268:24
taxes [5] 31:6 32:4 50:23 51:
4 217:12
taxing [1] 50:21
Taylor [75] 83:14 102:9 142:
16,22 143:23 148:18 149:
11 157:6,12,22 160:24
164:17 169:1,3,20 171:20
172:3,6,15 176:8,22 193:6,
9,12,15,18 197:8,14 199:
19 200:25 224:23 226:8,
16 230:12,12 231:20 232:
1,3,8 233:25 234:3,20 235:
14 236:16 237:16,22 239:
2,3,9,10,15 240:2,5 246:
14 251:5 252:13 254:17
256:12 257:7 258:25 259:
10,14 260:5,8 262:15 263:
9,12,13,16,18,23,25 264:
13 265:3,4
Taylor's [5] 147:18 160:24
161:9 256:11 264:7
technically [1] 197:21
tecum [1] 155:16
Ted [10] 46:4,18 50:3 72:10
92:3,13 94:8 212:25 213:6
220:15
teed [2] 106:17 108:13
Tel [5] 2:6,12,18,23 3:5
Telecom [1] 262:3

telephone [1] 156:14
tells [1] 158:9
Temple [1] 2:17
temporary [1] 245:7
ten [1] 182:16
ten-minute [1] 77:23
tender [4] 130:16 178:20 201:
14,24
Tenth [5] 228:21 231:7,19
238:6,9
term [2] 214:22 263:25
terminate [1] 262:11
terms [19] 37:23 39:21 44:3
46:2,10,14 48:10 50:4 74:
16,17 75:3,4 85:11,13 88:
24 92:2 190:5 212:23 257:
19
terrific [1] 268:5
test [4] 22:1 238:11,24 239:
10
testified [25] 7:14 76:1,17 81:
15 84:9 93:10 115:23 119:
7 125:20 129:22 141:4
164:19,22 181:11 193:3
194:4 199:17 204:18 210:
21 216:14 217:25 225:8
242:11 253:24 254:6
testifies [1] 101:6
testify [14] 80:4,6,7 101:1
103:13 115:22 137:18 158:
4 170:3 171:8 198:6 210:
15 220:14 227:20
testifying [2] 36:17 151:19
testimony [22] 11:5 36:19 62:
22 69:2 78:7,13 86:3 111:
1,5,7 125:23 131:2 139:2
147:4 151:15,21 207:3
231:23 243:14,14 250:3
270:10
Thanks [1] 119:9 249:17
that'd [1] 35:17
that'll [5] 27:16 98:3 147:17
150:2 256:12
theft [1] 45:14
themselves [4] 15:19 16:4
253:10 262:13
theories [1] 225:13
there'd [2] 102:13 238:16
there'll [2] 185:20 225:1
There's [95] 15:6 17:11 18:12
23:12 24:11 25:12 32:8 35:
20 40:25 48:12,12 54:5 56:
13 57:6 63:9,21 66:4 67:
21 69:11 71:24 73:14,21,
21 76:17 81:23 82:7 85:25
98:3 106:3 120:2 135:17

140:2,4 150:4,6 151:6,18
162:8,9 165:5 171:24 172:
17,20,22 182:22 183:5,18
185:17 186:4,5 187:3,15,
16 188:20 191:2 193:7,14
197:17 201:20 211:18 212:
12 213:1 215:7,24 222:14
223:12,25 225:11 226:21
227:19 228:23 229:4 231:
20 232:6 237:14,15 238:1,
11,15 240:5 244:6,15 247:
15 248:2,10 252:1 253:5,
13 254:8 256:25 258:16
259:15 263:11 266:20 267:
3
thereafter [1] 99:9
therefore [3] 170:12 171:10
240:2
thereof [1] 270:15
they'll [3] 109:5,8 147:12
they've [29] 63:9,11 117:7
129:4 131:11 146:10 147:
13 158:3 182:18 188:13
189:12,24 192:3 211:18
212:1,25 215:9 226:16
231:15 236:15 237:2,18,
23 238:3 239:16,25 240:6
250:24 262:25
thinking [5] 10:14 44:3 234:
13 244:25 257:19
thinks [2] 123:5 229:17
third [7] 113:16 144:11 146:2
173:10 207:4 236:2 259:2
third-parties [1] 113:12
third-party [12] 145:11 148:5
150:10 152:9 161:24 164:
17 166:1,9,16 193:6 225:5
230:15
though [4] 17:15 18:5 55:19
89:24 113:3 183:23 186:2
209:22 238:6 257:9 258:
25 263:24
thoughts [1] 261:16
thousands [3] 133:6 150:7
226:21
three [32] 23:13 29:12 30:15
38:10,13 39:9,17 43:8,10
48:5 53:20 59:14,21 63:15
64:6,9 66:16 98:20 153:17
155:25 200:22 203:25 213:
9 214:16 216:10 220:17
223:6 230:5 240:8 244:2,8
246:8
throw [2] 116:21 128:14
tied [4] 19:12 129:5 148:12
226:22

