**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**
**SALT LAKE CITY DIVISION**

| | |
|---|---|
| In re:  §  <br> § <br> Stephen LaMar Christensen  § <br> Victoria Ann Christensen  § <br> § <br> Debtor(s)  § | Case No. 12-28010-JTM |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David L. Miller, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

350 South Main #301, Salt Lake City, UT 84101

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection no later than 6/30/2015, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on 7/15/2015 in Courtroom 341**, United States Courthouse, 350 South Main, Salt Lake City, UT 84101. If no objections are filed the hearing may be stricken and, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/09/2015            By:  /s/ David L. Miller
                                                    Trustee

David L. Miller
PO Box 9
Farmington, UT, 84025-0009

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH
## SALT LAKE CITY DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-28010-JTM |
| | § | |
| Stephen LaMar Christensen | § | |
| Victoria Ann Christensen | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $761,309.93
*and approved disbursements of*     $587,812.97
*leaving a balance on hand of[1]:*     $173,496.96

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | US BANK N.A. | $10,167.26 | $0.00 | $0.00 | $0.00 |
| 8 | U.S. Bank National Association | $625,977.87 | $401,000.00 | $401,000.00 | $0.00 |
| 12 | Stapp Investments LLC | $311,972.82 | $15,000.00 | $15,000.00 | $0.00 |
| 16 | U.S. Bank National Association | $625,577.87 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $173,496.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David L. Miller, Trustee Fees | $34,000.00 | $9,704.28 **Ch. 11 Fees | $24,295.72 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| David L. Miller, Trustee Expenses | $85.76 | $0.00 | $85.76 |
| Michael Johnson, Attorney for Trustee Fees | $2,890.00 | $2,890.00 | $0.00 |
| Michael Johnson, Attorney for Trustee Expenses | $10.80 | $10.80 | $0.00 |
| Gil Miller / Rocky Mountain Advisory, | $12,977.00 | $12,977.00 | $0.00 |
| Gil Miller / Rocky Mountain Advisory, | $49.30 | $49.30 | $0.00 |
| Other: Michael Johnson / Ray Quinney Nebeker P.C., | $26,881.00 | $26,881.00 | $0.00 |
| Other: Michael Johnson / Ray Quinney Nebeker P.C., | $962.72 | $962.72 | $0.00 |
| Other: Rocky Mountain Advisory, LLC, Accountant for Trustee Fees | $350.00 | $0.00 | $350.00 |
| Other: Rocky Mountain Advisory, LLC, Accountant for Trustee Fees | $4,768.50 | $0.00 | $4,768.50 |
| Other: Rocky Mountain Advisory, LLC, Accountant for Trustee Expenses | $77.68 | $0.00 | $77.68 |

Total to be paid for chapter 7 administrative expenses:    $29,577.66
Remaining balance:    $143,919.30

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Berry & Tripp, Attorney for D-I-P Fees | $67,549.86 | $67,549.86 | $0.00 |
| Other: David L. Miller, Trustee Fees | $4,804.69 | $4,804.69 | $0.00 |
| Other: David Miller, Trustee Expenses | $0.60 | $0.60 | $0.00 |
| Other: David L. Miller, Trustee Fees | $4,899.59 | $4,899.59 | $0.00 |
| Other: David Miller, Trustee Expenses | $675.15 | $675.15 | $0.00 |
| Other: David L. Miller, Trustee Fees | $1,180.72 | $0.00 | **included in Ch 7 fee above |

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $143,919.30

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $63,660.47 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-NFR (10/1/2010)**

