

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2015 JUN 11  A 10: 11

DISTRICT OF UTAH
MAIL

In re:  Stephen LaMar Christensen            Bankruptcy Case No. 12-28010
Victoria Ann Christensen
                                             Chapter 7

Debtor(s)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS
## AND NOTICE OF OBJECTION DEADLINE

The undersigned, under penalty of perjury under the laws of the United States of America, declare that the following statements and information are true and correct:

1. Nationstar Mortgage, LLC (Claimant) successor in interest to, applies to this Court, pursuant to 28 U.S.C. § 2042 for entry of an order directing the Clerk of this Court to remit to Claimant the sum of $401,000.00 due to Claimant.

2. Please select from the following:

   **X**   Claimant purchased the loan from original claimant, Bank of America

         named in the trustee's unclaimed funds report filed (see exhibit A)

   ___   Claimant is the holder of a valid assignment from the original claimant

         named in the trustee's unclaimed funds report and appropriate

         documentation substantiating the assignment of the original claim [e.g., a

         notarized acknowledgment of assignment] is attached hereto; or

   ___   The original claimant named in the trustee's unclaimed funds report filed in

         this case is deceased, and Claimant is a person authorized to act on behalf of

the estate of the original claimant and appropriate documentation substantiating Claimant's authority [e.g., certified copies of all probate documents including a copy of the death certificate and appointment of executor] is attached.

3. Claimant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this Court, or that any party other than the Claimant is entitled to submit an application for the payment of this claim.

4. Claimant has provided notice to the United States Attorney for the District of Utah of this Application pursuant to 28 U.S.C. § 2042 and a certificate of mailing is attached to this Application.

5. A photocopy of government issued photo identification of Claimant showing Claimant's signature [e.g., driver's license or passport] is attached. If name of the Claimant is different from the name of the original claimant due to marriage, divorce, etc., appropriate documentation [e.g. certified copy of divorce decree, marriage license] is attached.

6. I understand that, pursuant to 18 U.S.C. §§ 152 and 3571, I will be fined not more than $500,000, or imprisoned not more than five years or both, if I have knowingly and fraudulently made any false statements in this document.

Privacy Policy

(See Federal Rules of Bankruptcy Procedure 9037)

## NOTICE OF OBJECTION DEADLINE

Any party in interest who objects to the relief sought in this Application, must, within twenty-one (21) days of the mailing of this Application, serve and file an objection or other appropriate response to this Application with the Bankruptcy Court Clerk's Office 350 South Main Street, 3rd Floor, Salt Lake City, UT 84101.

Date: 6/10/15

Michael Carlucci, Attorney-in-Fact for
Nationstar Mortgage, LLC (Claimant)

Printed Name of Claimant(s)

Signature of Claimant(s)

311 Village Green North, Suite C6
Street Address

Plymouth, MA 02360
City, State, and Zip Code

043165840
Last Four Digits of SSN or full Tax ID Number if
Claimant is a business

Telephone Number and Email Address    508-224-4833   mcarlucci@mclassociates.com

STATE OF MASSACHUSETTS )
                       : SS
COUNTY OF Plymouth )

The foregoing instrument was subscribed and sworn to and acknowledged before me this 10th day of June, 2015

My Commission Expires: 4/25/2019

(Notary Public)



ROBERT M. KINAN
Notary Public
Massachusetts
Commission Expires Apr 25, 2019

# CERTIFICATE OF MAILING

I hereby certify that on June 10th, 2015(date), I mailed a true and accurate copy of the foregoing Application for Payment of Unclaimed Funds via regular U.S. mail, postage prepaid upon the following:

Office of the United States Attorney
District of Utah
18 South State Street, Suite 300

United States Trustee
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Chapter __7_ Trustee
(Name and Address of trustee)

Debtor(s)

David Miller
c/oMichael R. Johnson
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111

Original Claimant

Debtors Attorney
(Name and Address)

(If Applicable - Insert Name and Address)

Bank of America
Bankruptcy Dept.
PO Box 660933
Dallas, TX 75266-0933

Dated: _6/10/15_

_____
(Claimant's Signature) Atty in fact

May 9, 2013

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF UTAH**

---

1. MCL Associates, as attorney-in-fact, for Nationstar Mortgage LLC (claimant), is submitting the application for payment of unclaimed funds held by the court in the unclaimed registry report (see attached).

2. Original Claimant, (Bank of America) sold this loan to Nationstar Mortgage on10/10/3/13 as identified under Nationstar Mortgage loan number 0610498610 (see attached).

3. The attorney for Bank of America, Armand Howell of Matheson & Howell, wrote to the court on February 14, 2014 acknowledging that fact (see attached).

4. We have attached all the documentation necessary to have the funds issued to the correct claimant including identification, power of attorney, and motions.

Please issued funds to the following address:

Nationstar Mortgage, LLC
8950 Cypress Waters Blvd.
Coppell, TX 75019
Att: David Oaten