timely [1] 25:6
timing [1] 256:4
title [4] 20:1 158:22 187:20
188:15
titled [1] 218:19
TM [39] 2:14 6:20 12:16 17:
17,21 20:4 85:15,15 92:3
94:9,25 95:20 110:9 142:
10,23 143:6 144:9 147:1,7
152:18 157:15 162:14 167:
20 168:2 192:15 193:8
205:5,8 206:20 210:4,17,
20,21 215:21 225:2 229:
14 246:9 264:18 267:24
today [27] 23:15 27:13,13 36:
19 40:23 41:14 42:15 65:7
68:14 103:24 116:14,23
137:17 143:12 163:8 169:
22 174:4 188:19 190:12
192:13 193:7 214:5 224:
10 238:1 248:11 251:18
263:10
today's [1] 249:25
Todd [4] 207:13,17 208:4,9
together [30] 22:7 23:17 32:2
41:7 48:6 53:10 60:8,9
162:8 168:22 171:13 185:
20 203:2,14 204:4,20,24
213:9 216:9 218:7,9,24,25
225:9,10 242:13,16 245:6,
8 256:3
tolerated [1] 168:15
Tomorrow [2] 269:5,6
took [10] 31:2 45:3 132:1 133:
3 150:5 171:18 182:16
210:25 220:8,9
Toomey [140] 12:17 13:3 83:
12,13 89:4,5 90:15 94:18,
24 95:9,11 96:18 97:16,25
101:16 102:2,6,21,22 104:
7 106:5 107:14,20,25 110:
11 111:17 112:9 113:17
118:12 120:4 122:24 123:
20 125:6 126:6 127:15
129:24 131:3,4,18,21 132:
7 133:23 134:4,13,18,19
139:22 144:16,23 146:3,4,
14,24 147:6,16 148:15
152:25 153:16,22 159:7,9
162:18 171:18,25 172:7,9,
15,18,21,23 173:6,8,13,19
174:6,10 176:19 184:5,15,
23 185:1 194:12 200:21
201:8 202:19 206:13,14,
18 208:16,17 210:11,18
211:1,15 212:11 216:17

surmising - Toomey

October 11, 2012

**224:**12,18 **226:**25 **229:**9 **230:**7 **232:**19,20,23 **233:**2, 15 **234:**22 **235:**2,20,23 **236:**16 **237:**7,12,18 **239:**4 **240:**1 **250:**21 **254:**5,15,25 **255:**6,13 **256:**10,17 **258:** 24 **259:**10,15,20 **260:**6,19 **261:**12,22 **262:**14,18,19 **264:**19,22 **265:**2 **266:**5,14
**Toomey's** [5] **95:**10 **107:**23 **116:**11 **119:**13 **187:**18
**top** [12] **9:**4,23 **16:**23 **26:**1 **29:** 23 **53:**6,7 **63:**22 **70:**9 **77:**7 **194:**18 **195:**7
**total** [12] **10:**11 **15:**15,15,24 **23:**24 **27:**9 **42:**3 **58:**7,8,8 **59:**1 **262:**19
**totality** [1] **17:**13
**touched** [1] **245:**18
**town** [1] **245:**8
**track** [3] **152:**5 **244:**3 **264:**21
**transaction** [4] **188:**20 **189:**6, 16,17
**transactions** [3] **187:**15,21 **191:**16
**transcribed** [2] **270:**8,11
**transcripts** [1] **124:**8
**transfer** [7] **38:**9,14 **235:**15 **236:**10 **237:**17 **256:**11 **259:** 23
**transferred** [13] **24:**14 **37:**8, 15,20 **38:**6,18 **95:**8 **125:**18 **142:**20 **143:**24 **189:**14 **251:** 4 **260:**1
**transfers** [2] **37:**8 **236:**11
**transition** [1] **206:**12
**transmitted** [1] **73:**11
**transparency** [1] **215:**24
**transpired** [2] **41:**1 **139:**9
**transpiring** [1] **138:**17
**travel** [1] **219:**8
**Traverse** [80] **17:**7 **18:**20 **20:** 17 **24:**12 **26:**14 **28:**22 **29:** 11 **32:**3 **45:**25 **46:**1,3,5,7, 13,25 **47:**3,20 **48:**8 **49:**24, 25 **51:**2,6 **52:**5 **56:**2 **62:**23, 23 **63:**4,16 **64:**7,20 **65:**1 **66:**19 **67:**7,12 **68:**8,22 **69:** 22 **70:**5,21,25 **75:**7,12 **81:** 22 **82:**16 **91:**11 **94:**8 **104:**9 **105:**10 **129:**10 **135:**17,23 **136:**15,17 **142:**4 **143:**4 **182:**11 **183:**24 **185:**7 **188:** 11 **191:**25 **192:**6 **193:**25 **209:**24 **217:**10 **218:**2 **220:** 12 **249:**18 **250:**14 **251:**3,