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Internal Revenue Service | $49,221.94 | $0.00 | $49,221.94 |
| 14 | Utah State Tax Commission | $13,788.53 | $0.00 | $13,788.53 |
| 17 | United States Trustee | $650.00 | $650.00 | $0.00 |

|  |  |
|---|---:|
| Total to be paid to priority claims: | $63,010.47 |
| Remaining balance: | $80,908.83 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,630,012.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Wells Fargo Card Services | $18,711.80 | $0.00 | $575.64 |
| 2a | Internal Revenue Service | $6,730.95 | $0.00 | $207.07 |
| 4 | American Express Travel Related Services Co Inc | $10,800.00 | $0.00 | $332.25 |
| 5 | American Express Bank FSB | $3,802.60 | $0.00 | $116.98 |
| 6 | RR Penga LLC | $941,382.56 | $0.00 | $28,960.38 |
| 7 | Mitchell & Barlow PC | $135,000.00 | $0.00 | $4,153.10 |
| 9 | Forge Investments UT, LLC | $0.00 | $0.00 | $0.00 |
| 10 | Forge Investments UT, LLC | $0.00 | $0.00 | $0.00 |
| 11 | Ted Heap | $1,500,000.00 | $0.00 | $46,145.51 |
| 13 | Richard O. Stapp | $0.00 | $0.00 | $0.00 |
| 14a | Utah State Tax Commission | $2,703.60 | $0.00 | $83.17 |
| 15 | America First Credit Union | $2,661.83 | $0.00 | $81.89 |
| 18a | Utah State Tax Commission | $0.60 | $0.00 | $0.02 |
| 19 | Intermountain Healthcare | $8,218.15 | $0.00 | $252.82 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid to timely general unsecured claims: | $80,908.83 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $216,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 20 | F. LaVar Christensen | $216,000.00 | $0.00 | $0.00 |

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | Total to be paid for subordinated claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

| | Prepared By: | /s/ David L. Miller |
|---|---|---|
| | | Trustee |

David L. Miller
PO Box 9
Farmington, UT, 84025-0009

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
District of Utah

In re: Case No. 12-28010-JTM
Stephen LaMar Christensen Chapter 7
Victoria Ann Christensen
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2      User: mkz      Page 1 of 3      Date Rcvd: Jun 09, 2015
                   Form ID: pdftrfnl    Total Noticed: 89