23 **252:**5,20 **253:**25 **254:** 12,12,14,22 **255:**25 **256:** 15 **260:**23
**treasure** [1] **250:**6
**treat** [1] **181:**2
**trial** [6] **123:**6 **129:**2,4 **240:**15 **241:**5 **265:**19
**trial-ready** [2] **97:**3 **117:**4
**tribunals** [1] **233:**6
**tricky** [1] **148:**25
**tried** [8] **46:**11 **87:**14 **129:**7 **185:**9 **203:**3 **212:**17 **241:** 22 **256:**19
**trigger** [1] **212:**10
**triggered** [1] **246:**22
**trip** [1] **245:**9
**TRIPP** [1] **3:**3
**Triumph** [2] **63:**1 **192:**2
**troubled** [1] **137:**17
**true** [14] **23:**12 **88:**25 **126:**24 **166:**23 **171:**17 **193:**14,17, 21 **200:**5 **206:**13,17 **233:** 14 **252:**7 **270:**11
**TRUSTEE** [4] **2:**20 **6:**22 **218:** 1 **260:**17
**truth** [3] **12:**11,14 **122:**10
**try** [18] **95:**5 **110:**22 **131:**11 **146:**19 **194:**16 **195:**3 **199:** 12 **216:**9 **218:**7 **219:**3,6 **223:**8 **230:**16,20 **241:**18 **242:**15 **256:**6 **266:**4
**trying** [80] **16:**21 **21:**25 **23:**16 **31:**11 **32:**2 **35:**15 **47:**11 **48:** 14 **59:**18 **79:**7 **86:**25 **88:**4 **107:**2,19 **109:**10 **110:**21 **131:**10 **132:**2,18 **133:**21 **135:**6 **156:**21 **171:**16 **173:** 2 **183:**19,20,21 **194:**17,17 **196:**12 **198:**5 **204:**1,16,22, 24 **212:**19 **215:**5,7,15,17 **216:**21,21 **217:**3,6 **218:**8 **224:**9,16 **225:**7 **229:**8 **236:** 9 **238:**25 **239:**7,23,24 **240:** 25 **246:**12 **256:**7 **259:**23 **262:**24 **264:**8
**Tuesday** [1] **185:**3
**turn** [29] **8:**11 **10:**12 **26:**24 **62:** 7,8 **63:**19 **67:**15 **68:**25 **70:** 14 **74:**9 **75:**8 **77:**3 **82:**5,15 **111:**18 **120:**2 **121:**2 **123:** 18 **132:**2 **155:**20 **157:**3 **160:**19 **167:**16 **184:**11 **191:** 19 **192:**22 **204:**22 **242:**16 **251:**13
**turned** [5] **69:**7 **77:**4 **92:**14 **217:**15,22