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2015.

```
db/jdb       #+Stephen LaMar Christensen,    Victoria Ann Christensen,    975 East Alpine Blvd.,
               Alpine, UT 84004-1235
tr            +David L. Miller,    c/o Michael R. Johnson,    Ray Quinney & Nebeker P.C.,
               36 South State Street, Suite 1400,    Salt Lake City, UT 84111-1451
cr            +RR Penga, LLC (Key Bank National Assoc.),    c/o Cohne Rappaport & Segal,
               257 East 200 South, #700,    Salt Lake City, UT 84111-2071,    UNITED STATES
acc           +Rocky Mountain Advisory LLC,    215 South State Street Ste 550,    Salt Lake City, UT 84111-2356
intp          +VS Fox Ridge, LLC,    975 E Alpine Blvd,    Alpine, Ut 84004-1235
8396140       +American Express,    PO Box 650448,    Dallas TX 75265-0448
8440998        American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
8436729        American Express Travel Related Services Co Inc,    c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
8366384        Attorney General for United States,    950 Pennsylvania Ave, NW,    Room 4400,
               Washington, DC 20530-0001
8366385        Bank of America,    P.O. Box 851001,    Dallas, TX 75285-1001
8540158       +Bank of America, N.A.,    C/O Matheson & Howell PC,    648 East 100 South,
               Salt Lake City, UT 84102-1584
8366386        Bill Newton,    5300 North Prince Place,    Jackson, WY 83001-9260
8366387       +Bill Perry,    17 East Winchester Street,    Suite 200,    Salt Lake City, UT 84107-5610
8366388       +Cabelas,    One Cabela's Drive,    Sidney, NE 69160-0001
8366390        Cohne Rappaport & Segal,    257 East 200 South, Suite 700,    PO Box 11008,
               Salt Lake City, UT 84147-0008
8366391       +Crow Traverse LLC,    c/o Traverse Mountain Companies,    3940 Traverse Mountain Blvd.,
               Suite 200,    Lehi, UT 84043-4920
8366392       +Diana M. Robinson,    c/o Traverse Mountain Companies,    3940 Traverse Mountain Blvd.,
               Suite 200,    Lehi, UT 84043-4920
8396141       +Diane Lefrandt,    226 North Matisse,    Alpine UT 84004-1744
8366393        Dorsey & Whitney LLP,    136 South Main St.,    Suite 1000,    Salt Lake City, UT 84101-1685
8366394       +Durham Jones & Pinagar, P.C.,    111 East Broadway, Suite 900,    Salt Lake City, UT 84111-5235
8366395       +Energetics Inc. Profit Sharing Plan,    c/o Traverse Mountain Companies,
               3940 Traverse Mountain Blvd.,    Suite 200,    Lehi, UT 84043-4920
8366421       +F. LaVar Christensen,    PO Box 1094,    Draper UT 84020-1094
8366396       +Forge Investments Ut LLC,    2222 West Parkside Lane,    Suite 109,    Phoenix AZ 85027-1260
8366397       +Fox Ridge Investments, LLC,    3940 Traverse Mountain Blvd.,    Suite 200,    Lehi, UT 84043-4920
8366398       +Full Spectrum Lending,    35 North Lake Avenue,    Floor 3,    Pasadena, CA 91101-4192
8366399        Gerald H. Suniville,    36 South State Street,    Suite 1900,    Salt Lake City, UT 84111-1478
9225060        Intermountain Healthcare,    PO Box 27808,    Salt Lake City, UT 84127-0808
8366403       +Intermountain Healthcare,    P.O. Box 30192,    4646 West Lake Blvd.,
               Salt Lake City, UT 84130-0192
8366402        Intermountain Healthcare,    P.O. Box 410400,    Salt Lake City, UT 84141-0400
8366406       +JK Fox Ridge LLC,    3940 Traverse Mountain Blvd.,    Suite 200,    Lehi, UT 84043-4920
8366407       +John A. Greenbank,    c/o Traverse Mountain Companies,    3940 Traverse Mountain Blvd.,
               Suite 200,    Lehi, UT 84043-4920
8366411       +Julie Sandlin,    c/o Traverse Mountain Companies,    3940 Traverse Mountain Blvd.,    Suite 200,
               Lehi, UT 84043-4920
8366412       +KeyBank National Association,    127 Public Square,    Cleveland, OH 44114-1217