**TW** [1] **262:**3
**two** [61] **8:**12 **13:**16 **16:**8 **29:** 20 **31:**25 **32:**15 **36:**15 **37:**5 **42:**2 **52:**20,20 **53:**10,24 **66:** 4 **71:**24 **75:**21 **97:**2 **98:**20 **102:**8 **104:**17,19 **108:**21 **116:**9 **117:**2 **119:**6 **120:**20 **155:**25 **158:**1 **171:**20,22 **173:**3,22,25 **181:**15 **185:**4 **194:**3,7 **198:**15 **205:**15 **206:**19 **216:**11 **217:**15 **220:** 21 **223:**14 **224:**16 **226:**6,7 **233:**3,6,22 **234:**7,12,15 **235:**7 **238:**1 **239:**20 **241:** 17,22 **252:**15 **254:**8 **267:** 18
**two-thirds** [1] **9:**6
**type** [6] **88:**20 **103:**15 **148:**12 **152:**18 **188:**5
**types** [1] **236:**17
**typically** [1] **130:**10
**typo** [1] **55:**2

---

# U

**U.S** [24] **75:**21 **84:**20 **87:**17,18, 18 **90:**4,24 **107:**15 **131:**15 **142:**9,19 **143:**16,22 **144:**1 **148:**16 **152:**23 **165:**4 **167:** 25 **169:**13 **191:**22 **216:**6,6 **219:**19 **260:**17
**ugliest** [1] **246:**13
**ultimately** [3] **98:**14 **113:**15 **160:**4
**unable** [1] **187:**8
**unaccounted** [1] **24:**18
**unambiguously** [1] **231:**22
**unavailability** [1] **178:**16
**unbelievable** [1] **224:**13
**uncertain** [6] **14:**8,17 **15:**2 **16:**9 **23:**24 **24:**9
**under** [49] **8:**21 **18:**24 **44:**23 **46:**2 **48:**10 **57:**24 **62:**13 **65:** 10 **70:**3 **74:**7,12 **75:**3 **81:** 16,20 **85:**8 **88:**14,17 **95:**2, 4,5,9 **102:**6 **110:**11 **124:**12, 15 **125:**9,11 **126:**25 **137:**8, 15 **150:**17 **153:**5,14 **167:** 19 **177:**11,16 **181:**2,5 **182:** 6,15 **212:**22 **215:**17 **216:**9, 11 **218:**1 **223:**12 **225:**14 **249:**19 **258:**11
**underneath** [1] **25:**4
**understand** [35] **11:**14 **74:**22 **76:**16 **92:**8,9 **108:**3 **111:**7 **119:**9,11 **122:**23 **124:**16, 18 **126:**2 **129:**9 **146:**18

**171:**17 **181:**5,15,19 **186:** 18 **187:**23 **188:**24 **192:**14 **193:**2,10 **209:**15 **235:**5,6 **250:**7,21 **260:**3,25 **261:**11, 13 **266:**9
**understanding** [10] **13:**7 **86:**2, 18 **122:**16,20 **127:**22 **128:** 4,7 **172:**8 **173:**13
**understands** [1] **261:**13
**understood** [4] **88:**23 **144:**18 **180:**21 **256:**2
**undertake** [1] **123:**2
**undertaken** [2] **123:**1 **256:**5
**undisputed** [4] **56:**4 **60:**12 **96:**14 **228:**18
**unencumbered** [1] **190:**3
**unfold** [1] **47:**11
**unfortunately** [1] **224:**5
**UNIDENTIFIED** [5] **79:**6 **140:** 17 **255:**21 **265:**17,23
**uniquely** [1] **162:**6
**UNITED** [4] **2:**20 **6:**3,6,21
**University** [2] **141:**17,19
**unknown** [13] **15:**6,10 **16:**11, 17 **23:**7,13,22 **24:**19 **25:**10 **67:**18,20 **68:**2 **224:**3
**unknowns** [2] **14:**2 **24:**2
**unless** [12] **158:**9 **159:**4,5 **162:**9 **198:**24 **222:**14 **226:** 23 **230:**3 **234:**17 **244:**6,7 **245:**25
**unlike** [1] **248:**8
**unlimited** [2] **201:**6 **243:**19
**unliquidated** [6] **10:**19 **13:**23 **14:**21 **15:**16 **16:**1 **44:**18
**UNLV** [1] **141:**16
**unpaid** [1] **46:**20
**unrelated** [2] **20:**17 **36:**8
**unsecured** [6] **49:**22 **50:**9,15 **51:**8 **58:**8 **60:**3
**unspecific** [1] **225:**7
**until** [11] **17:**3 **92:**14 **95:**12 **98:** 12 **121:**25 **122:**3 **159:**13 **186:**19 **218:**8,10 **267:**18
**Up** [43] **9:**22 **10:**22 **16:**23 **19:** 12 **34:**10 **42:**7 **68:**1 **82:**8, 18 **86:**10 **94:**24 **100:**11 **101:**21 **106:**18 **108:**13 **110:** 21 **134:**12 **139:**12 **146:**19 **171:**7 **173:**12 **174:**24 **184:** 23 **199:**8,13 **200:**14 **212:** 20 **216:**22 **218:**10 **226:**22 **227:**19 **229:**2 **231:**19 **236:** 12 **240:**9 **246:**13 **247:**25 **252:**16 **253:**15 **256:**12 **259:** 4,16 **268:**3