8366413       +Kinnon Sandlin,    c/o Traverse Mountain Companies,    3940 Traverse Mountain Blvd.,    Suite 200,
               Lehi, UT 84043-4920
8366415       +Land Com Financial Group LLC,    3940 Traverse Mountain Blvd.,    Suite 200,
               Lehi, UT 84043-4920
8366420       +MFB & JB LLC,    Miller Funding Group,    2150 South 1300 East, Suite 150,
               Salt Lake City, UT 84106-4345
8366416       +Manning Curtis Brandshaw & Bednar,    136 East South Temple, Suite 1300,
               Salt Lake City UT 84111-1135
8366417       +Mark S. Swan,    10808 S. River Front Parkway,    Suite 363,    South Jordan, UT 84095-6300
8366418        Matheson & Howell P.C.,    648 East 100 Sourth,    Salt Lake City, UT 84102
8366422       +Mitchell & Barlow PC,    9 Exchange Place,    Suite 600,    Salt Lake City, UT 84111-2774
8366423       +Mountain Home Development Corp.,    3940 Traverse Mountain Blvd.,    Suite 200,
               Lehi, UT 84043-4920
8366409       +Parr Brown Gee & Loveless,    185 South State Street Suite 800,    PO Box 11019,
               Salt Lake City, UT 84147-0019
8366424       +Perry & Assoc.,    17 East Winchester Street,    Suite 200,    Salt Lake City, UT 84107-5610
8366425       +Preston & Scott,    Five Gateway Office Center,    178 South Rio Grande Street,    Suite 250,
               Salt Lake City, UT 84101-1505
8366426       +Private Capital Group,    160 West Canyon Crest Road,    Alpine, UT 84004-1679
8366433       #+RR Penga LLC,    1155 East 2100 South #636,    Salt Lake City, UT 84106-2862
8366427       +Randy Robinson,    c/o Traverse Mountain Companies,    3940 Traverse Mountain Blvd.,    Suite 200,
               Lehi, UT 84043-4920
8366428       +Richard M. Heinz,    c/o Traverse Mountain Companies,    3940 Traverse Mountain Blvd.,
               Suite 200,    Lehi, UT 84043-4920
8366429       +Richard M. Heinz Family,    c/o Traverse Mountain Companies,    3940 Traverse Mountain Blvd.,
               Suite 200,    Lehi, UT 84043-4920
8695836       +Richard O. Stapp,    & Cherie L. Stapp,    824 Sunburst Lane,    Alpine, UT 84004-1201
```

```
District/off: 1088-2          User: mkz                  Page 2 of 3                  Date Rcvd: Jun 09, 2015
                              Form ID: pdftrfnl          Total Noticed: 89


8366430       +Robert L. Keys,   c/o Traverse Mountain Companies,   3940 Traverse Mountain Blvd.,    Suite 200,
                Lehi, UT 84043-4920
8366431       +Robert L. Keys (Keys Living Trust),   c/o Traverse Mountain Companies,
                3940 Traverse Mountain Blvd.,   Suite 200,   Lehi, UT 84043-4920
8366432       +Robinson & Sons LLC,   c/o Traverse Mountain Companies,   3940 Traverse Mountain Blvd.,
                Suite 200,   Lehi, UT 84043-4920
8366434       +SA Group Properties Inc.,   800 Nicollet Mall BC-MN-H21R,   Minneapolis, MN 55402-7000
8366440       +ST Fox Ridge LLC,   964 E Crosswind Way,   Draper, UT 84020-3102
8366441       +ST Fox Ridge LLC,   c/o Traverse Mountain Properties,   3940 Traverse Mountain Blvd.,
                Suite 200,   Lehi, UT 84043-4920
8366435       +Scott Rasmusen,   2195 West 5400 South,   Suite 200,   Salt Lake City, UT 84129-1444
8366436       +Sheila Heap,   c/o Traverse Mountain Companies,   3940 Traverse Mountain Blvd.,    Suite 200,
                Lehi, UT 84043-4920
8366437       +Silverdove Properties LLC,   c/o Traverse Mountain Companies,   3940 Traverse Mountain Blvd.,
                Suite 200,   Lehi, UT 84043-4920
8366438       +Snell & Wilmer LLP,   One Arizon Center,   Phoenix, AZ 85004-2281
8366439       +Solitude Investments LLC,   3940 Traverse Mountain Blvd.,   Suite 200,   Lehi, UT 84043-4920
8366442       +Stapp Investments LLC,   Rick Stapp,   824 Sunburst Lane,   Alpine, UT 84004-1201
8366410       +Stephen Howcroft,   c/o Traverse Mountain Companies,   3940 Traverse Mountain Blvd.,