October 11, 2012

uphill [1] 242:16
URCP [1] 160:14
uses [1] 254:11
using [3] 128:11 183:24 188:
18
UT [1] 2:8
Utah [15] 6:4 93:19,22 94:1
95:2,7,16,19 141:21,23
142:12 143:2 144:2 228:
21 270:3

**V**

vague [2] 225:7 229:5
vaguely [2] 35:4 36:18
validate [1] 111:4
valuations [1] 187:13
value [27] 14:2,7,23 15:2,4
20:10 23:8,14 24:8 25:1,9
43:6 44:19 56:22 59:4,13,
21 67:17,20 68:17 101:8
185:25 187:10 188:7
189:12 242:17
value's [1] 14:8
valued [1] 42:25
values [2] 16:13 187:24
various [8] 18:17 137:18 145:
18 156:20 165:10 264:19
Vegas [2] 141:20,21
ventured [2] 188:10,11
venue [2] 95:2,18
verbal [1] 58:4
verify [1] 179:3
versus [1] 244:3
via [1] 206:18
viable [1] 101:8
Vicky [6] 8:1 20:14 69:1 161:
21 182:25 196:21
Vicky's [1] 182:1
Victoria [3] 6:24 57:13 60:20
view [3] 106:10 258:10,25
views [1] 232:11
vigorously [1] 194:22
violate [2] 114:6 149:16
violating [1] 115:12
violation [2] 35:7 106:20
Voir [3] 4:5 71:10,14
voluntarily [2] 8:8 192:6
vote [2] 75:10,11
voted [2] 89:19,22
VS [53] 6:11,15 8:3 20:14 21:
23 22:5,8,13 29:22,25 30:
14,21 31:18 37:10 38:9,16
39:9,16 40:8 41:4,23,24
42:17 44:2,12 45:4,4 50:
22 58:24 61:14 62:14 63:
20 75:17,20 77:3 118:7

149:5 153:12 161:21 182:
23 183:3 193:8,19 196:14
249:21 250:12 251:23 253:
9 254:7 255:1,14 257:2,17

**W**

Wait [6] 47:24 161:2 186:17
244:4 267:17,18
waive [2] 57:25 58:5
waiver [1] 267:9
Walker [2] 238:10,23
wanted [7] 90:10 97:11 128:
1 138:24 154:15 155:3
211:12
wanting [1] 88:12
wants [5] 41:11 134:17 190:
12 199:24 258:15
Washington [2] 141:18,19
waste [2] 96:5 156:22
water [10] 33:22,24 35:6,24
36:14,25 77:9 182:23 183:
5,9
water's [1] 118:9
way [29] 9:6 51:18 63:14 68:
16 69:12 73:3 75:6 76:17
89:2 129:14,16,18 157:21
162:8 196:14 197:10 212:
18 230:22 231:12 237:18
238:8,13 239:5,25 245:11
250:2,19 251:13 253:13
Wednesday [4] 80:8 185:4
265:5,8
week [5] 185:3 251:18 268:3
weeks [10] 36:16 203:25 204:
22 217:16 257:20 258:16,
20 260:11 267:9,18
weighing [1] 187:3
well-suited [1] 198:8
West [1] 3:4
What'd [1] 28:19
whatever [9] 8:17,18 89:21
90:10 216:16 226:18 244:
20 247:13 261:22
whatever's [1] 121:12
where'd [2] 29:1 35:1
Where's [2] 19:18 21:13
Wherefore [1] 167:20
whether [19] 26:18 43:11 63:
8 69:16 103:14 112:1 137:
7 149:18 157:9,17 159:15,
24 160:1 193:7 215:10
225:20 240:10 241:3 257:
18
White [4] 40:1 157:23,24,25
who's [9] 107:2 143:15 151:
25 190:6,7 191:14 219:20