                Suite 200,   Lehi UT 84043-4920
9383881      #+TM Assets, LLC,   1155 East 2100 South, Suite 636,   Salt Lake City, Utah 84106-2862
8366443       +Ted Heap,   c/o Traverse Mountain Companies,   3940 Traverse Mountain Blvd.,    Suite 200,
                Lehi, UT 84043-4920
8366445       +Thomas Leslie Crow,   c/o Traverse Mountain Companies,   3940 Traverse Mountain Blvd.,
                Suite 200,   Lehi, UT 84043-4920
8366447       +Traverse Mountain Companies,   attn: Ted Heap,   3940 Traverse Mountain Blvd.,    Suite 200,
                Lehi, UT 84043-4920
8366446       +Traverse Mountain Enterprises LLC,   3940 Traverse Mountain Blvd.,   Suite 200,
                Lehi UT 84043-4920
8366448       +Triumph Commercial Investments LLC,   3940 Traverse Mountain Blvd.,   Suite 200,
                Lehi, UT 84043-4920
8540157       +U.S. Bank National Association,   Bank of America, N.A.,   Mail Stop CA6-919-01-23,
                400 National Way,   Simi Valley, CA 93065-6414,   Attn: Bankruptcy Department
8366408       +US Attorney, District of Utah,   David B. Barlow,   185 South State St. #400,
                Salt Lake City UT 84111-1552
8431305      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US BANK N.A.,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
                CINCINNATI, OH 45201-5229)
8366450       +US Bank National Association,   170 S Main St.,   Salt Lake City, UT 84101-1605
8366451        Utah County Treasurer,   PO Box 410483,   Salt Lake City, UT 84141-0483
8366453       +VS Fox Ridge LLC,   975 East Alpine Blvd,   Alpine UT 84004-1235
8366454        Wells Fargo Bank,   PO Box 6995,   Portland, OR 97228-6995
8367918       +Wells Fargo Card Services,   1 Home Campus 3rd Floor,   Des Moines, IA 50328-0001
8366455       +Wells Fargo Home Mortgage,   PO Box 10328,   Des Moines, IA 50306-0328
8366456       +Wrona Law Firm PC,   Bach Commons Bldg.,   11650 South State St.,   Suite 103,
                Draper, UT 84020-7144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8366383        E-mail/Text: e-bankruptcy@americafirst.com Jun 10 2015 00:56:41     America First Credit Union,
                P.O. Box 9199,   Ogden, UT 84409-0199
8366389       +Fax: 801-364-9127 Jun 10 2015 01:02:17     Callister Nebeker & McCullough,
                Zions Bank Building,   10 East South Temple, Suite 900,   Salt Lake City, UT 84133-1115
8410323       +E-mail/Text: mburton@hollandhart.com Jun 10 2015 00:56:37     Forge Investments UT, LLC,
                c/o Holland & Hart LLP,   222 S. Main Street, Suite 2200,   Salt Lake City, UT 84101-2194
8366400       +E-mail/Text: mburton@hollandhart.com Jun 10 2015 00:56:37     Holland & Hart,
                222 South Main Street,   Suite 2200,   Salt Lake City, UT 84101-2194
8366401        E-mail/Text: bankruptcy@icsystem.com Jun 10 2015 00:56:40     IC Systems Inc.,   PO Box 64886,
                Saint Paul, MN 55164-0886
8366405       +E-mail/Text: cio.bncmail@irs.gov Jun 10 2015 00:56:23     Internal Revenue Service,
                Centralized Insolvency Operations,   P.O. Box 7346,   Philadelphia, PA 19101-7346
8366414       +E-mail/Text: rprince@kmclaw.com Jun 10 2015 00:56:21     Kirton & McConkie,
                60 East South Temple, Suite 1800,   PO Box 45120,   Salt Lake City, UT 84145-0120
9753292        E-mail/PDF: gecsedi@recoverycorp.com Jun 10 2015 00:52:49     Synchrony Bank,
                Care of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
9150826       +E-mail/Text: ustpregion19.sk.ecf@usdoj.gov Jun 10 2015 00:56:27     United States Trustee,
                405 South Main Street, suite 300,   Salt Lake City, UT 84111-3402
8366452       +E-mail/Text: TXBANKRUPT@UTAH.GOV Jun 10 2015 00:56:20     Utah State Tax Commission,
                Attn: Bankruptcy Unit,   210 North 1950 West,   Salt Lake City, UT 84134-9000