241:9 255:6
whole [9] 94:22 110:7 188:
20 189:15 214:9 227:12
241:12 246:11 252:25
whom [2] 20:18 203:10
widely [1] 249:23
wider [1] 204:12
widow [1] 191:14
widows [1] 219:9
wife [9] 8:1 27:9 33:23 40:14
57:13 62:14,18 67:16 213:
3
wife's [1] 9:11
will [48] 12:12 31:9 63:22 64:
24 69:22 102:18 103:1
110:9 113:17,24 114:1
125:17,19 128:14 134:25
135:1,14 138:8,10 146:14
147:10 148:1 149:20 156:
21 168:14 170:8 173:6,9
180:23 181:25 193:4 212:
14 224:25 225:13 227:5
229:24 239:3 240:9 243:
17 244:4 246:17,18 248:2
251:20 254:24 263:12 265:
4 266:15
William [1] 141:16
willing [13] 80:7 153:4 159:
12,13 171:3,7 174:4 200:6
224:18 233:1,18 242:25
245:25
Wilmer [2] 117:12 207:14
win [1] 230:23
wire [1] 236:10
wise [1] 110:13
withdraw [6] 106:8 114:11,
14 117:16,17 207:11
withdrawal [1] 264:16
withdrawing [1] 261:20
withdrawn [1] 105:23
withdrew [2] 105:23 117:6
withholding [1] 212:8
within [9] 24:3 61:18 67:11
75:14 97:2,3 117:4 160:13
215:4
Without [20] 19:23 32:6 73:2
74:18 85:13 89:18 105:7
120:17 158:17 161:11 162:
15 174:14 188:16 191:4
217:5 226:10 228:20 233:
14 234:22 257:17
witness [79] 7:3,13,16,18 11:
6 16:7 35:19 36:8 61:9,12
71:11 76:10,10,13 77:11,
15 85:6 86:1 93:9,12,14
100:14,17 101:3 102:25

104:5 105:17 106:1,4,12,
23 107:4 108:4 109:3 117:
7 121:8 124:20,23,25 125:
7 130:16 134:19,22 137:
23 138:1,4,8,10 140:1,5,
10,16 141:3,6,8 143:11
150:25 153:13,23 158:4,
20 163:19,22 164:6 168:8
178:21 181:6,10 182:10
198:22 199:1 200:19 201:
14,24 206:3 220:25 221:
20,24 222:4
witnesses [5] 78:8 93:2 140:
14 193:2 241:23
won [1] 211:13
wondering [2] 209:11 223:6
word [2] 130:4 226:10
words [4] 36:13 138:18 160:
13 232:16
work [9] 20:20 144:25 147:
24 207:17 208:2 209:10
265:12,14 266:3
worked [6] 60:8 143:8 186:
11,12 216:8 243:7
working [15] 21:12 23:9,10,
16 28:21 31:10 183:12,16
196:3 204:4,15,24 217:14
218:6 266:2
world [2] 211:9 241:5
worth [6] 150:7 185:12 187:5
188:2,25 189:2
Wow [1] 168:8
wrestling [1] 252:14
write [4] 102:16 207:21,23
208:5
writing [2] 58:3 244:18
written-down [1] 229:7

**Y**

year [15] 58:21 65:24 71:7 72:
11,13 120:5 123:6 141:23
142:7 143:25 200:4 212:
12 217:17,19 244:2
years [32] 29:12 30:15 31:25
32:15 38:10,12,13 65:17
66:10 89:9 93:21,25 117:2
141:24,25 183:8,14 186:
12 193:23 194:1 196:4,8
200:22 203:9 216:22 217:
15,24 218:17 227:18 244:
8 246:8 257:20
Yep [1] 268:16
yesterday [3] 218:11 226:11
247:22
yourself [3] 60:13 209:17
246:20

October 11, 2012

| Z |
|---|
| **zero** [18] **31**:4,13 **51**:12,24 **52**:<br>3,21 **53**:21,25 **54**:21 **55**:9,<br>11,11,22 **56**:21 **57**:10,22<br>**60**:6 **232**:4<br>**zoned** [1] **218**:19 |