                                                                                               TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8366404        Intermountain Healthcare,   PO Box 1259,   RETURNED MAIL--99999
8366449*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,   PO Box 790179,   Saint Louis, MO 63179-0179)
```

```
District/off: 1088-2              User: mkz                Page 3 of 3                Date Rcvd: Jun 09, 2015
                                  Form ID: pdftrfnl        Total Noticed: 89
```

```
8366419        ##+McKay Christensen,    2720 Shady Hollow Lane,    Lehi, UT 84043-5713
8366444        ##+Terry, Jessop, & Bitner,    39 Exchange Place,    Suite 100,    Salt Lake City, UT 84111-2765
                                                                                      TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2015 at the address(es) listed below:
```
              Armand J. Howell    on behalf of Creditor   U.S. Bank National Association armand@hwmlawfirm.com,
               howell@mathesonhowell.com
              Blake D. Miller    on behalf of Creditor   TM Assets, LLC miller@millertoone.com,
               millermobile@gmail.com;miller@ecf.inforuptcy.com;miller.blaked@gmail.com
              Daniel J. Torkelson    on behalf of Creditor   RR Penga, LLC (Key Bank National Assoc.)
               dtorkelson@cohnekinghorn.com
              David H. Leigh    on behalf of Trustee David L. Miller dleigh@rqn.com,
               dburton@rqn.com;docket@rqn.com
              Erik A. Olson    on behalf of Creditor   Forge Investments UT, LLC eolson@olsontrial.com
              James W. Anderson    on behalf of Creditor   TM Assets, LLC jwa@clydesnow.com,
               aperdue@clydesnow.com
              Jeffrey L. Shields    on behalf of Creditor   JK Fox ridge, LLC jlshields@cnmlaw.com
              Jeffrey L. Shields    on behalf of Creditor   Mountain Home Development Corporation
               jlshields@cnmlaw.com
              Jeffrey L. Shields    on behalf of Creditor Kinnon  Sandlin jlshields@cnmlaw.com
              Jeffrey L. Shields    on behalf of Creditor Ted  Heap jlshields@cnmlaw.com
              Jeffrey L. Shields    on behalf of Creditor   Triumph Commercial Investments, LLC
               jlshields@cnmlaw.com
              Jeffrey L. Shields    on behalf of Creditor   Fox Ridge Investments, LLC jlshields@cnmlaw.com
              Jeffrey L. Shields    on behalf of Creditor   ST Fox Ridge, LLC jlshields@cnmlaw.com
              Jeffrey L. Shields    on behalf of Creditor   Land Com Financial Group, LLC jlshields@cnmlaw.com
              Justin D. Heideman    on behalf of Debtor Stephen LaMar Christensen jheideman@ahm-law.com,
               ccope@hmhattorneys.com;jstrong@hmhattorneys.com;jjackson@hmhattorneys.com
              Justin D. Heideman    on behalf of Joint Debtor Victoria Ann Christensen jheideman@ahm-law.com,
               ccope@hmhattorneys.com;jstrong@hmhattorneys.com;jjackson@hmhattorneys.com
              Michael R. Johnson    on behalf of Trustee David  Miller mjohnson@rqn.com,
               docket@rqn.com;dburton@rqn.com
              Michael R. Johnson    on behalf of Trustee David L. Miller mjohnson@rqn.com,
               docket@rqn.com;dburton@rqn.com
              Michael R. Johnson    on behalf of Accountant   Rocky Mountain Advisory LLC mjohnson@rqn.com,
               docket@rqn.com;dburton@rqn.com
              Peter J. Kuhn tr    on behalf of U.S. Trustee   United States Trustee Peter.J.Kuhn@usdoj.gov,
               James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
              Steven C. Strong    on behalf of Interested Party   VS Fox Ridge, LLC sstrong@cohnekinghorn.com,
               jhasty@cohnekinghorn.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 22
```